## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHARLES NOVINS, ESQUIRE,** | : Civil Action No. 09-5354 (AET) |
| **Plaintiff,** | : |
| v. | : **PRETRIAL SCHEDULING ORDER** |
| **KEVIN A. CANNON, et al.,** | : |
| **Defendants.** | : |

This matter having come before the Court during an initial scheduling conference on December 10, 2009, pursuant to FED. R. CIV. P. 16, and the Court having conferred with counsel; and good cause appearing for the entry of the within Order;

IT IS on this 10th day of December 2009,

ORDERED THAT:

1. In accordance with FED. R. CIV. P. 26(a)(1), each party will submit a letter, not later than <u>December 31, 2009</u>, to the undersigned certifying that initial disclosures have been made. This material will <u>not</u> be filed with the Clerk of the Court.

2. Plaintiff shall respond to defendants' previously served discovery requests by <u>January 15, 2010</u>. Thereafter, plaintiff shall promptly make application to restore his Complaint, by consent or by formal motion, as necessary.

3. Any additional written discovery requests shall be served by <u>January 15, 2010</u>. Responses to such requests shall be served by <u>March 31, 2010</u>.

4. In accordance with FED. R. CIV. P. 30, the Parties shall be limited to <u>ten</u> (10) depositions, per party, except upon leave of the Court. In accordance with FED. R. CIV. P. 33, the parties will be limited to <u>twenty-five</u> (25) interrogatories (including all subparts), per party, except by leave of the Court.

5. Counsel will confer in an attempt to resolve any discovery or case management disputes before making such dispute the subject of a motion. No discovery motion will be entertained absent counsel's full compliance with L. CIV. R. 37.1 (a)(1), see also L. CIV. R. 16.1(f). . Any discovery or case management disputes will be brought to the Judge's attention immediately by conference call with local counsel, with letter preceding the conference call.

6. A telephone status conference will be conducted by the undersigned on <u>April 1, 2010</u> at <u>2:00 P.M.</u> Plaintiff's counsel shall initiate the call. Requests for leave to join parties or amend the pleadings as well as requests to file dispositive motions will be addressed during this conference.

**7.  The Court may, from time to time, schedule additional conferences as may be required, either on its own motion or at the request of counsel.  Failure to appear at subsequent conferences, or to comply with any of the terms of this Order, may result in sanctions.**

**8.  Since all dates set forth herein are established with the assistance and knowledge of counsel, there will  no extensions except for good cause shown and by leave of the Court, even with consent of all counsel.**

**9.  Any proposed confidentiality order agreed to by the parties must be accompanied by a separate statement showing specific good cause for the entry of the order. See *Pansy v. Borough of Stroudsburg*, 23 F.3d 772 (3d Cir. 1994); *Glenmede Trust Company v. Thompson*, 56 F.2d 476 (1995); FED. R. CIV. P. 26(c).**

**10.  Counsel are advised that the Court has various audio/visual and evidence presentation equipment available for use at trial at no cost to the Parties.  This equipment includes an evidence presentation system, which consists of a document camera, digital projector,  and screen.  The projector may be used to display images which originate from a variety of sources, including television, VCR, and personal computer.  The document camera may be used to display documents, photographs, charts, transparencies and small objects.  For further information, please contact the Courtroom Deputy Clerk, Charmaine Ellington at 609-989-2144.**

**11.  Counsel are invited to use the *George H. Barlow*, Attorney Conference Room located on the third floor of the Courthouse Annex.  The room is equipped with telephones, laptop access/printer, copies, and *fax*.**

 *s/ Douglas E. Arpert*
 **DOUGLAS E. ARPERT**

**ALL PROPOSED ORDERS AND LETTER MEMORANDA SENT TO CHAMBERS SHOULD BE IN WORDPERFECT FORMAT AND E-MAILED TO: dea_orders@njd.uscourts.gov. ANY FILINGS WITH THE CLERK'S OFFICE SHOULD BE IN PDF FORMAT.**