UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Davidson, Sochor, Ragsdale & Cohen, LLC**
37 Tamarack Circle
Skillman, NJ 08558
Attorneys for Defendants Kevin Fries and Rhonda Lea Kirk-Fries
(609) 924-7179; Fax (609) 683-9501

| | |
|---|---|
| CHARLES NOVINS, ESQ., P.C. and CHARLES NOVINS, personally,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN A. CANNON, KEVIN MICHAEL FRIES, JIM KELSO, RHONDA LEA KIRK FRIES, VINCENT LAMB, CARL R. OSTERWALD, ET AL.,<br><br>Defendants | Civil Action: 3:09-cv-5354<br><br>**AMENDED** NOTICE OF MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UNDER F.R.C.P. 12(b)(6) **and FOR JUDGMENT ON THE PLEADINGS UNDER F.R.C.P. 12(c)**<br><br>**RETURNABLE FEBRUARY 16, 2010**<br><br>ORAL ARGUMENT REQUESTED |

TO:

Charles Novins, Esq.          Joseph A. Manzo, Esq.
54 East Water Street          37 Rose Lane
Toms River, NJ 08754          Rockaway, NJ 07866

Dennis J. Duncan, Esq.
599 Bloomfield Avenue
Bloomfield, New Jersey 07003

TAKE NOTICE that the undersigned counsel for defendants Kevin Michael Fries and Rhonda Lea Kirk Fries shall move before the Honorable Anne E. Thompson on Tuesday, February 16, 2010, at the United States Federal Court House in Trenton, New Jersey,

for an order dismissing the complaint for failure to state a claim for which relief may be granted under F.R.C.P. 12(b)(6).

**In the alternative, said defendants move for judgment on the pleadings to dismiss the complaint under F.R.C.P. 12(c).**

Counsel shall rely upon the brief accompanying this Notice.

A form of proposed order is annexed hereto.

The undersigned hereby requests oral argument.

        **Davidson, Sochor, Ragsdale & Cohen, LLC**
Attorneys for Defendants Kevin Fries and Rhonda Lea Kirk Fries

By: _____
        Richard A. Ragsdale

January 13, 2010

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Davidson, Sochor, Ragsdale & Cohen, LLC**
37 Tamarack Circle
Skillman, NJ 08558
Attorneys for Defendants Kevin Fries and Rhonda Lea Kirk-Fries
(609) 924-7179; Fax (609) 683-9501

| | |
|---|---|
| CHARLES NOVINS, ESQ., P.C. and CHARLES NOVINS, personally,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN A. CANNON, KEVIN MICHAEL FRIES, JIM KELSO, RHONDA LEA KIRK FRIES, VINCENT LAMB, CARL R. OSTERWALD, ET AL.,<br><br>Defendants | Civil Action: 3:09-cv-5354<br><br>ORDER DISMISSING COMPLAINT FOR FAILURE TO STATE A CLAIM UNDER F.R.C.P. 12(b)(6) **and** **F.R.C.P. 12(c)** |

This matter having been opened to the court by Davidson, Sochor, Ragsdale & Cohen LLC, attorneys for defendants Kevin Michael Fries and Rhonda Lea Kirk Fries, on motion to dismiss the complaint for failure to state a claim under F.R.C.P. 12(b)(6), **and F.R.C.P. 12(c),** and the court having considered the papers in support of and in opposition to the motion, and the arguments of counsel, and having placed its findings of law on the record on                    , 2010, or having issued a written opinion with respect thereto dated and filed on             2010, and for good cause shown:

It is on this _____ day of _____ 2010, ORDERED that plaintiff's complaint be and hereby is dismissed without prejudice, but with costs in favor of defendants.

                                                           _____
                                                           ANNE E. THOMPSON, U.S.D.J.