UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Davidson, Sochor, Ragsdale & Cohen, LLC**
37 Tamarack Circle
Skillman, NJ 08558
Attorneys for Defendants Kevin Fries and Rhonda Lea Kirk-Fries
(609) 924-7179; Fax (609) 683-9501

| | |
|---|---|
| CHARLES NOVINS, ESQ., P.C. and CHARLES NOVINS, personally,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN A. CANNON, KEVIN MICHAEL FRIES, JIM KELSO, RHONDA LEA KIRK FRIES, VINCENT LAMB, CARL R. OSTERWALD, ET AL.,<br><br>Defendants | Civil Action: 3:09-cv-5354<br><br>**Proof of Service of AMENDED Notice of Motion for Judgment on the Pleadings Dismissing the Complaint under F.R.C.P. 12(c).** |

The undersigned, Richard A. Ragsdale, certifies that:

1. On January 13, 2010, the undersigned electronically filed with the clerk of this court an Amended notice of motion with order attached for judgment on the pleadings under F.R.C.P. 12(c) (the "Amended Motion Papers").

2. Copies of the Amended Motion Papers were served by email on all counsel and pro se parties of record on January 13, 2010.

3. Courtesy copies of the Amended Motion Papers were mailed by first class mail, postage prepaid to the Honorable Anne E. Thompson, U.S.D.J. and to Magistrate Judge Douglas E. Arpert on January 14, 2010.

Certified this 14th day of January, 2010.

_____
RICHARD A. RAGSDALE