# Law Office of Dennis J. Duncan, LLC

599 Bloomfield Avenue
Bloomfield, New Jersey 07003
Phone: (973) 743-7100 ♦ Fax: (973) 743-7101 ♦ E-mail: dduncan@dennisduncanlaw.com

Admitted in DC, NJ, and NY
Registered to Practice before the USPTO

January 22, 2010

**VIA ECF**
Hon. Anne E. Thompson, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

        Re:    Charles Novins, Esq., P.C. et al. v. Kevin A. Cannon, et al.
              U.S. District Court of NJ
              Civil Action: **09-CV-5354-AET-DEA**

Dear Judge Thompson:

      I represent defendant and counter-claimant Richard "Vince Lamb in the above referenced matter.  Defendants Kevin Fries and Rhonda Lea Kirk-Fries have filed a Notice of Motion to Dismiss the Plaintiff's Complaint for Failure to State a Claim under *Fed. R. Civ. P.* 12(b)(6) and 12(c).  My client joins in on that motion and also requests oral argument on the motion.  My client shall rely upon the brief filed by defendant Fries.

                              Respectfully submitted,

                              /s/ Dennis J. Duncan
                              Dennis J. Duncan
                              **Law Office of Dennis J. Duncan, LLC**
                              Attorneys for Defendant,
                              Richard "Vince" Lamb

cc:  Charles Novins, Esq. (via regular mail)
      Richard Ragsdale, Esq. (via regular mail)
      Joseph Manzo, Esq. (via regular mail)