UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Davidson, Sochor, Ragsdale & Cohen, LLC
37 Tamarack Circle
Skillman, NJ 08558
Attorneys for Defendants Kevin Fries and Rhonda Lea Kirk-Fries
(609) 924-7179; Fax (609) 683-9501

| | |
|---|---|
| CHARLES NOVINS, ESQ., P.C. and CHARLES NOVINS, personally,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN A. CANNON, KEVIN MICHAEL FRIES, JIM KELSO, RHONDA LEA KIRK FRIES, VINCENT LAMB, CARL R. OSTERWALD, ET AL.,<br><br>Defendants | Civil Action: 3:09-cv-5354<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS KEVIN MICHAEL FRIES and RHONDA LEA KIRK FRIES |

This matter being opened to the court by plaintiffs Charles Novins, Esq., P.C. and Charles Novins, personally, with the consent of Davidson, Sochor, Ragsdale & Cohen, LLC, attorneys for defendants Kevin Michael Fries and Rhonda Lea Kirk Fries, plaintiffs hereby voluntarily dismiss the above captioned action against defendants Kevin Michael Fries and Rhonda Lea Kirk Fries with prejudice.

CHARLES NOVINS, ESQ., P.C.
BY: _____
Charles Novins, President

_____
CHARLES NOVINS, individually

April 22, 2010

Davidson, Sochor, Ragsdale & Cohen, LLC, Attorneys for defendants Kevin Michael Fries and Rhonda Lea Kirk Fries

_____
Richard A. Ragsdale

April 22, 2010