# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Charles Novins, Esq., PC, et al. | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff(s) | : | 09-cv-5354-AET-DEA |
| | : | |
| v. | : | |
| | : | |
| Kevin A. Cannon, et al. | : | |
| | : | |
| Defendant(s) | : | |
| | : | |

## APPLICATION FOR EXTENSION OF TIME TO
## ANSWER, MOVE, OR OTHERWISE REPLY
### [Local Civil Rule 6.1(b)]

Application is hereby made for a Clerk's Order extending

time within which defendant(s) ___Richard "Vince" Lamb___

may answer, move, or otherwise reply to the Complaint filed by

plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on 5/14/2010; and
3. Time to Answer, Move or otherwise Reply expires on 5/25/2010.

                                                          Law Office of Dennis J. Duncan, LLC
                                                        Attorney for Defendant(s)
                                                        Address: 599 Bloomfield Avenue
                                                        Bloomfield, NJ 07003
                                                        Tele (973) 743-7100
                                       ORDER      Fax  (973) 743-7101

The above application is ORDERED GRANTED extended to _____.
ORDER DATED: _____

                                                        WILLIAM T. WALSH, Clerk

                                                        By: _____
                                                                Deputy Clerk