# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Charles Novins, Esq., PC, et al. | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff(s) | : | 09-cv-5354-AET-DEA |
| | : | |
| v. | : | |
| | : | |
| Kevin A. Cannon, et al. | : | |
| | : | |
| Defendant(s) | : | |
| | : | |

## APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY
### [Local Civil Rule 6.1(b)]

Application is hereby made for a Clerk's Order extending

time within which defendant(s) __Carl R. Osterwald and Yvonne S. Osterwald__

may answer, move, or otherwise reply to the Complaint filed by

plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on __5/14/2010__; and
3. Time to Answer, Move or otherwise Reply expires on __5/25/2010__.

                                                                                          __Joseph A. Manzo, Esq.__  
                                                                                          Attorney for Defendant(s)  
                                                                                          Address: __P.O. Box 72__  
                                                                                          __Rockaway, NJ 07866__  
                                                                                          __Tele (973) 794-1179__  
                                      ORDER         __Fax  (973) 794-0090__

The above application is ORDERED GRANTED extended to _____.  
ORDER DATED: _____

                                                                  WILLIAM T. WALSH, Clerk

                                                                  By: _____  
                                                                             Deputy Clerk