UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Charles NOVINS, Esq., P.C. and Charles Novins, personally,

    Plaintiffs,

v.

Kevin A. CANNON, et al.,

    Defendants.

Civ. No. 09-5354

**ORDER**

  This matter having come before the court upon Plaintiff Charles Novins, Esq., P.C.'s ("Novins") Motion to Vacate Default [docket # 20] and reinstate his answer to Defendant Carl Osterwald's counterclaim, and it

  APPEARING that Fed. R. Civ. P. 55 (c) allows a court to set aside an entry of default for good cause, and it

  APPEARING that Novins has failed to show good cause as to why the default should be set aside,

  IT IS on this 17th day of June, 2010

  ORDERED that Novins's Motion to Vacate Default is DENIED.

*/s/ Anne E. Thompson*

ANNE E. THOMPSON, U.S.D.J.