# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF NEW JERSEY*
# *TRENTON*

### Minutes of Proceedings

**Judge**  ANNE E. THOMPSON    June 17, 2010
                              **Date of Proceedings**

**Court Reporter** M. Kalbach, ECR

**Title of Case:**                **Docket:** CV 09-5354

CHARLES NOVINS, ESQ. v. KEVIN A. CANNON, et al.

**Appearances:**
Charles Novins, Esq. pltf. pro se.
Joseph A. Manzo, Esq. for deft., Carl R. Osterwald.
Dennis J. Duncan, Esq. for deft., Vincent Lamb.

**Nature of Proceeding: MOTION HEARING**

Hearing re: pltf's motion to vacate the default.

DECISION RESERVED.

Time Commenced: 2:30
Time Adjourned: 3:10

                              /S/ JOHN G. BASILONE
                              **Deputy Clerk**