UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**The Law Office of Charles Novins, Esq., PC**
**54 East Water Street**
**Toms River, NJ 08753**
**(732) 341-4077**
**Fax (732) 341-4490**
**ocnjlaw@gmail.com**

_____

| | |
|---|---|
| **CHARLES NOVINS, ESQ., P.C. and** | |
| **CHARLES NOVINS, personally** | Civil Action: 3:09-CV-5354 |
| | |
| **Plaintiffs** | |
| v. | |
| **KEVIN A. CANNON, KEVIN** | |
| **MICHAEL FRIES, JIM KELSO,** | |
| **RHONDA LEA KIRK FRIES,** | **DISCLOSURE BY PLAINTIFF** |
| **VINCENT LAMB, CARL R.** | **PURSUANT TO F.R.C.P. 7.1** |
| **OSTERWALD, ET AL.** | |
| | |
| **Defendants** | |

_____

1. The Corporation, Charles Novins, Esq., P.C., is not owned in any part by any other corporate entity.  It is wholly owned by Charles Novins, Esq.


/S/ Charles Novins, Esq.

Charles Novins, Esq.
The Law Offices of Charles Novins, Esq., PC
54 East Water Street, Toms River, NJ 08753
732-341-4077 732-341-4490 (fax)
ocnjlaw@gmail.com
Dated: June 25, 2010

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of Court on June 25, 2010 and served upon the following counsel of record and/or *pro se* parties:

Joseph A. Manzo, Esq.
Jamanzoesq@gmail.com
P.O. Box 72
Rockaway, NJ 07866

Law Office of Dennis J. Duncan, LLC
Djduncanlaw@gmail.com
599 Bloomfield Avenue
Bloomfield, NJ 07003

<u>/S/ Charles Novins, Esq.</u>
Charles Novins, Esq.
The Law Offices of Charles Novins, Esq., PC
54 East Water Street, Toms River, NJ 08753
732-341-4077732-341-4490 (fax)
ocnjlaw@gmail.com