LAW OFFICE OF DENNIS J. DUNCAN, LLC
599 BLOOMFIELD AVENUE
BLOOMFIELD, NEW JERSEY 07003
PH: (973) 743-7100 FAX: (973) 743-7101
ATTORNEYS FOR DEFENDANT,
RICHARD "VINCE" LAMB

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY - TRENTON**

| | |
|---|---|
| CHARLES NOVINS, ESQ. P.C. and CHARLES NOVINS, Personally,<br><br>　　　Plaintiffs,<br>　　v.<br><br>Kevin A. Cannon, et al.<br><br>　　　Defendants | Civil Action No. 09-CV-5354-AET-DEA<br><br>**MOTION TO SANCTION PLAINTIFFS FOR FAILING TO COMPLY WITH** *Fed R. Civ. P.* **26(g)**<br><br><br>**ORAL ARGUMENT REQUESTED** |

To:

Charles Novins, Esq.　　　　　　　　Joseph A. Manzo, Esq.
54 East Water Street　　　　　　　　37 Rose Lane
Toms River, New Jersey 08754　　　　Rockaway, New Jersey 07866

**TAKE NOTICE** that the undersigned counsel for Counterclaimant Richard Vince Lamb shall move before the Honorable Judge Douglas E. Arpert on Monday, August 16, 2010, at the United States Federal Court House in Trenton, New Jersey, for an order sanctioning plaintiff Charles Novins, Esq., P.C. and Charles Novins, personally for failing to comply with their disclosure requirement under Fed. R. Civ. P. 26(a).

- 2 -

Counsel shall rely upon the declaration of Dennis Duncan and the letter brief accompanying this Notice.

A form of proposed order is annexed hereto.

The undersigned requests oral argument.

                    **Law Office of Dennis J. Duncan, LLC**
                    Attorneys for Defendant,
                    Richard "Vince" Lamb

                    By: ___/s/ Dennis J. Duncan_____
                          Dennis J. Duncan

Dated: July 12, 2010