LAW OFFICE OF DENNIS J. DUNCAN, LLC
599 BLOOMFIELD AVENUE
BLOOMFIELD, NEW JERSEY 07003
PH: (973) 743-7100 FAX: (973) 743-7101
ATTORNEYS FOR DEFENDANT,
RICHARD "VINCE" LAMB

R E C E I V E D

AUG 1 6 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY - TRENTON

CHARLES NOVINS, ESQ. P.C. and
CHARLES NOVINS, Personally,

      Plaintiffs,

v.

Kevin A. Cannon, et al.

      Defendants

: Civil Action No. 09-CV-5354-AET-DEA
:
:
:
:
:
:
: **ORDER COMPELLING**
: **PLAINTIFFS TO PROVIDE**
: **MORE SPECIFIC ANSWERS**
: **TO INTERROGATORIES**
:
:
:
:     :
: RETURNABLE: August 16, 2010
:
: **ORAL ARGUMENT REQUESTED**
:

    **THIS MATTER** having been opening by the Court by Dennis J. Duncan, Esq.,

attorney for Counterclaimant Richard Vince Lamb, upon the application for an Order to

enter compel plaintiffs to provide more specific Answers to Interrogatories, and the Court

having considered the papers in support of ~~and in opposition to~~ the motion, and the

arguments of counsel, ~~and having placed its findings of law on the record on~~ and no opposition

having been submitted;

~~2010, or having issued a written opinion with respect thereto  dated and filed on~~

~~2010,~~ and for good cause shown:

    **IT IS** on this _August  16_ ~~day of~~ 2010,

**ORDERED** that plaintiffs Charles Novins, Esq., P.C. and Charles Novins, personally
shall provide responsive answers to Counterclaimant Lamb as outlined in his counsel's

June 22, 2010 letter within **10** days of this Order or the plaintiffs' Answer to Lamb Counterclaim shall be thereafter stricken; and

**IT IS FUTHER ORDER** that Counterclaimant Lamb ~~shall~~ *may* submit an affidavit pursuant to *L. Civ. R.* 54.2 detailing legal services and expense incurred with respect to this motion within thirty (30) days of this Order; and

~~**IT IS FUTHER ORDER** that plaintiffs shall pay Counterclaimant Lamb's legal fees and expense in connection with this motion.~~

_____
Douglas E. Arpert, U.S.M.J.