LAW OFFICE OF DENNIS J. DUNCAN, LLC
599 BLOOMFIELD AVENUE
BLOOMFIELD, NEW JERSEY 07003
PH: (973) 743-7100 FAX: (973) 743-7101
ATTORNEYS FOR DEFENDANT,
RICHARD "VINCE" LAMB

RECEIVED

AUG 1 6 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY - TRENTON

CHARLES NOVINS, ESQ. P.C. and
CHARLES NOVINS, Personally,

    Plaintiffs,

v.

Kevin A. Cannon, et al.

    Defendants

: Civil Action No. 09-CV-5354-AET-DEA
:
:
:
:
: **ORDER SANCTIONING**
: **PLAINTIFFS FOR NOT**
: **COMPLYING WITH** *Fed. R. Civ.*
: *P.* **26(g)**
:
:
:
:
: **ORAL ARGUMENT REQUESTED**

**THIS MATTER** having been opening by the Court by Dennis J. Duncan, Esq., attorney for Counterclaimant Richard Vince Lamb, upon the application for an Order sanctioning pursuant to Fed. R. Civ. P. 26(g), and the Court having considered the papers in support of ~~and in opposition to~~ the motion, and the arguments of counsel, and no opposition having been submitted; ~~and having placed its findings of law on the record on~~ _____, 2010, ~~or having issued a written opinion with respect thereto dated and filed on_____2010~~, and for good cause shown:

IT IS on this _August 16,_ ~~day of~~ 2010,

**ORDERED** that plaintiffs Charles Novins, Esq., P.C. and Charles Novins, personally are hereby

    (1)    Prohibited from claiming in any pleading that Lamb posted or republished any defamatory statements or that Lamb any alias which he used to republished

defamatory statements, or that Lamb somehow assisted other defendants or unknown others in republishing the document attached as Exhibit A to plaintiffs' February 13, 2009 complaint;

(2)  Prohibited from claiming in any pleading that their law firm suffered monetary damages as a result of the document attached as Exhibit A to the complaint;

(3)  Prohibited from claiming in any pleading that Lamb is part of a hate group and/or that he organized a hate group; and

(4)  Prohibited from claiming in any pleading that there are online postings which prove that Lamb utilizes one or more aliases to commit libel; and

IT IS FUTHER ORDER that Counterclaimant Lamb *may* submit an affidavit pursuant to *L. Civ. R.* 54.2 detailing legal services and expense incurred with respect to this motion within thirty (30) days of this Order; and

~~IT IS FUTHER ORDER that plaintiffs shall pay Counterclaimant Lamb's legal fees and expense in connection with this motion.~~

_____
Douglas E. Arpert, U.S.M.J.