

**NEW JERSEY LAWYERS SERVICE, LLC**
NEWARK    UNION    CHERRY HILL
TEL: (908) 686-7300   FAX: (908) 686-5583
www.njls.com   customerservice@njls.com
TAX I.D. # 20-3974355

V    1172

DENNIS J DUNCAN LAW OFFICE    R  PS
599 BLOOMFIELD AVENUE
BLOOMFIELD    NJ    07003

Invoice Date:   03-01-2010
Acct. No.    7447A

**Total Due:**    $90.00

DUE UPON RECEIPT
$
PLEASE SHOW AMOUNT PAID

---

TO INSURE PROPER CREDIT TO YOUR ACCOUNT-PLEASE RETURN UPPER PORTION WITH YOUR PAYMENT

| Account Balance Summary | Previous Balance | Payment Received | Credit Applied | Past Due Amount | Current Invoice Charges | Total Balance Due |
|---|---|---|---|---|---|---|
|  | $0.00 | $0.00 | $0.00 | $0.00 | $90.00 | $90.00 |

**Current Invoice Details:**

**Monthly Subscription Fee:**    $0.00

**Next Day Usage Fees:**

0  Item(s) at   $0.00   each    $0.00

**Additional Charges/Services:**    $90.00

**Total Current Charges:**    $90.00

**Past Due Amount:**    $0.00

**Total Due:**    $90.00   *(please pay this amount)*

PAID

Please direct any questions you have concerning this invoice to our Customer Service Manager, Debbie Davidovic, ext. 12

Your NJLS Acct. No.
7447A

Invoice Date
03-01-2010

PLEASE SEND PAYMENT TO
NEW JERSEY LAWYERS SERVICE, LLC
P.O. BOX 36
UNION, NEW JERSEY 07083-0036

*couriers to the legal community since 1929*

# New Jersey Lawyers Service
## Additional/Miscellaneous Charges

Invoice Date: 03-01-2010
Acct. No.: 7447A
Your File No.: 09CV5354

DENNIS J DUNCAN LAW OFFICE
599 BLOOMFIELD AVENUE
BLOOMFIELD    NJ    07003

R P3
1321

| Service Date | ServiceType/Detail | Attorney | Amount |
|---|---|---|---|
| | Same Day Delivery | | |
| 1/29/2010 | Job # 178513 From: BLOOMFIELD To: TRENTON | | $90.00 |
| | | sub-total | $90.00 |
| | | Total | $90.00 |