LAW OFFICE OF DENNIS J. DUNCAN, LLC
599 BLOOMFIELD AVENUE
BLOOMFIELD, NEW JERSEY 07003
PH: (973) 743-7100 FAX: (973) 743-7101
ATTORNEYS FOR DEFENDANT,
RICHARD "VINCE" LAMB

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY - TRENTON**

|  |  |
|---|---|
| CHARLES NOVINS, ESQ. P.C. and : <br> CHARLES NOVINS, Personally, : <br> : <br> Plaintiffs, : <br> v. : <br> : <br> Kevin A. Cannon, et al. : <br> : <br> Defendants : <br> : | Civil Action No. 09-CV-5354-AET-DEA <br><br> **ORDER** |

**This Court** having entered two (2) Orders on August 16, 2010 granting Counterclaim Lamb's application for sanctions against plaintiffs for failing to comply with *Fed R. Civ. P.* 26 and in connection with Counterclaim's Motion to Compel more specific answers to Interrogatories, and the Court directing Counterclaim Lamb file an Affidavit of Services pursuant to *L. Civ. R.* 54.2, and the Court having considered the Affidavit of Services dated September 14, 2010 submitted on behalf of Counterclaim Lamb in support of his request for an award of attorney's fees and costs, as well as Plaintiffs' opposition to that application and all reply papers filed by Counterclaimant Lamb, and having heard the arguments of counsel, and having placed its findings of law

- 2 -

on the record on             , 2010, or having issued a written ruling with respect thereto dated and filed on        2010, and for good cause shown:

**IT IS** on this _____ day of      2010,

**ORDERED** that the plaintiffs, Charles Novins, Esq., P.C. and Charles Novins, personally, shall pay **$9,404.97** to the Law Office of Dennis J. Duncan, LLC on or before November 1, 2010.

                                                        _____
                                                          Douglas E. Arpert, U.S.M.J.