## NEW JERSEY DEPARTMENT OF TREASURY
## DIVISION OF REVENUE, BUSINESS GATEWAY SERVICES

### CERTIFICATE OF INC, (PROFESSIONAL SERVICE)

### LAW OFFICES OF CHARLES NOVINS PC
### 0400186572

**8. If applicable, set forth a statement of authority vested in the board to divide the shares into classes or series of both and to determine or changing their designation, number relative rights, preferences and limitations:**
ALL INITIAL SHARES ARE CLASSIFIED AS COMMON SHARES

**9. First Board of Directors:**
CHARLES NOVINS

TOMS RIVER, NJ 08753

**10. Incorporators:**
CHARLES NOVINS
121 WASHINGTON STREET

TOMS RIVER, NJ 08753

**11. The Main Business Address:**
121 WASHINGTON STREET
TOMS RIVER, NJ 08753

**Signatures:**
CHARLES NOVINS

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this 06/29/2007

*Bradley Abelow*
Treasurer of the State of New Jersey