Gmail - My contact info.                                                                                                          Page 1 of 6



Charles Novins <ocnjlaw@gmail.com>

# My contact info.
10 messages

---

**Adam Barea (Privileged) <adambarea@google.com>**　　　　　　　　　　Tue, Mar 24, 2009 at 12:39 PM
To: ocnjlaw@gmail.com

Hi Charles -

Thanks for your time this morning. Per our discussion, please confirm that you have voluntarily dismissed Google as a defendant in the Novins v. Cannon et al. suit pending in the Superior Court of New Jersey, Ocean County, and send me a copy of the dismissal as filed with the court.

Also, please send me an email describing the "Google Stacking" problem you mentioned during our telephone conversation, and I will forward the same to our search fraud department for immediate investigation.

Let me know if you have any other questions or concerns, and thanks again.

Adam

--
Adam L. Barea - Litigation Counsel
Google Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043
Phone: 650.214.4879
Fax: 650.618.1806
e-mail: adambarea@google.com

PRIVILEGE AND CONFIDENTIALITY NOTICE:
This message may contain privileged and confidential information. If you have received this message in error, please notify the sender by return email and then delete the message. Please do not copy or disclose the contents of this message. Thank you.

---

**Adam Barea (Privileged) <adambarea@google.com>**　　　　　　　　　　Wed, Mar 25, 2009 at 7:46 PM
To: ocnjlaw@gmail.com

Hi Charles -

Just checking in on this. Look forward to hearing from you.

Adam

--
Adam L. Barea - Litigation Counsel
Google Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043
Phone: 650.214.4879
Cell: 202.251.6183
Fax: 650.618.1806
e-mail: adambarea@google.com

Gmail - My contact info.

[Quoted text hidden]

---

**Charles Novins** <ocnjlaw@gmail.com>  Wed, Mar 25, 2009 at 8:43 PM
To: "Adam Barea (Privileged)" <adambarea@google.com>

Still commited to all I stated on the phone, just need a little time. I have to "triage" my work, every client wants to go to the head of the line. I'll be getting you all the goods shortly - just have a modicum of patience. I was in court from early morning until the courts closed today, and that simply goes first, period. I should have you fully satisfied within another day or two. That's just how it has to be in my particular profession. But you have priority, not to worry, since I appreciate your prompt response and courteous, professional, and considerate response.

[Quoted text hidden]

--
Charles Novins, Esq. PC
54 East Water Street
Toms River, NJ 08753
Tel: 732-341-4077   Fax: 732-341-4490
ocnjlaw@gmail.com

---

**Adam Barea (Privileged)** <adambarea@google.com>  Thu, Mar 26, 2009 at 1:52 PM
To: Charles Novins <ocnjlaw@gmail.com>

Charles -

I totally understand - I've definitely been there. As you will surely appreciate though, it is nonetheless important that I get a short written representation from you (an email response would suffice) that you'll be voluntarily dismissing us from the case, or for you to at least confirm in writing that Google has not formally been served. Obviously, I need to protect my company's interests here, and once I get something from you in writing, I won't need to worry about the clock running (if it is actually running at all) to our detriment. Hence my follow up email.

Good luck with the work load, and I look forward to hearing from you soon.

Adam

--
Adam L. Barea - Litigation Counsel
Google Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043
Phone: 650.214.4879
Fax: 650.618.1806
e-mail: adambarea@google.com

[Quoted text hidden]

---

**Charles Novins** <ocnjlaw@gmail.com>  Fri, Mar 27, 2009 at 7:14 AM
To: "Adam Barea (Privileged)" <adambarea@google.com>

No problem.

I herewith state that I will be voluntarily dismissing Google from the lawsuit filed by me on February 13, 2009. I will have the dismissal forms signed and mailed to you within one week, i.e., by Friday, March 3, 2009.
Charles Novins, Esq.
--

I appreciate your attention to this matter. I presume you can see clearly that although there is no legal liability (because of the CDA) attaching to Google, Inc., it should be obvious that various offenders have used Google's service and facilities to perpetrate a libel upon me and my business. For this reason, I am going to be in touch with you and/or your abuse department regarding what has been going on under Google's auspices. A short intro follows:

Presuming (which I strongly suggest you do) the following to be false, I assume you'll see my point:

"Law Offices of Charles Novins aka Atlas Bugged hires drug addicts, prostitutes"
http://groups.google.com/group/soc.women/msg/9e9da961f139543c?hl=en&dmode=source
http://groups.google.com/group/soc.men/msg/26e463d50fccce2d?hl=en&dmode=source
"Charles Novins rape, beat, and try to kill me"
http://groups.google.com/group/soc.men/msg/6c29c3a968fa00e9?hl=en&dmode=source

And a Google search under my name turns up the following hit *first,* and this is a group hosted directly by Google, not a mere mirror of Usenet activity:
http://groups.google.com/group/nambla-international?lnk=srg&hl=en

This is the search:
http://groups.google.com/groups/search?hl=en&qt_s=1&q=charles+novins

And here is another example of what's showing right under a simple name search:
"Charles Novins a/k/a Atlas Bugged isn't very perceptive or bright."
http://groups.google.com/group/alt.usenet.kooks/msg/d2998c381993b208?hl=en&dmode=source

I needn't tell you how important Google has become as a resource for anyone wanting information. This is what my friends and potential clients are encountering, in small part.

Although I am releasing Google from the lawsuit, this situation must be addressed in some way. I will follow up with more to your abuse department, including the posts where one defendant admits to and partly explains "Google-stacking" me.

Thanks.

[Quoted text hidden]

---

**Adam Barea (Privileged) <adambarea@google.com>**                              Fri, Mar 27, 2009 at 1:21 PM
To: Charles Novins <ocnjlaw@gmail.com>

Thanks Charles, much appreciated. One clarification, I assume you meant Friday, April 3, 2009. Look forward to receiving the materials, and many thanks again for your prompt attention. Have a good weekend.

Adam

[Quoted text hidden]

—
Adam L. Barea - Litigation Counsel
Google Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043
Phone: 650.214.4879
Cell: 202.251.6183
Fax: 650.618.1806
e-mail: adambarea@google.com

PRIVILEGE AND CONFIDENTIALITY NOTICE:
This message may contain privileged and confidential information. If you have received this message in error, please notify the sender by return email and then delete the message. Please do not copy or disclose the contents of this message. Thank you.

Gmail - My contact info
Case 3:09-cv-05354-AET -DEA   Document 63-2   Filed 01/28/11   Page 4 of 6 PageID: 1182
Page 4 of 6

**Charles Novins** <ocnjlaw@gmail.com>
To: "Adam Barea (Privileged)" <adambarea@google.com>                  Fri, Mar 27, 2009 at 3:28 PM

Sorry! You are correct. April 3 2009 is the date by which I will have mailed to you a release from the case.

I will forward to you more details on the use of Google by the various defendants to enhance and effectuate their unethical and illegal attacks upon my good name.

Thank you in return for your attention.

[Quoted text hidden]

---

**Adam Barea (Privileged)** <adambarea@google.com>
To: Charles Novins <ocnjlaw@gmail.com>                                 Wed, Apr 8, 2009 at 2:22 PM

Hi Charles -

Just following up on our exchange below. Look forward to hearing from you.

Adam

[Quoted text hidden]

---

**Charles Novins** <ocnjlaw@gmail.com>
To: "Adam Barea (Privileged)" <adambarea@google.com>                  Wed, Apr 8, 2009 at 3:37 PM

Adam, the document releasing Google has been prepared and executed. We'll send it to your attention by first-class mail. A copy is being faxed right now.

I will be forwarding to you shortly information and examples regarding "Google Stacking" and other improper uses to which the remaining defendants have put Google's services. I will also forward subpoenas to yor attention should they become necessary in the case.

It may all work out, as the true defendants are communicating with me, as you did, and working toward resolution.

[Quoted text hidden]

---

**Charles Novins** <ocnjlaw@gmail.com>
To: "Adam Barea (Privileged)" <adambarea@google.com>                  Mon, Apr 13, 2009 at 2:04 PM

Dear Mr. Barea:

As per our discussions and transactions, I trust you are satisfied that I have released Google, Inc., from any claims arising out of my defamation suit. Still, you have seen the document, and I have asked you to follow up with me in terms of your abuse department to try to correct various untoward purposes to which the Google services have been put.

I presume you can see clearly that although there is no legal liability (because of the CDA) attaching to Google, Inc., it should be obvious that various offenders have used Google's service and facilities to perpetrate a libel upon me and my business.

I think at minimum, it can be shown that Google's own Terms of Service, as well as its guiding philosophy, have been twisted by various parties taking advantage of you.

First, you have asked that I explain "Google Stacking," which is a relatively recent form of abuse heaped upon

Case 3: My contact info.

myself, others, and made possible by Google's services.

In short, "Google Stacking" is the simple act of publishing a damaging statement or essay numerous times, usually anonymously, so that the defamatory material will land high in the Google search rankings.

A customer of Google, not knowing any context, will adjudge the harmful text - and it is nothing more than text, albeit pretending to state facts - to be as reliable as search results which come up alongside or near the true listings.

A customer, such as myself, who complains of this abuse, gets no relief whatsoever, since Google itself cannot afford to get involved in the decision about which posts are true and which are intended as assaults. This much, I understand.

However, some relief must accompany egregious abuse of your service. Let me illustrate with my own case, not only because I expect relief, but also because the abuse in my case is obvious, blatant, unrestrained, and demonstrates its ill intent explicitly.

In attempting to assault my business, a customer of your service impersonated me by name, created a ""Google Group" advocating illegal sexual activities with minors, and placed my name as the "leader" of the group.

That "group" is here, and remains even though I have asked Google to remove it numerous times, in writing. This is why you were initially included as a defendant.

Importantly for my subsequent comments, a Google search under my name turns up the following hit *first,* and this is a group hosted directly by Google, not a mere mirror of Usenet activity:
http://groups.google.com/group/nambla-international?lnk=srg&hl=en

Naturally, because of the importance Google has attained in the area of marketing, I need Google to remove this fraudulent group.

Here, you will see one of the defendants in my lawsuit bragging about having "Googlestacking" me:

http://groups.google.com/group/alt.usenet.kooks/msg/700f32d497b53178?dmode=source

Then, we see further down the list of Google results the effects of Google "Stacking."

Presuming (which I strongly suggest you do) the following to be false, I assume you'll see my point:

"Law Offices of Charles Novins aka Atlas Bugged hires drug addicts, prostitutes"
http://groups.google.com/group/soc.women/msg/9e9da961f139543c?hl=en&dmode=source
http://groups.google.com/group/soc.men/msg/26e463d50fccce2d?hl=en&dmode=source
"Charles Novins rape, beat, and try to kill me"
http://groups.google.com/group/soc.men/msg/6c29c3a968fa00e9?hl=en&dmode=source

And

This is the search:
http://groups.google.com/groups/search?hl=en&qt_s=1&q=charles+novins

And here is another example of what's showing right under a simple name search:
"Charles Novins a/k/a Atlas Bugged isn't very perceptive or bright."
http://groups.google.com/group/alt.usenet.kooks/msg/d2998c381993b208?hl=en&dmode=source

I needn't tell you how important Google has become as a resource for anyone wanting information. This is what my friends and potential clients are encountering, in small part.
Having now demonstrated - in small part - the scope of the problem, I do expect a response and result from your abuse and/or legal team addressing this problem.

Case 3:09-cv-05354-AET -DEA   Document 63-2   Filed 01/28/11   Page 6 of 6 PageID: 1184

Gmail - My contact info.   Page 6 of 6

Thanks
Charles Novins, Esq. PC
54 East Water Street
Toms River, NJ 08753
Tel: 732-341-4077    Fax: 732-341-4490
ocnjlaw@gmail.com