Attorney(s): Charles Novins, Esq.
Law Firm:
Address: 54 East Water St. Toms River, NJ 08753

Telephone No.: (732) 341-4077
Fax No.: (732) 341-4490
E-mail: ocnjlaw@gmail.com
Attorney(s) for:

Charles Novins, Esq. personally, and Charles Novins, Esq. P.C.

Plaintiff(s)

v.

Google Inc.

Defendant(s)

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION
OCEAN COUNTY

DOCKET NO. L-705-09

CIVIL ACTION

# Stipulation of Dismissal

IT IS HEREBY stipulated and agreed by the undersigned that the above-entitled action be and is hereby dismissed [X] with [ ] without prejudice and without costs as to [ ] all parties [X] defendant(s) [ ] plaintiff(s).

Google, Inc.

By: _Charles Novins, Esq._
54 East Water Street
Toms River, New Jersey 08753

By: _____

Attorney(s) for [X] Plaintiff(s) [ ] Defendant(s)
Dated: April 8, 2009

Attorney(s) for [ ] Plaintiff(s) [ ] Defendant(s)
Dated:

IT IS SO ORDERED:

_Charles Novins, Esq., personally & for the Corporation_

---

TX REPORT

NAME :
TEL : 7323414490
DATE : 04/08/2009 15:35

| JOB NO. | TYPE | NO. | DESTINATION TEL/ID | DATE | TIME | PAGE | TIME USE | MODE | RESULT |
|---|---|---|---|---|---|---|---|---|---|
| 1004 | TX | 001 | 16506181806 | 04/08 | 15:34 | 001 | 00'33 | ECM | OK |