Nomination-Looney Maroon of the month-Atlas Bugged - alt.battlestar-galactica | Google Groups    Page 1 of 1

Google Groups

djduncanlaw@gmail.com | My Groups ▼ | Favorites | Profile | Help | My Account | Sign out

# alt.battlestar-galactica

[ Search this group ] [ Search Groups ]

Message from discussion Nomination-Looney Maroon of the month-Atlas Bugged

Pinku-Sensei  View profile                    More options Jun 19 2007, 12:59 am

Lio Convoy <liocon...@iwonttellyou.com> wrote in
news:Xns995361E9DA483lioconvoyiwonttellyo@69.28.186.121:

> Nomination Seconded

Nomination refused--see below.

> Dorkless Von Heinybeiter <guard,...@oftheflame.com> wrote in
> news:Xns99535F618DEF9harcourtbrace@69.28.186.121:
>> This is my nomination for Atlas Bugged, AKA Charles Novins in the
>> Looney Maroon of the Month award, in the alt.usenet.kooks monthly
>> voting. Charles's posts, while humorous, are quite interesting. He
>> feels he has the right to dictate usenet behaviour, while breaking
>> usenet etiquette himself by posting FAQs for some groups, to
>> irrelevant newsgroups. (ie: the alt.firefly FAQ to the battlestar
>> galactica and stargate groups). This, in itself, is not the highlight
>> of his kookery; that, is his fierce devotion to his TRB (troll/rat
>> bastard page) found at http://home.comcast.net/~abcc/trb.htm

>> Here he has listed just about anyone that has disagreed with him as
>> being a troll AND a criminal, states that he has a gun and will
>> defend himself, and to be removed off the list you must email him
>> with your full real name. He also thinks because he is a lawyer, that
>> he has the right to dictate what can and can not be done.

Gawdawful fugly link deleted.

>> or for those who are wrap-impaired http://tinyurl.com/32q3zu

>> And now some small samples from his posts <snip>

Also deleted. He's kooky, but he's not qualified for the Looney Maroon
award, so the nomination is refused on the basis of insufficient
evidence. It's also refused because it looks as if the same person
seconded it as made the nomination. Tsk, tsk, someone forgot to read
the FAQ. The same someone will also be unable to nominate, second, or
vote until after July 8th, because I'm suspending the franchise of
"Dorkless Von Heinybeiter", "Lio Convoy", and anyone else posting from
69.28.186.121 until after the June AUK Awards ballot.

Sucks to be you.
Next time, read the FAQ!
--
Pinku-Sensei
Co-FNVW of AUK
Acting Pollmaster of AFA-B
Official Overseer of Kooks & Trolls in rec.arts.marching.drumcorps
http://www.caballista.org/auk/index.html

Reply to author   Forward        Rate this post: ☆☆☆☆☆

**Discussions**

+ new post

About this group

Subscribe to this group

This is a Usenet group - learn more

Sponsored Links

NO Payback for Big Labor
NO Payback for Special Interests
Stop Employee Forced Choice Act
www.WorkforceFairness.com

Check MD for Malpractice
Check your doctor for malpractice,
sanctions, education and background
www.healthgrades.com

Email Marketing Software
All-in-One Email Marketing Software
Is Fast, Reliable, and Easy to Use!
Lyris.com/ListManager_Software

See your message here...

Create a group - Google Groups - Google Home - Terms of Service - Privacy Policy
©2009 Google


EXHIBIT A

Google Groups

djduncanlaw@gmail.com | My Groups ▼ | Favorites | Profile | Help | My Account | Sign out

## rec.arts.drwho

[ Search this group ] [ Search Groups ]

Message from discussion the Rose Doctor relationship

› Lio Convoy  View profile        More options Jun 22 2007, 4:01 am

"Atlas Bugged" <atlasbuggedBYs...@gmail.com> wrote in
news:1slei.260642$NO1.252094@fe05.news.easynews.com:

> "Lio Convoy" <liocon...@iwonttellyou.com> wrote in message
> news:Xns9956B06258163lioconvoyiwonttellyo@69.28.186.121...
>> I'm in the USA, so that's no excuse.

> You are indeed, and you are using Charter, you little POS, and I doubt
> you will be much longer.

> The "Lio Convoy" identity is over, you might want to retire it and go
> on lying and abusing others under a different nym.

> You've been banned - for being a kook! - from <alt.usenet.kooks>, and
> I honestly expect that will be the most trivial of your troubles in
> the future.

How does one get banned from a newsgroup Charles? Perhaps someday
you will
understand how Usenet works.

I see you are trolling your kookiness in yet another group, this is akin to
stalking Charles. You being a lawyer should know that.

Perhaps you should re-read, I am unable to vote or nominate kooks until
after July 8th. You are becoming eerily close to Doug Reiman/Grant.

What's next? Going to spam your alt.firefly POS in the Dr Who group too?

Reply to author    Forward    Rate this post: ☆☆☆☆☆

---

Create a group - Google Groups - Google Home - Terms of Service - Privacy Policy
©2009 Google

### Discussions
+ new post

About this group

Subscribe to this group

This is a Usenet group - learn more

Google Groups

djduncanlaw@gmail.com | My Groups ▼ | Favorites | Profile | Help | My Account | Sign out

## rec.arts.drwho

Search this group    Search Groups

Message from discussion the Rose Doctor relationship

Pinku-Sensei  View profile                    More options Jun 25 2007, 1:32 am

Lio Convoy <liocon...@iwonttellyou.com> wrote in
news:Xns99571F6CB10EDlioconvoyiwonttellyo@69.28.186.121:

> "Atlas Bugged" <atlasbuggedBYs...@gmail.com> wrote in
> news:1slei.260642$NO1.252094@fe05.news.easynews.com:

>> "Lio Convoy" <liocon...@iwonttellyou.com> wrote in message
>> news:Xns9956B06258163lioconvoyiwonttellyo@69.28.186.121...
>>> I'm in the USA, so that's no excuse.

>> You are indeed, and you are using Charter, you little POS, and I
>> doubt you will be much longer.

Hatter has been using Charter for a long time.  He's still around.

>> The "Lio Convoy" identity is over, you might want to retire it and go
>> on lying and abusing others under a different nym.

>> You've been banned - for being a kook! - from <alt.usenet.kooks>,

No, he's been temporarily disenfranchised for suspected seconding of his
own nomination by a sockpuppet.  He'll get his power to nominate,
second, and vote after the next election, should he behave.  He hasn't
been banned (AUK is unmoderated), nominated for a kook award, or
LARTed,
either.  You, on the other hand, look kookier all the time.

>> and
>> I honestly expect that will be the most trivial of your troubles in
>> the future.

So, are you making impotent threats, Atlas?

> How does one get banned from a newsgroup Charles? Perhaps
someday you
> will understand how Usenet works.

> I see you are trolling your kookiness in yet another group, this is
> akin to stalking Charles. You being a lawyer should know that.

A kooky lawyer?  Do tell!

> Perhaps you should re-read, I am unable to vote or nominate kooks
> until after July 8th. You are becoming eerily close to Doug
> Reiman/Grant.

Oh, so you know Doogie?  He's quite the kook!

> What's next? Going to spam your alt.firefly POS in the Dr Who group
> too?

To quote Snarky--Nobody expects the Fannish Inquisition!
--

Discussions
+ new post

About this group
Subscribe to this group

This is a Usenet group - learn more

Sponsored Links

Obama Clinton insults
24 Hour News - Breaking Stories,
World & National News. Watch Video
www.russiatoday.com

Obama Biography
Latest News on Obama '08 – Find
Local News & Media in New York.
News.YellowPages.com/NewYork

Ask Obama To Inspect CIA
Non-Partisanship To Stop Torture.
Let Freedom Ring. Sign A Petition!
CommissionOnAccountability.org

See your message here...

Pinku-Sensei
Co-FNVW of AUK
Acting Pollmaster of AFA-B
Official Overseer of Kooks & Trolls in rec.arts.marching.drumcorps
http://www.caballista.org/auk/index.html

Reply to author   Forward     Rate this post: ☆☆☆☆☆

Create a group - Google Groups - Google Home - Terms of Service - Privacy Policy
©2009 Google

Lamb - 4

Google Groups

djduncanlaw@gmail.com | My Groups ▼ | Favorites | Profile | Help | My Account | Sign out

## rec.arts.drwho

Search this group    Search Groups

Message from discussion the Rose Doctor relationship

Atlas Bugged    View profile                    More options  Jun 25 2007, 7:15 am

Discussions

+ new post

About this group
Subscribe to this group

This is a Usenet group - learn more

"Pinku-Sensei" <pinku-sen...@caballista.org> wrote in message

news:f5nk1s$1d6$4@blackhelicopter.databasix.com...

> No, he's been temporarily disenfranchised for suspected seconding of his
> own nomination by a sockpuppet.

"Suspected?"  Oh, shit, you have to be joking.  Actually, "Lio's" just putting it out there.  The usual.

Hi "Lio."

>He'll get his power to nominate,
> second, and vote after the next election, should he behave.  He hasn't
> been banned (AUK is unmoderated), nominated for a kook award, or LARTed,
> either.

No kidding.

This is typical misdirection.  When I said "banned," I was talking about the basic group dynamic.  I've been in moderated groups for years, I know all about'em, and so on.

This is typical troll crap.  You say you've been "trolled" or "insulted" on "nttp" and the answer comes back, "Fool!  It was "http," don't you know that?   And trolling is an attempt to get responses, so you weren't "trolled" don't you know that?  You are irrational and uninformed, and you have the date wrong in your header!  Hurrumpf!"

The malicious poster in question used a sock puppet and was *positively* busted.  The group's informal moderator simply did what was possible, and
excluded the offender from voting, along with anyone posting from the whole
IP range.

>You, on the other hand, look kookier all the time.

Sure, "Lio"  Sociopathy.  "Lio" is obviously sick in *some* degree.

Ever see the movie they made about Phillip Glass (journalist who lied and faked for the NYT?)

Once I catch up to "Lio," you'll see lots of crying, how he had bad toilet training, etc.  And it might be true, sociopaths use whatever they have, true or false, to manipulate and coerce.

It's a typical pattern.  Even if you get them on videotape, they say it isn't them, then, they have a twin, then OK, so what, what's the crime, then
I'm so sorry, I'm sick, couldn't help it, then etc.

http://groups.google.com/group/rec.arts.drwho/msg/c0a781c57826c0a0          4/27/2009

Oh well, even if you are real-deal crazy, you still need to be stopped.
I'll probably file this week.

Reply to author   Forward     Rate this post: ☆☆☆☆☆

Create a group - Google Groups - Google Home - Terms of Service - Privacy Policy
©2009 Google

Lamb - 6

Google Groups    djduncanlaw@gmail.com | My Groups ▼ | Favorites | Profile | Help | My Account | Sign out

## rec.arts.drwho

[ Search this group ]  [ Search Groups ]

Message from discussion the Rose Doctor relationship

Pinku-Sensei   View profile         More options  Jun 28 2007, 12:34 am

"Atlas Bugged" <atlasbuggedBYs...@gmail.com> wrote in
news:BNadnd0aPYZSPuLbnZ2dnUVZ_oytnZ2d@comcast.com:

> "Pinku-Sensei" <pinku-sen...@caballista.org> wrote in message
> news:f5nk1s$1d6$4@blackhelicopter.databasix.com...
> > No, he's been temporarily disenfranchised for suspected seconding of
> > his own nomination by a sockpuppet.

> "Suspected?"  Oh, shit, you have to be joking.

No, I'm just indicating what an itchy trigger finger I have for
disenfranchising people and disqualifying their ballots and nominations
when I have evidence of voting fraud.  I've been running votes and polls
on USENET since 1993, and I've learned to thoroughly despise ballot
stuffers.

> Actually, "Lio's" just
> putting it out there.  The usual.

If that's "the usual" I do hope he's learned to be more careful when he
can vote again.

> Hi "Lio."

Don't forget you're still responding to me, Atlas.

> > He'll get his power to nominate,
> > second, and vote after the next election, should he behave.  He
> > hasn't been banned (AUK is unmoderated), nominated for a kook
> > award,
> > or LARTed, either.

> No kidding.

Oh, good, you're still responding to me.

> This is typical misdirection.  When I said "banned," I was talking
> about the basic group dynamic.

I suspect you don't have a clue about the basic group dynamic of AUK.
That's OK, it's more amusing for us (tinu) that way.

> I've been in moderated groups for years, I know all
> about'em, and so on.

Atlas, did you know that There Is No Cabal?

> This is typical troll crap.

What is the referent for the pronound "this," Atlas?

> You say you've been "trolled" or "insulted" on
> "nttp" and the answer comes back, "Fool!  It was "http," don't you
> know that?  And trolling is an attempt to get responses, so you

### Discussions
+ new post

About this group
Subscribe to this group

This is a Usenet group - learn more

 Sponsored Links

Stop Big Labor Bailout
Bad for workers; Bad for economy
Stop Employee Forced Choice Act
www.WorkforceFairness.com

Election Ballot Box
Wide Selection. ABS Ballot Box.
In Stock. Get Quote Online Today!
www.VoteForAmee.com/Ballot box

Will Your Vote Count?
Get the latest state-by-state news
about voting issues & concerns.
www.PewTrusts.org

See your message here...

> weren't "trolled" don't you know that?  You are irrational and
> uninformed, and you have the date wrong in your header!  Hurrumpf!"

Pleace to send more trolls like that to AUK.  We (tinw) could use better
entertainment.

> The malicious poster in question used a sock puppet and was
> *positively* busted.  The group's informal moderator

Atlas, to whom do you think you're responding?  Since you k'lame to be
good at reading headers, you should be able to pick up a clue if I drop
it in front of you.  Here is the message ID for the post in which Lio
was temporarily disenfranchised:

Message-ID: <f57nr6$ra...@blackhelicopter.databasix.com>

Here is the one for the message to which you just responded:

Message-ID: <f5nk1s$1d...@blackhelicopter.databasix.com>

Now, look at the headers to this message.  Do you notice any
similarities?

Finally, if the clue didn't sink in, click on the link below.

http://www.caballista.org/auk/faq.html#question19

"19. Who is the FNVW?

Why, our highly esteemed Friendly Neighbourhood Vote Wrangler
(FNVW),
whose benevolent supreme dictatorship runs the electoral wheels of our
great realm. Eight fearless folk have served, with distinction:

AUK VOTE WRANGLERS
Craig Dickson (1994-1995)
Matthew Legare (1995-1997)
Killfile Daemons (1997)
Robbie Honerkamp (1997-1998)
Phoenix (1997-2004)
Peter J Ross (2004-2006)
Sean Monaghan (2005-Present)
Pinku-Sensei (2006-Present)"

Now, do you really want to explain to /me/ what /I/ did, Atlas,
especially when you are being incorrect?

> simply did what was possible,

I could have done more.  Despite my itch trigger finger, I was actually
being lenient for a first offense.

> and
> excluded the offender from voting, along with anyone posting from the
> whole IP range.

The entire IP range for Limelight Networks is 69.28.128.0 -
69.28.191.255.  I didn't "ban" all of those IP addresses.  I just
disenfranchised anyone posting from Lio's computer.  Now, are you going
to continue making that grandiose k'lame?

> >You, on the other hand, look kookier all the time.

> Sure, "Lio"  Sociopathy.  "Lio" is obviously sick in *some* degree.

I wasn't writing about Lio.  I was writing about you.   I stand by my
earlier statement. /You/, Atlas Bugged, look kookier all the time.

> Ever see the movie they made about Phillip Glass (journalist who lied
> and faked for the NYT?)

Who are you talking to, me or Lio?

> Once I catch up to "Lio," you'll see lots of crying, how he had bad
> toilet training, etc.  And it might be true, sociopaths use whatever
> they have, true or false, to manipulate and coerce.

Here on AUK, we (tinw) see lots of sociopaths.  You don't have to tell
us (tinu) about them.

> It's a typical pattern.  Even if you get them on videotape, they say
> it isn't them, then, they have a twin, then OK, so what, what's the
> crime, then I'm so sorry, I'm sick, couldn't help it, then etc.

Yes, typical kooky behavior.  Tell us (tinu) something new.

> Oh well, even if you are real-deal crazy, you still need to be
> stopped.

Are you still talking to me or are you again talking to Lio?  If you
can't help talking to Lio even when you're responding to someone else,
then you are obsessed.  Obsession is a kooksign.

> I'll probably file this week.

Oh, good, a kooksuit.  Do keep the kookologists informed of its
progress.  AUK hasn't seen one of those in months.
--
Pinku-Sensei
Co-FNVW of AUK
Acting Pollmaster of AFA-B
Official Overseer of Kooks & Trolls in rec.arts.marching.drumcorps
http://www.caballista.org/auk/index.html

Reply to author     Forward     Rate this post: ☆☆☆☆☆

---

Create a group - Google Groups - Google Home - Terms of Service - Privacy Policy
©2009 Google

http://groups.google.com/group/rec.arts.drwho/msg/5d178b33d7de5d10          4/27/2009

Google Groups

djduncanlaw@gmail.com | My Groups ▼ | Favorites | Profile | Help | My Account | Sign out

## rec.arts.drwho

[    Search field    ]  Search this group    Search Groups

Message from discussion the Rose Doctor relationship

Atlas Bugged   View profile          More options Jun 28 2007, 1:05 am

"Pinku-Sensei" <pinku-sen...@caballista.org> wrote in message

news:f5vdp1$5q7$4@blackhelicopter.databasix.com...

> "Atlas Bugged" <atlasbuggedBYs...@gmail.com> wrote in
> news:BNadnd0aPYZSPuLbnZ2dnUVZ_oytnZ2d@comcast.com:

>> "Pinku-Sensei" <pinku-sen...@caballista.org> wrote in message
>> news:f5nk1s$1d6$4@blackhelicopter.databasix.com...

>> > No, he's been temporarily disenfranchised for suspected seconding of
>> > his own nomination by a sockpuppet.

>> "Suspected?"  Oh, shit, you have to be joking.

> No, I'm just indicating what an itchy trigger finger I have for
> disenfranchising people and disqualifying their ballots and nominations
> when I have evidence of voting fraud.  I've been running votes and polls
> on USENET since 1993, and I've learned to thoroughly despise ballot
> stuffers.

I am an attorney.  I can smell doubletalk a mile off.  Now let's try again
and see if you can manage a straight answer:

"Suspected?  Oh shit, you have to be joking."

> Don't forget you're still responding to me, Atlas.

This cannot be determined, and you know that, and there is every reason to
suspect an established liar - this is positively true - and an established
sock-puppeter - this too is positively true - to post as you now are,
minimizing the one that defrauded your group, and instead citing me as
kook.
If you wanted to look like "Lio," what might you do?

And how about "lio's" fraud?  Has he written in to say "fuck, I'm sorry?"
He is an unrepentent liar, which is far worse.  You say you understand
sociopathy.  Instead, it sure looks like "Lio" talking.  I've no doubt
"lio's" been called sociopath, and knows a bit.  But copping to it?  Not his
plan.  And calling it?  Not yours.  What should we think, eh?

> I suspect you don't have a clue about the basic group dynamic of AUK.
> That's OK, it's more amusing for us (tinu) that way.

It is a voluntary collective of folks, rather than a moderated or otherwise
enforced organization.  No fucking shit, asshole.

> I could have done more.  Despite my itch trigger finger, I was actually
> being lenient for a first offense.

[Yawn] Misdirection.  Question:  Was there a liar and defrauder?  Or was

Discussions
+ new post

About this group
Subscribe to this group

This is a Usenet group - learn more

Sponsored Links

Ripoff Background Checks?
After knowing this, how could they
endorse this background "detective"
www.NetDetectiveTruth.org

Search Felony Records
Instant Felony records lookup.
Felony records online database.
Felony.GovtRegistry.com

Online Background Checks
Lookup Free Background Records
On Anyone!. Official Site
GovBackgroundRecords.com

See your message here...

Lamb - 10

there not?  Simple.

>> >You, on the other hand, look kookier all the time.

Hi "Lio."  Or not, just a guy unable to reason for shit.

Reply to author   Forward     Rate this post: ☆☆☆☆☆

**Create a group** - Google Groups - Google Home - Terms of Service - Privacy Policy
©2009 Google

Lamb - 11

Google Groups

djduncanlaw@gmail.com | My Groups ▼ | Favorites | Profile | Help | My Account | Sign out

## rec.arts.drwho

[          ]  Search this group    Search Groups

Message from discussion the Rose Doctor relationship

Pinku-Sensei  View profile        More options  Jun 29 2007, 1:49 pm

"Atlas Bugged" <atlasbuggedBYs...@gmail.com> wrote in
news:tMSdnZzPvYN53h7bnZ2dnUVZ_oernZ2d@comcast.com:

> "Pinku-Sensei" <pinku-sen...@caballista.org> wrote in message
> news:f5vdp1$5q7$4@blackhelicopter.databasix.com...
>> "Atlas Bugged" <atlasbuggedBYs...@gmail.com> wrote in
>> news:BNadnd0aPYZSPuLbnZ2dnUVZ_oytnZ2d@comcast.com:

>>> "Pinku-Sensei" <pinku-sen...@caballista.org> wrote in message
>>> news:f5nk1s$1d6$4@blackhelicopter.databasix.com...

>>> > No, he's been temporarily disenfranchised for suspected seconding
>>> > of his own nomination by a sockpuppet.

>>> "Suspected?"  Oh, shit, you have to be joking.

>> No, I'm just indicating what an itchy trigger finger I have for
>> disenfranchising people and disqualifying their ballots and
>> nominations when I have evidence of voting fraud.  I've been running
>> votes and polls on USENET since 1993, and I've learned to thoroughly
>> despise ballot stuffers.

> I am an attorney.

That's one point against you.

> I can smell doubletalk a mile off.

You should check your sniffer.  I think it's getting false positives.

> Now let's try
> again and see if you can manage a straight answer:

Oh, I can manage.  Whether I'm going to bother to give you one is
another matter.

> "Suspected?  Oh shit, you have to be joking."

*Snrk*  On one level, I /am/ trying to be entertaining, although I'm not
trying to entertain /you/.  I'm engaging in kookology, a USENET
Performance Science, which entails making rough fun at the expense of
the kooky and the clueless while studying their online behavior.  It
keeps the kookologists and other onlookers entertained, even if the
subject (in this case, you) doesn't find it particularly amusing.  If
you did, you might convince me that Lio is wrong, and you're not kooky.

On another level, I was being quite serious.  I will disenfranchise on
suspicion, not exhaustive proof.  The previous FNVW established that
precedent when Colonel Jake, a known kook and proud of it, nominated
Catherine Burr of RAMD for the Palmjob Paddle.  The nomination
required
seconds and thirds from a non-kooky poster.  Colonel Jake made the
mistake of getting his sister to second the nomination from Colonel
Jake's own computer.  The previous FNVW disenfranchised him

Discussions
+ new post

About this group
Subscribe to this group

This is a Usenet group - learn more

Sponsored Links

Kooky Pens In Stock
Over 30,000 Pens
Fast Shipping
www.postalsweets.com

Sandals by Sanuk
Shop Online for All Sanuk Brand
Sandals. Free Shipping & Returns.
Zappos.com

Kooky Chew fun candy
Get dog food shaped candy in a bowl
Beg for your Kooky Chew here!
www.ItsAllDirect2u.com

See your message here...

immediately.
It didn't matter that it could really have been Jake's sister, the mere suspicion of sockpuppetry was enough.

For what it's worth, your reaction to my use of "suspected" has been quite gratifying, if only accidentally. Your dogged determination in trying to use my words to pursue your grievance against Lio has resulted in you foaming more and more spectacularly with every response. Do keep
it up.

>> Don't forget you're still responding to me, Atlas.

> This cannot be determined,

Does Lio have a Databasix account?

> and you know that,

You're not as clueful as you think, I see.

> and there is every
> reason to suspect an established liar - this is positively true - and
> an established sock-puppeteer - this too is positively true - to post
> as you now are, minimizing the one that defrauded your group,

If Lio tried that, he'd likely have half-a-dozen kookologists jumping down his virtual throat, and I would gladly disenfranchise him permanently after giving him a Tinfoil Sombrero award. That hasn't happened.

> and
> instead citing me as kook.

Your nomination was refused, so officially, you aren't one. I was merely pointing out that your behavior looked kooky to me, and the more you bluster, attempt to use my words to further your agenda, and display obsession and paranoia about Lio, the kookier you will look. Perhaps you should walk away from this discussion.

> If you wanted to look like "Lio," what more
> might you do?

I could discuss Dr. Who, Firefly, and Battlestar Galactica, the topics of the other groups on the newsgroups line. I could certainly post about the Rose-Doctor relationship, especially how the dynamics changed between the Ninth and Tenth Doctors. That would make me look more like
Lio. Now, what is your interest in any of these three science-fiction TV shows?

> And how about "lio's" fraud? Has he written in to say "fuck, I'm
> sorry?"

He hasn't protested his innocence, attacked me or my decision, or shown anything that indicates kookiness. Instead, he's been very pleasant to me, which is more than I can say about anyone else I've disenfranchised.

> He is an unrepentent liar, which is far worse. You say you
> understand sociopathy. Instead, it sure looks like "Lio" talking.
> I've no doubt "lio's" been called sociopath, and knows a bit. But
> copping to it? Not his plan. And calling it? Not yours.

http://groups.google.com/group/rec.arts.drwho/msg/7ffaed08a56b33dc                    4/27/2009

Lamb - 13

Oh, I'm watching Lio. I don't like out-of-control kookologists; they make AUK look bad. However, your behavior is attracting far more of my attention than his.

> What
> should we think, eh?

"The only people who have the right to refer to themselves as 'we' are kings, editors, and people with tapeworms." -- Mark Twain

>> I suspect you don't have a clue about the basic group dynamic of AUK.
>> That's OK, it's more amusing for us (tinu) that way.

> It is a voluntary collective of folks, rather than a moderated or
> otherwise enforced organization. No fucking shit, asshole.

Thank you, that's the most clueful thing you've typed so far. It's a far better understanding of AUK than most display. Please do keep that in mind should you continue interacting with me and AUK.

>> I could have done more. Despite my itchy trigger finger, I was
>> actually being lenient for a first offense.

> [Yawn] Misdirection. Question: Was there a liar and defrauder? Or
> was there not? Simple.

Well, you are convincing me that you really are an attorney; you are treating USENET as a courtroom, and me as a hostile witness. Those are not good working assumptions for you. I believe USENET shouldn't be treated that seriously, and I need to keep that in mind while dealing with you. This should be fun, at least for me and the other kookologists, I need to keep a smile on my face while responding to you.

As for Lio, well, he tried to pull a fast one at AUK's expense, and he was caught and punished. If you want to use that to support your opinion of him, be my guest. However, exaggerating his offense and punishment won't help you in your endeavor, nor will badgering me about it. It will only make the person who makes the decisions about who gets on the ballot (me) more inclined to accept future nominations of you.

>>> >You, on the other hand, look kookier all the time.

> Hi "Lio."

You really shouldn't confuse with your adversary; it makes you look obsessed.

> Or not, just a guy unable to reason for shit.

*Snicker* There is a significant difference between "can't" and "won't." In your case, the answer is "won't." In fact, I don't feel like giving you any more of my original thought. Instead, I'll quote you something from a guide to effective flaming that I wrote 12 years ago.

"Use the appropriate tools to analyze your target's rhetoric. Use of the wrong tools indicates that you did not properly understand the posting. In this case, the passage emphasized karma, a religious concept which cannot best be analyzed using logic, and whimsy, which relies on paradoxes in logic, and is best countered by humor."

http://groups.google.com/group/rec.arts.drwho/msg/7ffaed08a56b33dc                4/27/2009

Ta!
--
Pinku-Sensei
Co-FNVW of AUK
Acting Pollmaster of AFA-B
Official Overseer of Kooks & Trolls in rec.arts.marching.drumcorps
http://www.caballista.org/auk/index.html

Reply to author    Forward    Rate this post: ☆☆☆☆☆

**Create a group** - Google Groups - Google Home - Terms of Service - Privacy Policy
©2009 Google

Lamb - 15