Google Groups    djduncanlaw@gmail.com | My Groups ▼ | Favorites | Profile | Help | My Account | Sign out

## rec.arts.drwho

[ Search this group ] [ Search Groups ]

Message from discussion the Rose Doctor relationship

Atlas Bugged  View profile          More options  Jun 30 2007, 2:04 am

**Discussions**
+ new post

About this group
Subscribe to this group

This is a Usenet group - learn more

Sponsored Links

Clinical Psych Degree
Earn your Clinical Psychology Ph.D.
100% online! Free info packs.
Walden.EarnMyDegree.com

Marriage & Family Therapy
MA in Applied Psychology
Hands-on Clinical Experience
www.antiochne.edu/ap/mft/

Clinical Research Jobs
Job Fair and Networking Party
Have fun while you're job hunting!
www.clinicalresearchjobs.com

See your message here...

> "Atlas Bugged" <atlasbuggedBYs...@gmail.com> wrote in
>> I am an attorney.
> "Pinku-Sensei" <pinku-sen...@caballista.org> wrote in message

news:f63gn4$bme$1@blackhelicopter.databasix.com...

> That's one point against you.

An automatic point-off?  Fuck.  What profession gets you points-on?

>> I can smell doubletalk a mile off.

> You should check your sniffer.  I think it's getting false positives.

I feel like I'm just getting...false.

> Oh, I can manage.  Whether I'm going to bother to give you one is
> another matter.

So!  My sniffer's just fine.  You are correct, you owe me nothing.
 However,
your ability to think is either on display, or you can choose to leave us
guessing.

>> "Suspected?  Oh shit, you have to be joking."

> *Snrk*  On one level, I /am/ trying to be entertaining, although I'm not
> trying to entertain /you/.  I'm engaging in kookology, a USENET
> Performance Science, which entails making rough fun at the expense of
> the kooky and the clueless while studying their online behavior.

Ahhhh.  OK.  Sure.  Whatever.  I like conversing with people, not
laboratory
goon-geeks, but I can deal with someone who prefers un-human, or
less-than-human, or intentionally non-communicative.  At least you're up
front about it.  I think liars bother me, little else.

 >It

> keeps the kookologists and other onlookers entertained, even if the
> subject (in this case, you) doesn't find it particularly amusing.  If
> you did, you might convince me that Lio is wrong, and you're not kooky.

Lio is either 9 years old or a true, clinical case, my friend.  You talk
"kookologist" which has potential to be interesting.  But if you cannot spot
sociopathy, I'm seeing amateur psych who just gawks at car wrecks.  Got
any
background in clinical psych?  I don't mean you've read all of Wayne
Dyer's
books, I mean real experience.

> On another level, I was being quite serious.  I will disenfranchise on

Lamb - 16

> suspicion, not exhaustive proof. The previous FNVW established that
> precedent when Colonel Jake, a known kook and proud of it, nominated
> Catherine Burr of RAMD for the Palmjob Paddle. The nomination required
> seconds and thirds from a non-kooky poster. Colonel Jake made the
> mistake of getting his sister to second the nomination from Colonel
> Jake's own computer. The previous FNVW disenfranchised him immediately.
> It didn't matter that it could really have been Jake's sister, the mere
> suspicion of sockpuppetry was enough.

Blah, blah. You have a small group, and a Usenet sicko defrauded it, and did such a bad job of it you detected it instantly - no, correction, I did, then you came along. Feh.

> For what it's worth, your reaction to my use of "suspected" has been
> quite gratifying, if only accidentally. Your dogged determination in
> trying to use my words to pursue your grievance against Lio has resulted
> in you foaming more and more spectacularly with every response. Do keep
> it up.

Oh yeah, you are really sensei kook-master. I deal in matters of proof. I got the goods on "Lio" ten times over, and here you are still climbing the learning curve.

>>> Don't forget you're still responding to me, Atlas.

>> This cannot be determined,

> Does Lio have a Databasix account?

Oh, now FACTS MATTER AND WE MUST FOCUS CAREFULLY ON FACTS. Damn, but wouldn't you know it, I find that a guy who is too full of shit to have a real conversation, and instead addresses you like a lab rat, is not exactly a very good use of MY conversational free time, either.

Shucks, y'all, how kooky of me is THAT?

> If Lio tried that, he'd likely have half-a-dozen kookologists jumping
> down his virtual throat, and I would gladly disenfranchise him
> permanently after giving him a Tinfoil Sombrero award. That hasn't
> happened.

[yawn] Sorry. You were saying that my use of headers is something you won't discuss, your use of headers constitutes proof, and your coup de grace - "Lio" isn't doing something because everyone would complain, so he cannot be doing it.

Who feeds you, she must be good, or there's no way you'd be alive?

>> and
>> instead citing me as kook.

> Your nomination was refused, so officially, you aren't one. I was merely
> pointing out that your behavior looked kooky to me, and the more you
> bluster, attempt to use my words to further your agenda, and display
> obsession and paranoia about Lio, the kookier you will look. Perhaps
> you should walk away from this discussion.

Two years he/she/it has stalked me in various guises. I have proof positive
of this, not only through the notoriously slippery medium of Usenet, but he's admitted it to me in private e-mail. I believe he did that for one reason, and only one reason. Do you want to know what that reason is?

Of course you don't. You're just studying me and entertaining the crowd. Carry on.

>> If you wanted to look like "Lio," what more
>> might you do?

> I could discuss Dr. Who, Firefly, and Battlestar Galactica, the topics
> ot the other groups on the newsgroups line. I could certainly post
> about the Rose-Doctor relationship, especially how the dynamics changed
> between the Ninth and Tenth Doctors. That would make me look more like
> Lio. Now, what is your interest in any of these three science-fiction
> TV shows?

Wrote the book on one, and very much a beginner as to "The Doctor."

> He hasn't protested his innocence, attacked me or my decision, or shown
> anything that indicates kookiness. Instead, he's been very pleasant to
> me, which is more than I can say about anyone else I've disenfranchised.

>> He is an unrepentent liar, which is far worse. You say you
>> understand sociopathy. Instead, it sure looks like "Lio" talking.
>> I've no doubt "lio's" been called sociopath, and knows a bit. But
>> copping to it? Not his plan. And calling it? Not yours.

> Oh, I'm watching Lio. I don't like out-of-control kookologists; they
> make AUK look bad. However, your behavior is attracting far more of my
> attention than his.

Good, I guess. So I'm a better troll than "Lio?"

You're in a bind here. Do you mean to say I'm worth your time? Or I'm not
worth your time?

I'm pretty conscious of time-value, which is one reason I feel ripped-off by "Lio".

I like the idea of AUK, but your credibility *is* all you have. Do you believe an unwillingness to discuss facts - with anyone - can enhance that reputation?

>> What
>> should we think, eh?

> "The only people who have the right to refer to themselves as 'we'
> are kings, editors, and people with tapeworms." -- Mark Twain

That's cute, not bad. I get annoyed too at the herd-minds.

I think you must realize, however, that when I say "we," I was not implying the sort of mob-think that Twain critiques or "Lio" tries to generate. I was just alerting you to the crowd you *admit* you're playing to.

Hey, live by the sword, die by it.

> Thank you, that's the most clueful thing you've typed so far. It's a
> far better understanding of AUK than most display. Please do keep that
> in mind should you continue interacting with me and AUK.

Yeah, think hard about how I got that right and nothing else. Lucky, I guess. Because one of us is certainly wrong - frequently.

> Well, you are convincing me that you really are an attorney; you are
> treating USENET as a courtroom, and me as a hostile witness. Those are
> not good working assumptions for you.

It's fair to say, but a subset of that scenario is a simple question, a simple answer, and two people interacting as humans. I think one of us isn't. Shall I tell you whom?

>I believe USENET shouldn't be

> treated that seriously, and I need to keep that in mind while dealing
> with you. This should be fun, at least for me and the other
> kookologists, I need to keep a smile on my face while responding to
> you.

Keeping it light is OK with me. Anyone, and I do mean ANYONE who understands that what happens on Usenet stays on Usenet is fine with me.
You simply have no idea what sort of kook you have in "Lio."

> As for Lio, well, he tried to pull a fast one at AUK's expense, and he
> was caught and punished.

!? WTF? He/she/it never wanted to be part of your group. You think he's concerned that you kicked him out of your treehouse? Are you daft? He was
trying to use you, manipulate you. All you did was cause him Mission Failure for that one pot-shot. Trolls work the percentages. They neither care nor expect success on every spitball. You think you "punished " someone? Seriously?

I was the only one to take a chunk out of "Lio." Why do I say that (apart from obvious egotism?)

Because "Lio" doesn't exist unless others take him seriously. Even his "buddies" want to know why he made an attempt to fuck with, not *me,* but a
group of honest folks in AUK who live or die by their credibility.

And trolls are even asking how someone gets definitively *caught* in a medium where it is possible to mask anything you do from all but LE. IOW,
even the trolls lost a measure of respect for "Lio," as *troll.*

>If you want to use that to support your

> opinion of him, be my guest.

http://groups.google.com/group/rec.arts.drwho/msg/fc4327f6bed73a42    4/27/2009

Lamb - 19

Well, once you're busted trying to fuck with people, very intentionally, very blatantly, *and* you have a history of obssessive (years-long) stalking, *and* you've taken it offline, *and* you never express a hint of regret about any of it, and, *even as troll, you suck because you got easily caught,* it is ground-zero for your group. If AUK cannot put that puzzle together, they quickly lose their reason to exist.

>However, exaggerating his offense and
> punishment won't help you in your endeavor, nor will badgering me about
> it. It will only make the person who makes the decisions about who gets
> on the ballot (me) more inclined to accept future nominations of you.

Dude, truth exists, and in a voluntary collective, the facts are all. Kooks have all kinds of markers, and you, quite frankly, are a bit oblivious to some. Do you want *me* educating you here in a public newsgroup?

And "badgering" you? You think I will say one more word to you if you ask me not to? That, my friend, smells like "kook," subsection "paranoia."

Asking you a direct question isn't "badgering," and your statement of intent
to sidestep it just to entertain the galley and do lab analysis on your questioner...well, what do you think *that* looks like?

> *Snicker* There is a significant difference between "can't" and
> "won't." In your case, the answer is "won't."

You do not have the option of *refusing to reason* if you intend to persuade
or lead others.

>In fact, I don't feel
> like giving you any more of my original thought.

More? I realize you've stated no intent to be frank with me, and this is your right, but if you would at least point me to one single *original* thought you produced, I would just like to know where you think it was. Or if I missed it.

 >Instead, I'll quote

> you something from a guide to effective flaming that I wrote 12 years
> ago.

> "Use the appropriate tools to analyze your target's rhetoric. Use of
> the wrong tools indicates that you did not properly understand the
> posting. In this case, the passage emphasized karma, a religious
> concept which cannot best be analyzed using logic, and whimsy, which
> relies on paradoxes in logic, and is best countered by humor."

> Ta!

Well, I appreciate that you thought it was brilliant, I often think that of my writing as well. But it's a bit too out-of-context for me to evaluate.

People who do strive for credibility use citations. You link to your whole essay, I'll have a look.

I link to supporting materials all the time. Why? Because even if there were 98% disagreement with me, there is a mind, or two, or three, that

only
wants to know what's true, *they* are the only minds I care about.

It's become a cliche in sci-fi. Everyone disagrees with the starship captain, who knows he's right, and they tell him, and he says, "I'll consider that - if and when this ever becomes a democracy."

EvilBill has clearly given this some thought, but he wanted to assert that in a medium like Usenet, where anyone can be anything, there is nothing to
really take seriously.

But what he missed is that under those conditions, the *only* things that matter are credibility and truth.

It simply doesn't matter the identity of the person who posted 2+2=5, nor does it matter that 300 others agree. Then some lone "kook" posts that 2+2=4, and it's game over. Just like that. Doesn't matter who he is, either.

Reply to author    Forward    Rate this post: ☆☆☆☆☆

Create a group - Google Groups - Google Home - Terms of Service - Privacy Policy
©2009 Google

Google Groups    djduncanlaw@gmail.com | My Groups | Favorites | Profile | Help | My Account | Sign out

## alt.usenet.kooks

Search this group | Search Groups

Message from discussion FNVW Announcements--elections, nominations, a Galactic Killfile internment, and a CROWNING!

**Friendly Neighborhood Vote Wrangler**   More options   Sep 30 2007, 1:04 am

Kookologists of AUK, AFA-B Bullies, regulars of alt.fucknozzles, and other interested parties:

Forgive my neglect of AUK and AFA-B the past few days, but I have been <s>doing more entertaining things</s> attending to other matters requiring my attention. Now that I'm refreshed, I'm ready for the business at hand.

First, I declare the nominations for the AFA-B awards closed. While I failed to get the elections completed and the winners announced before the end of September, I did manage to get a respectably full of candidates by the last possible milestone for the end of summer, the completion of Major League Baseball's regular season. The ballot will be posted Sunday during the daylight hours in the United States and balloting will last until the next Sunday.

Second, with Art Deco's withdrawal of Painius, there are currently /no/ candidates for Kook of the Month. As I've stated several times during the past few months, if there aren't at least two validly seconded and well-qualified candidates for Kook of the Month, I'm not holding an election. This month is no exception, and I'm not up to finding two candidates for you. You'll have to do it yourselves. You all have 24 hours to nominate two good candidates for KotM, or I'm postponing the election until Halloween and running a joint September/October ballot then.

Third, because of voter misconduct, I am throwing out all nominations of Atlas Bugged for both the AUK and AFA-B ballots. Furthermore, because Atlas has consistently shown signs of being the kind of extremely unpleasant and unentertaining poster that AUK has nearly always found eventually unsuitable for awards, he is being relegated to the Galactic Killfile, where he is ineligible for the awards that his betters on USENET deserve. There he is to share a line in the code next to his buddy Honest John and clean out Fluffy's Litter Box until the next general release of the inmates. This internment is effective at the end of this post.

Finally, I have one last item of business with Atlas before I escort him into the Galactic Killfile. It has come to my attention that Atlas has repeatedly 1) told the FNVW how to run the USENET Kook Awards, 2) done
so even after being warned that such behavior would earn him a special award, 3) attempted to undermine the authority of the Friendly Neighborhood Dictatorship of this august and venerable newsgroup, and 4) made threats of real-life consequences for the FNVW if events on AUK fail to be as he desires. There is an award for such behavior, one that has been earned by vastly overreaching trolls and exceptional assholes as well as kooks, the Tinfoil Sombrero.

"An executive award, a Vote Wrangler's privilege, to grant to those out there who would seek to overthrow the Friendly Neighborhood dictatorship of this froup. Time and again various Kooks have attempted to either hijack the awards, start votes of their own, or give the FNVW a free non-expenses-paid ticket to the Motel Deep 6. This should never go unpunished. Such insubordination goes beyond the

**Discussions**
+ new post

About this group
Subscribe to this group

This is a Usenet group - learn more

Sponsored Links

CIA Investigation
Stop Torture & Abuse Of Detainees.
Do Your Part & Sign The Petition!
CommissionOnAccountability.org

Award Entries Now Invited
Global Business Excellence Awards
open to private and public sector
www.gbeawards.com

Innovation for 2009
Developing Leaders of Innovation.
Workshop for Managing Change.
Video
BottomLineInnovation.com

See your message here...

normal bounds of those wacko enough to wear the tinfoil hat, therefore, the FNVW shall have the privilege of granting the TINFOIL SOMBRERO, upon receipt of substantial enough evidence of said insubordination."

After nearly four months of the behaviors summarized above, Atlas has finally reached the threshold for this award. Therefore, I hereby crown Atlas Bugged of alt.tv.firefly with the TINFOIL SOMBRERO. May he enjoy his new metallic headwear in the Galactic Killfile.

As for the rest of you, there are only 24 hours left in the month.
Use them well!

--
The Co-Friendly Neighborhood Vote Wrangler of AUK
http://www.caballista.org/auk/index.html

Reply to author   Forward     Rate this post: ☆☆☆☆☆

Create a group - Google Groups - Google Home - Terms of Service - Privacy Policy
©2009 Google

**From:** Atlas Bugged [mailto:                    ]
**Sent:** Thu 9/13/2007 4:44 AM
**To:** Lamb, Richard V
**Subject:** Atlas Bugged calling!

So are you the AUK guy? Not that I expect truth in e-mails, but I didn't have to do anything to get this address, and if you're Pinku, and "Roger" is really a friend, you could do a lot of good by mediating.

If not, sorry to bother you, but you will be served in a few days with a law suit. If you ain't the guy, it isn't going to matter, just go through the motions and you'll be done with it.

Anything said in e-mails will be held confidential - at least by me, I have yet to be convinced that the person I'm dealing with has any honor, but I've seen some evidence of it.

If we take it offline, and act like adults, I am sure we can save ourselves a ton of trouble.

The basic choices for "Roger" are three:

1) He plays hardball and refuses to negotiate. He might win. If he does, he get's...well, nothing. If he loses, I'll play hardball too, no negotiations, and he'll lose plenty. I'll do it all. I'll out him. I'll sue him. And whatever else I can legally do, all of it.

2) He confirms precisely who he is, with irrefutable evidence, and I demand little or nothing. Possibly an online statement, a mild apology, that sort of thing. This let's me keep him in check.

3) He retains anonymity, and pays a significant settlement, meaning enough money just to sting him a little, a public statement that is far more detailed, apologetic, and dissing any and all "actual" buddies, if he has any. He'd also have to give me their info, insofar as he's got it. But he stays anonymous.

You understand, I presume, the legal consequences of his thread where he calls me "Atlas Charles Novins Bugged," right? This gives that Novins guy all kinds of choices. I think I know this Novins guy, and he has a very similiar attitude to mine. In fact, I can see how "Roger" mixed us up, we are remarkably similar, interesting, eh?

# CHARLES NOVINS, ESQ.
121 Washington Street
Toms River, NJ 08753
In The Historic Blake House
Tel: 732-341-4077   Fax: 732-341-4490
E-Mail: novins@verizon.net

RECEIVED

SEP 1 7 2007

HUMAN RESOURCES

DATE: September 17, 2007

TO: Gary Casey

FAX: 248-341-2025

RE: Complaint regarding a member of your faculty, Richard V. Lamb

NUMBER OF PAGES, INCLUDING THIS ONE: 1

MESSAGE:
It has come to my attention that a professor at your college has been posting messages to Usenet discussion groups which may be libelous, and are in any event conduct which would reflect badly upon your school. The messages have been posted under a supposedly-anonymous handle known as "Pinku-Sensei," but we have good evidence to believe this is Professor Lamb. If it is indeed Professor Lamb, we are considering filing lawsuits in both federal and state venues unless the matter is addressed. Even if legal action becomes unnecessary, you may want to consider Professor Lamb's possible actions online, and consider whether or not he may be a liability to the school.

It does appear that Professor Lamb has admitted that "Pinku" is his online persona. For example, consider this post (what follows is an identifying code for Usenet messages:
Message-ID: Xns97691130C1A1Cpinkusenseinetcabalc@204.153.244.170

And if the two are in fact the same person, Professor Lamb appears to be in charge of a Usenet group which specializes in the identification and harassment of "kooks," the problem being that when such identifications are in error, they become libelous and criminally harassing. That seems to have been the case in several posts recently. You may view Professor Lamb's activity online in the group "<alt.usenet.kooks>" which can be found on the World Wide Web at the address:
http://groups.google.com/group/alt.usenet.kooks/topics?lnk=sg&hl=en

Thank you for looking into this matter. Please feel free to contact my office at once if you have any questions in this matter.

Charles Novins, Esq.

Google Groups    djduncanlaw@gmail.com | My Groups | Favorites | Profile | Help | My Account | Sign out

# alt.usenet.kooks

Search this group | Search Groups

Message from discussion FNVW Announcements--elections, nominations, a Galactic Killfile internment, and a CROWNING!

**Friendly Neighborhood Vote Wrangler**  More options  Sep 30 2007, 1:04 am

Kookologists of AUK, AFA-B Bullies, regulars of alt.fucknozzles, and other interested parties:

Forgive my neglect of AUK and AFA-B the past few days, but I have been <s>doing more entertaining things</s> attending to other matters requiring my attention. Now that I'm refreshed, I'm ready for the business at hand.

First, I declare the nominations for the AFA-B awards closed. While I failed to get the elections completed and the winners announced before the end of September, I did manage to get a respectably full of candidates by the last possible milestone for the end of summer, the completion of Major League Baseball's regular season. The ballot will be posted Sunday during the daylight hours in the United States and balloting will last until the next Sunday.

Second, with Art Deco's withdrawal of Painius, there are currently /no/ candidates for Kook of the Month. As I've stated several times during the past few months, if there aren't at least two validly seconded and well-qualified candidates for Kook of the Month, I'm not holding an election. This month is no exception, and I'm not up to finding two candidates for you. You'll have to do it yourselves. You all have 24 hours to nominate two good candidates for KotM, or I'm postponing the election until Halloween and running a joint September/October ballot then.

Third, because of voter misconduct, I am throwing out all nominations of Atlas Bugged for both the AUK and AFA-B ballots. Furthermore, because Atlas has consistently shown signs of being the kind of extremely unpleasant and unentertaining poster that AUK has nearly always found eventually unsuitable for awards, he is being relegated to the Galactic Killfile, where he is ineligible for the awards that his betters on USENET deserve. There he is to share a line in the code next to his buddy Honest John and clean out Fluffy's Litter Box until the next general release of the inmates. This internment is effective at the end of this post.

Finally, I have one last item of business with Atlas before I escort him into the Galactic Killfile. It has come to my attention that Atlas has repeatedly 1) told the FNVW how to run the USENET Kook Awards, 2) done
so even after being warned that such behavior would earn him a special award, 3) attempted to undermine the authority of the Friendly Neighborhood Dictatorship of this august and venerable newsgroup, and 4) made threats of real-life consequences for the FNVW if events on AUK fail to be as he desires. There is an award for such behavior, one that has been earned by vastly overreaching trolls and exceptional assholes as well as kooks, the Tinfoil Sombrero.

"An executive award, a Vote Wrangler's privilege, to grant to those out there who would seek to overthrow the Friendly Neighborhood dictatorship of this froup. Time and again various Kooks have attempted to either hijack the awards, start votes of their own, or give the FNVW a free non-expenses-paid ticket to the Motel Deep 6. This should never go unpunished. Such insubordination goes beyond the

**Discussions**
+ new post

About this group
Subscribe to this group

This is a Usenet group - learn more

Sponsored Links

Election 2008
See all candidate videos
and share your political videos!
www.Election.tv

Ask Obama To Inspect CIA
Non-Partisanship To Stop Torture.
Let Freedom Ring. Sign A Petition!
CommissionOnAccountability.org

Enter the 2008 WebAwards
Measurable, promotable feedback
for your award winning web site
www.webaward.org

See your message here...

normal bounds of those wacko enough to wear the tinfoil hat, therefore, the FNVW shall have the privilege of granting the TINFOIL SOMBRERO, upon receipt of substantial enough evidence of said insubordination."

After nearly four months of the behaviors summarized above, Atlas has finally reached the threshold for this award. Therefore, I hereby crown Atlas Bugged of alt.tv.firefly with the TINFOIL SOMBRERO. May he enjoy his new metallic headwear in the Galactic Killfile.

As for the rest of you, there are only 24 hours left in the month. Use them well!

--
The Co-Friendly Neighborhood Vote Wrangler of AUK
http://www.caballista.org/auk/index.html

Reply to author    Forward    Rate this post: ☆☆☆☆☆

Create a group - Google Groups - Google Home - Terms of Service - Privacy Policy
©2009 Google

http://groups.google.com/group/alt.usenet.kooks/msg/b21cc4d5df4fe963        4/27/2009

Lamb - 27

# CHARLES NOVINS, ESQ.   C. N.

121 Washington Street
Toms River, NJ  08753
In The Historic Blake House
Tel: 732-341-4077   Fax: 732-341-4490
E-Mail: novins@verizon.net

DATE: October 3, 2007

TO: Gary Casey

FAX: 248-341-2025

RE: Complaint regarding a member of your faculty, Richard V. Lamb

NUMBER OF PAGES, INCLUDING THIS ONE: 2

MESSAGE:

As you know, we have spoken on the phone, and it appears you are completely unresponsive, so just FYI, here's what's going to happen next:

First, I am attaching a picture of a photo from the internet where it appears Dr. Lamb is identifying himself as "Pinku." Hopefully, this will assist you in determining if we're talking about the same person, since you have been singularly unresponsive to my enquiries, to the point where even common courtesy seems to be more than you care to put forth.

If I don't hear from you - at this point, it needs to be promptly - I am then going to send a written letter to the University administration both detailing my concerns and noting your complete failure to display even common courtesy or competence in your position.

A law suit will follow unless there is some minimal cooperation in confirming or denying the problems which we are alleging. Even if Dr. Lamb *is* the person perpetrating the improper activities, a reasonable discussion might be all that is needed to resolve the matter. Too bad that seems to be more than you can manage, at least so far.



I appreciate any assistance you can provide in this matter, notwithstanding your obvious lack of cooperation so far. I hope that changes. Please feel free to contact my office at once if you have any questions in this matter.

Charles Novins, Esq.

- alt.usenet.kooks | Google Groups

Page 1 of 2

gle Groups

Help | Sign in

t . usenet . kooks

Search this group | Search Groups

Discussions

View: Topic list, Topic summary

Topics 1 - 10 of 188664  Older »

Description: I have a theory about why we have such crazy theories.

**US Housing Market Only Thing Holding The US GDP Together**
...So the Federal Reserve forced people to sign adjustable rate mortgage agreements, Alexa. Got it.
By Art Deco - 11:14am - 2 new of 2 messages

**Federal Reserve: Thugs With Guns**
...Wow, how often does Alexa and Kazoo take up the same kook kause at the same time (admittedly in difference froups, though)?
By Art Deco - 11:12am - 2 new of 2 messages

**Checkmate: Ticket out of Jail Defense -- Ed and Elaine Brown Case:**
...So Kazoo, let me get this straight -- taking your argument to its logical conclusion, Charles Manson could have waltzed into faux-count, claimed his name is copyrighted, asserted his judicial STRAWMAN, STRAWMAN, STRAWMAN status, told the judge to prove the court's jurisdiction, and he'd be out there today slashing to this very day?... more »
By Art Deco - 10:56am - 1 new of 1 message

**Nym Change--Please adjust your killfiles and filters**
If you are not using my email address to filter me, please adjust it from the Dorkless nym, to the one I am currently using. Thank you.
By The One True Roger - 10:20am - 1 new of 1 message

**PING MARQUEENIE**
[link] click on me baby!!!!!
By Smoke-Kelp@KelpAnusCream.org - 4:26am - 1 new of 1 message

**violence in Germany horrible after WW1**
... INDEED!!!!!!!!!!!!
By Smoke-Kelp@KelpAnusCream.org - 4:48am - 1 new of 1 message

**Antique (1912-1949)Porcelain Teapot 528 Chinaware 400,Invitation visit!古董（1912-1949）民国瓷茶壶528把瓷器400件，邀请观赏！**
Antique (1912-1949) Porcelain teapot 528 chinaware 400, invitation visit ! 古董 (1912-1949) 民国瓷茶壶528把瓷器400件，邀请观赏！ Jianxiong Xu 徐建雄 Address: Shengzhou Zhejiang China 地 址：中国浙江嵊州市 Tel (电话)：0575-83103731 E-mail: xjx_...@tom.com... more »
By jx5888 - 9:13am - 1 new of 1 message

**The abortion-seeking woman: perpetrator or victim?**
On Fri, 14 Sep 2007 18:56:10 -0700, PolishKnight <mar...@cox.net> wrote in <1189821370.826701.305...@r29g2000hsg.googlegroups.com>: [...] ...Silly me, I thought it was based on the women and men who have sworn to uphold the Constitution of the United States. But do let me know when ~your~ generosity to allow

---

About this group

Subscribe to this group

This is a Usenet group - learn more
Find or start a Google Group about kooks.

Active older topics

Question
24 new of 24 - Sep 15

The bushmob tricks are too cunn
81 new of 81 - Sep 3 2004

Request for alt.hackers.maliciou
77 new of 77 - Jul 1

ONE TROLL AT THE TIME 200
58 new of 58 - Sep 12

Request to troll stupid "Bill Clee
85 new of 85 - Aug 5

I would love to nominate:
18 new of 18 - Sep 16

PIGN Art Deco
119 new of 119 - Jul 24

Adolph Deco is a Stupid racist 5
628 new of 628 - Aug 17

WINNERS! Usenet Kook Award
109 new of 109 - Sep 9

Old Hag Pandora Insults Shrimp
3 new of 3 - Sep 16

NASA Researchers Ponder Nuc
7 new of 7 - Sep 17

A DUNGEON WITH IDIOTS I K
4 new of 4 - Sep 16

Rush PROVES Gore Is An Idiot
117 new of 117 - Aug 23

September 2007 Nominations s
14 new of 14 - Sep 14

What Is Happening
305 new of 305 - Aug 3

Please remove alt.vampyres
334 new of 336 - Jun 18

Shit A Brick, Tholen....
911 new of 911 - Jul 8

Related Groups

alt.alien.vampi...lonk.flonk
Something about simoN.
High activity, Usenet

alt.allsysop
Use comp.bbs.misc instead.

---