, any "say" in my... more »
y Sharon B - 7:44am - 1 new of 1 message

"VideO Madness" "Troop Surge - Old News!!!..."
*we will all kneel and bow our heads* [»»»xYx«««]"All Hail Master Pink My
Instructor"[»»»xYx«««] [»»»xYx«««] [»»»xYx«««] [»»»xYx«««] "Pinku-Sensei The
Great One" [»»»xYx«««] *now we diligently pray*... more »
By Colonel Jake - 3:03am - 1 new of 1 message

Chest Pains
By Mack®® - 1:14am - 1 new of 1 message

[ + New post ]                                                    1 - 10 of 188664   « Newer | Older »

XML

Create a group - Google Groups - Google Home - Terms of Service - Privacy Policy
©2007 Google

Low activity, Usenet
alt.digicash.deadbeats
Low activity, Usenet
More related groups »

Sponsored Links

Restoration/Conservation
Objects,sculpture,miniatures
Ceramics,glass,enamel,etc
arkrestoration.net/

Chinese Figurines&Statues
Beautiful Unique and Traditional
Chinese Statues and Figurines!
www.ChinaFurnitureOnline.com

Antique & Art Restoration
Conservation, Repair & Restoration
Since 1945
www.wiebold.com

    See your message here...

Related Pages
EasternTea: Research
The source for tea enthusiasts and
buyers. Visit our online shop ...
www.easterntea.com

What's New at Holy Mountain
Information about the latest additions
and news at Holy Mountain ...
www.holymtn.com

jn-ceramics 's Home Page
www.geocities.com

Lamb - 31

**From:** Lamb, Richard V
**Sent:** Wed 10/3/2007 8:59 PM
**To:** Casey, Gary S
**Subject:** RE: meeting

-----Original Message-----
**From:** Casey, Gary S
**Sent:** Friday, September 28, 2007 9:38 AM
**To:** Lamb, Richard V
**Cc:** Mathews, David L
**Subject:** meeting

Please call me at your earliest convenience to set up a meeting to discuss a confidential matter.
Thanks.

Gary Casey
Director of Employee Relations
Oakland Community College
2480 Opdyke Road
Bloomfield Hills, Mi. 48304
248.341.2035

Lamb - 32

**CHARLES NOVINS, ESQ.**
**121 Washington Street**
**Toms River, NJ  08753**
**In The Historic Blake House**
**Tel:  732-341-4077   Fax:  732-341-4490**
**E-Mail:  novins@verizon.net**

10/16/07

Richard V. Lamb
c/o Oakland Community College
2480 Opdyke Road
Bloomfield Hills, MI  48304-2266

Dear Dr. Lamb:

As you undoubtedly know by now, I have spoken to your personnel department, and they have declined to further investigate you.

They have, however, inadvertently confirmed for me that you are the person who hides behind the false name "Pinku-Sensei" and that you were well aware of your participation in various publications over the past year which clearly libeled me. Specifically, a thread was maintained with my full name in the header and various publications were made with attacks on my character, my professional qualifications, and so on.  At least one of those participating appears to have clearly been you.

I am writing to give you a chance to avoid being named in a lawsuit I have prepared and am readying for filing.  I see you have decided to stop engaging in your libelous behavior online, but it does not correct the publications which have already been made.

In  order to forestall further action by me, I will need you to do two things:

1) Publish a formal and unequivocal apology in all the affected newsgroups and
2) Provide me with all identifying data on the various posters who participated in the thread, including copies of all offline communications with them, including headers where e-mails were exchanged.  This information must lead to useful identifications or this offer is unavailable.

I am engaged in the practice of law here in the State of New Jersey, as well as federally, and the reputation I maintain in my business is of paramount importance to me.  By intentionally referring to me by name in the context of threads aimed at impugning the character of the poster, you and your "friends" crossed the line into unlawful behavior, and I will spare no effort in pursuing this legally.  If you think this is a "kook suit" you are sadly mistaken, and if you mention that term in any public forum in connection with myself, I assure you I will seek to amend and add to the complaint.

You have two weeks from the date of this letter to respond.  After that, all further communications will be by way of summons, complaint, and subpoena.

Charles Novins, Esq.

Lamb - 33

**From:** Lamb, Richard V
**Sent:** Wed 10/24/2007 3:26 PM
**To:** Chambers, Mary M; Casey, Gary S
**Cc:** Lamb, Richard V
**Subject:** RE: Meeting


-----Original Appointment-----
**From:** Chambers, Mary M
**Sent:** Wednesday, October 24, 2007 12:55 PM
**To:** Casey, Gary S; Lamb, Richard V
**Subject:** Meeting
**When:** Monday, October 29, 2007 3:00 PM-4:00 PM (GMT-05:00) Eastern Time (US & Canada).
**Where:** Helen S. Kaiser Room

From: "Atlas Bugged" <atlasbuggedBYs...@gmail.com>
Date: Oct 19 2007, 1:02 pm
Subject: PING PINKU
To: alt.usenet.kooks, alt.fan.art-bell, alt.fucknozzles


"John "C"" <honestj...@centurytel.net> wrote in message

news:XLidnfNjwrwCMoXanZ2dnUVZ_rWtnZ2d@centurytel.net...


> "Atlas Bugged" <atlasbuggedBYs...@gmail.com> wrote in message
>> At any rate, I was recently able to smoke outPinkuand it's little
>> more effort to do the same for a rat-fuck like Deco, so keep me
>> advised.

> I have both of these pervert's home and work addresses if you need them
> (e-mail).

Yes, I've locatedPinku, but only at work, where I had notified his
employers, and was getting ready to have him served with process.  So
his
home addy might be useful if he tries to thwart that.

I haven't named Deco in the suit because he never - to my knowledge -
went
RL on me, which is my criteria for fair play vs. "over the line."  If
I see
him use my RL business name once, that will do the trick.

One way around that would be if you want to be a plaintiff, and Artie
*has*
crossed the line in your case.  Your call, of course, since everything
has
to be public in a lawsuit

If any other so-called "Kooks" are reading this - even if they
actually are
kooky - they can join the suit depending on whether one ofPinku's
fuck-buddies went over the line.  It's a common myth that truth is a
defense
to libel.

My e-mail is easy to un-munge - remove byspam - and everything else
about me
is real, too, apart from the spam-deflecting handle.  I'm an attorney
admitted to both state and federal bars.

From: Atlas Bugged <cnovins@hotmail.com>
Date: Mon, Dec 24, 2007 at 3:10 PM
Subject: Nice Work
To: pinku-sensei@caballista.org

Here you go, Pinku, see what you helped to inspire:

http://groups.google.com/groups/profile?hl=en&enc_user=CsoqHSIAAAA-3q2YDqlSnw7Ms4JIYZ_
kZM96iMfyRdi9p5saMfwdgvK4ZR9D55eO8-AGYTffARY

The rat-fuck evidently spammed the racist spoof to almost 100 groups.

Hope you're proud of yourself now.  You have protected a great bunch.

You will either help me track down this psychotic vicious troll, or
your going to stay on my radar.

Naturally, I will instantly file a federal lawsuit with respect to
this, and you'll be included, along with the college.

```
Path: g2news2.google.com!news4.google.com!news2.google.com!npeer02.iad.
highwinds-media.com!news.highwinds-media.com!feed-me.highwinds-media.com!
news.glorb.com!news2.glorb.com!news.alt.net
From: "Atlas Bugged" <atlasbuggedbys...@gmail.com>
Newsgroups: alt.usenet.kooks,alt.fan.art-bell,alt.free.newsservers,alt.war.
vietnam,misc.survivalism,rec.arts.poems
Subject: Re: WINNERS! Kooks of the Year, 2008
Date: Tue, 27 Jan 2009 18:21:49 -0500
Organization: Altopia Corp. - Usenet Access - www.altopia.com
Lines: 160
Message-ID: <2hkqfn.aah.19.1@news.alt.net>
References: <glefu0$m9i$1@blackhelicopter.databasix.com>
X-Priority: 3
X-MSMail-Priority: Normal
X-Newsreader: Microsoft Outlook Express 6.00.2800.1106
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2800.1106
X-Antivirus: avast! (VPS 090127-0, 01/27/2009), Outbound message
X-Antivirus-Status: Clean

"Friendly Neighborhood Vote Wrangler" <wrang...@caballista.org> wrote in
message news:glefu0$m9i$1@blackhelicopter.databasix.com...
> <music>
> "20th Century Fox Fanfare"
> http://www.youtube.com/watch?v=z54ynmUPZ5c
> </music>
>
> The time has come to announce the winners of the 2007 Usenet
> Kooks of the Year Awards.  Envelopes, please!
>
> <music>drumroll</music>
>
> ROOKIE KOOK OF THE YEAR
>
>  The winner is...GUNNER ASCH!
>
>  06 votes Gunner Asch
>  04 votes Captain Neal AKA Greg Hall
```

Lamb - 37

WINNERS! Kooks of the Year, 2008 - alt.usenet.koo    Google Groups

```
>  04 votes Jamie "Lamie" Baillie
>  03 votes Jeff Relf
>  02 votes Alan Connor posting as Sidney Lambe
>  02 votes Bobbi Sanchez AKA Lady Veteran
>  01 votes George Dance
>  01 votes Scott Abraham AKA twobuddhas
>  00 votes Agamemnon of rec.arts.drwho
>  00 votes Ernie Primeau
>  00 votes Hagar
>  00 votes The Stalking Outer Filth Fanclub of Bobbi Sanchez
>
> Congratulations, Gummy!  You narrowly defeated an all-star field of
> candidates, many of whom had won more awards over the course of the year
> than you had.  I guess your survival skills came in handy when they
> finally counted.
>
> KOOK OF THE YEAR
>
>  The winner is...DOUGLAS GRANT!
>
>  05 votes Douglas Grant
>  04 votes Alexa Cameron
>  03 votes Chuck Lysaght
>  03 votes Raymond Ronald Karczewski
>  02 votes Alan Connor posting as Sidney Lambe
>  02 votes Gunner Asch
>  01 votes Agamemnon of rec.arts.drwho
>  01 votes Bill Hughes
>  01 votes Bobbi Sanchez AKA Lady Veteran
>  01 votes Captain Neal AKA Greg Hall
>  01 votes Duke the American-American
>  01 votes Jamie "Lamie" Baillie
>  01 votes Richard S Bullis
>  01 votes Scott Abraham AKA twobuddhas
>  01 votes Will Dockery
>  00 votes All others
>
> Congratulations, Doogie!  After coming in a distant second last year,
> you managed to defeat last year's winner as well as the winners of all
> the other awards on this year's ballot.  Be sure to thank your fanbois,
> who came out and voted for you as a block.  Without them, I'd most
> likely be playing "Tequila" for the recessional.
>
> COWARD OF THE YEAR
>
>  The winner is...CHARLES LYSAGHT!
>
```

WINNERS! Kooks of the Year, 2008 - alt.usenet.koc... Google Groups

```
>  10 votes Charles Lysaght
>  03 votes Gerald Newton of alt.culture.alaska
>  03 votes Jamie "Lamie" Baillie
>  02 votes Bobbi Sanchez AKA Lady Veteran
>  02 votes Gunner Asch
>  01 votes Alexa Cameron
>  01 votes "Fake Snarky"
>  01 votes Scott Abraham AKA twobuddhas
>  01 votes The Stalking Outer Filth Fanclub of Bobbi Sanchez
>  00 votes Alan Connor posting as "Tom Newton"
>  00 votes Cue/Lil
>
> Congratulations, Kluck!  Your long-standing record of net-cowardice was
> enough to make you the single most popular vote-getter on the entire
> ballot.  Yes, Chuckles, you're popular.  Now, post that on your blargh.
> At least you'll be telling the truth.
>
> CLUELESS NEWBIE OF THE YEAR
>
>  The winner is...JEFF RELF!
>
>  07 votes Jeff Relf
>  05 votes David "Yads" Yadallee AKA "The Doctor" of rec.arts.drwho
>  03 votes GitRDunn
>  02 votes Bozo De Niro of alt.comedy.standup
>  02 votes Ilya Shambat and the Shambat Household
>  01 votes Alan Connor posting as "Tom Newton"
>  01 votes Bobbi Sanchez AKA Lady Veteran
>  01 votes George Dance
>  00 votes Jonathan Herr AKA dracosilv
>  00 votes Maxwell
>  00 votes pla of alt.rhode_island
>  00 votes Steve Carroll
>
> Congratulations, Glyphboi!  It looks like that tie for Clueless Newbie
> of the Month earlier this year was finally resolved in your favor.  Now,
> stop bogarting that hand-rolled newsreader of yours.
>
> RICHBULL.COM MEMORIAL AWARD FOR KOOKSITE OF THE YEAR
>
>  The winner is...arkenterprises.com
>
>  08 votes arkenterprises.com (Raymond Karczewski's site)
>  03 votes http://groups.google.com/group/namesofcyberstalkers
>          (Douglas Grant's private Google Group)
>  02 votes http://www.chuck-lysaght.info/ (Chuckle's Blargh)
>  01 votes 1littleworld.com (Richard Bullis)
```

WINNERS! Kooks of the Year, 2008 - alt.usenet.koc      Ioogle Groups

```
>  01 votes http://www.angelfire.com/moon2/danieljosephmin/
>  01 votes http://www.archania.org/members/rainbow.php (Zanthius)
>  01 votes www.grishenkoff.com
>  01 votes http://jeffrelf.f-m.fm/
>  01 votes Will Dockery's MySpace Page
>  01 votes Atlas Bugged's notlong.com links
>
> Congratulations, Kazoo!  After coming in second last year, your site
> handily defeated last year's winner to join an esteemed short list of
> notoriously kooky websites.  The Disinformation Agents are proud of you.
>
> This concludes the announcement of the winners of the 2008 Usenet Kook
> of the Year Awards.  Twenty-nine people submitted twenty-nine ballots.
> One of them was for a candidate who was not on the ballot and was
> prompty shredded for Fluffy's Litter Box, so there will be another
> sixpack of La Fin Du Monde for the COO Beer Cooler (TINCOOBC).  This has
> been a very merry holiday season for the COO (TINCOO)!  The other
> twenty-eight were deemed valid and counted.
>
> See you all the last week of the month, when nominations will open for
> candidates to oppose Bobbi Sanchez AKA Lady Veteran, Captain Neal AKA
> Greg Hall, Edmond Heinz Wollmann, Gerald Newton, and Jamie Baillie for
> the Whining Baby New Year Award.  Until then, enjoy and all hail Ming,
> Bob, and Fluffy!
>
> Now a special recessional in honor of the winners of both Kook of the
> Year and Rookie Kook of the Year.  Doogie and Gunner, AUK salutes you!
>
> "Ballad Of The Green Berets -
>  Original Soundtrack Written By Miklós Rózsa"
> http://www.youtube.com/watch?v=BnvG52osDm4
> --
> The Friendly Neighborhood Vote Wrangler of alt.usenet.kooks
> http://www.kookpedia.net/index.php/Alt.usenet.kooks
> http://tinyurl.com/AUKFAQ
```

Pinku, leave my handle out of your posts, and don't mention me ever in your
ridiculous "awards."

So far, by ignoring me completely, you've displayed a smattering of brains
unlike other AUKtards.

If I see my handle in any post made by you, there will be consequences, as
there will for even this one.

Back on my radar.  No upside in that for you.

Lamb - 40

**CHARLES NOVINS, ESQ.**
54 East Water Street
Toms River, NJ  08753
Tel:  732-341-4077   Fax:  732-341-4490
E-Mail: ocnjlaw@gmail.com

1/27/09

Richard V. Lamb
c/o Oakland Community College
2480 Opdyke Road
Bloomfield Hills, MI  48304-2266

Dear Dr. Lamb:

I see that you are still in the business of libel and slander in your spare time, and in your recent post, you again made reference to my "handle," behavior which I'd hoped you'd outgrown.  Evidently, my hopes were dashed.  This would be your post of January 24, 2009, at approximately 2:00am, to the group <alt.usenet.kooks>,<alt.fan.art-bell>, <alt.free.news servers>, <alt.war.Vietnam>, <misc.survivalism> and <rec.arts.poems>

Take note of the following NJ statute:

**2A:43-2. Damages recoverable.** The defendant, in an action for libel against the owner, manager, editor, publisher or reporter of any newspaper, magazine, periodical, serial or other publication in this state, may give proof of intention; and plaintiff, unless he shall prove either malice in fact or that defendant, after having been requested by plaintiff in writing to retract the libelous charge in as public a manner as that in which it was made, failed to do so within a reasonable time, shall recover only his actual damage proved and specially alleged in the complaint.

As I noted previously, your employers inadvertently confirmed for me that you are the person who hides behind the false name "Pinku-Sensei" and that you were well aware of your participation in various publications which clearly libeled me.  Moreover, there can be no question as a matter of fact that you are aware of my "handle," which has never changed over many years.  So when you use it, you are intentionally addressing me.

You might also like to be advised that New Jersey confers jurisdiction on out-of-state libelers.  That is the law as of a 2007 upper-court decision.  I'd be happy to cite the decision for you, but I think it is getting to the point where you ought to retain a lawyer.

However, to give you an opportunity to reduce potential liability, pursuant to N.J.S.A. 2A:43-2, above, I am herewith demanding that you retract all of your libelous comments "in as public a manner as that in which it was made," which means that you need to apologize and retract in both the Usenet group <alt.usenet.kooks> as well as every other cross-posted group in which any of your ill-considered and

# CHARLES NOVINS, ESQ.

**54East Water Street**
**Toms River, NJ  08753**
Tel:  732-341-4077   Fax:  732-341-4490
E-Mail: ocnjlaw@gmail.com

**DATE:** February 18, 2009

**TO:** Gary Casey

**FAX:** 248-341-2025

**RE:** Complaint regarding a member of your faculty, Richard V. Lamb

**NUMBER OF PAGES, INCLUDING THIS ONE: 1**

**MESSAGE:**
As you know, I communicated with you last year concerning Dr. Lamb's libelous online behavior regarding my firm.

Dr,. Lamb never made any attempt to repair damages, apologize, or otherwise make the situation right.  Nor did he make any effort to contact me at all, and ignored my overtures to him.

Therefore, I have filed suit in the Superior Court of New Jersey, Law Division, Ocean County regarding this matter.

I am contacting you because I have included sued Dr. Lamb, as well as the college, for damages incurred.  I still have reasons to believe the libelous postings were, at minimum, during his workday for the college and I also believe posts originated forom college facilities.  I also fault your failure to properly supervise Dr. Lamb.

In any event, all I am seeking now is the address upon which you would like me to effect service.  I presume the college has a legal department.  Moreover, I have no home address for Dr. Lamb.  I ask that you either accept service on his behalf, or release to me his home address for service.

Most importantly, I require the address the college requires to accept legal process.

Naturally, I will accept any overtures from you to discuss the case, but prior experience with you has yielded mostly silence, and I have no reason to expect that to change.  Therefore, we shall simply go through formal process.

I foreclose nothing however, and I continue to invite discussion.  Please feel free to contact my office at once if you have any questions in this matter.

Charles Novins, Esq.

damaging comments appeared.

Previously, I asked you to do two things that might cause me to forestall actions against you.  That list has increased since then, due to the vastly worse behavior of many of your cohorts.

As before, and as demanded above,

1) Publish a formal and unequivocal apology in all the affected newsgroups.

2) Provide me with all identifying data on the various posters who participated in the thread, including copies of all offline communications with them, including headers where e-mails were exchanged.  This information must lead to useful identifications or this offer is unavailable.

3) You will stop libeling any and all posters, except in matters where AUK's original purpose is clearly met, such as challenging "Flat-Earthers," "Holocaust Deniers," and similar such speakers who really enjoy no protection from the lawful parodying of their ideas (thus not being "libel" in any event.)  Posters such as "Gregory Hall" must be excluded, as I thought I had been, from your intentional efforts to ridicule and damage the reputation of others, and to inflict emotional distress upon them.

I am engaged in the practice of law here in the State of New Jersey, as well as federally, and the reputation I maintain in my business is of paramount importance to me.  By intentionally referring to me by name *or* a transparent "handle" in the context of threads aimed at impugning the character of the poster, you and your "friends" crossed the line into unlawful behavior, and I will spare no effort in pursuing this legally.  If you think this is a "kook suit" you are sadly mistaken, and, again, if you mention that term in any public forum in connection with myself, I assure you I will seek to amend and add to the complaint.  Moreover, I considered carefully whether or not to cc this letter to your employer, as well as to your local newspaper.  I decided not, but I've grown weary of your continued lawlessness, and this is the last communication we will have that is non-public.  Either you, or your retained counsel, needs to respond privately and immediately, or this will be the final non-public communication.

The cost-effectiveness of the lawsuit was previously a deterrent to me, but with New Jersey's new expanded jurisdiction, that's no longer the case.  So once again,  I will need a response meeting the above conditions by Friday, February 6, 2009.  You are welcome, also, to call me at my law firm, or e-mail me to discuss this; I am an eminently reasonable individual, and I welcome negotiation.  But after 2/6/09, all further communications will be by way of summons, complaint, and subpoena.

Charles Novins, Esq.

**CHARLES NOVINS, ESQ.**
54 East Water Street
Toms River, NJ  08753
Tel:  732-341-4077   Fax:  732-341-4490
E-Mail: ocnjlaw@gmail.com

2/18/09

Richard V. Lamb
236 Dartmoor Street
Whitmore Lake, Michigan  48189

Dear Dr. Lamb:

I am an attorney in private practice in the State of New Jersey.

I would like to speak to you regarding a legal matter which has arisen and with which I believe you are involved.

As you are probably aware, the matter in question involves an internet identity known as "I though I have reason to believe you've been posting under other aliases as well.

I would greatly appreciate it if you would call my office so we can discuss the issue briefly.  Either way, I strongly suggest you obtain legal counsel.

If you feel more comfortable calling me from a pay-phone, or other device that keeps your phone number confidential, that's fine.  Either way, I will maintain the confidentiality of your phone number.  Or, retain counsel and have him or her contact me.  I have filed against your employer, as well, for reasons I set out in a communication to Mr. Casey.

Afternoons tend to be better, since I am in my office more than mornings, when I am often in court.  If you so desire, you may speak with my staff to either leave a message, a call-back number, or you may arrange a "tele-appointment," a time when I will arrange to be in the office to take your call, or that of your counsel.

The reason for this communication is that I have named you in a lawsuit, and I would like to discuss the matter before further time and expense has been invoked, and to possibly work the matter out without having to engage in discovery and other further proceedings.

Thank you for your anticipated cooperation in this matter.

Charles Novins, Esq.
Charles Novins, Esq.
Charles Novins, Esq.
Charles Novins, Esq.
Charles Novins, Esq.
Charles Novins, Esq.
Charles Novins, Esq.
Charles Novins, Esq.
Charles Novins, Esq.
Charles Novins, Esq.

From: "atlas bugged" <atlasbuggedbys...@gmail.com>
Newsgroups: alt.usenet.kooks,alt.fan.art-bell,alt.fucknozzles
Subject: PING:Pinku
Date: Wed, 18 Feb 2009 19:39:45 -0500
Organization: LSMFT
Lines: 40
Message-ID: <2jev9r.bd6.17.1@news.alt.net>
Reply-To: "atlas bugged" <atlasbuggedbys...@gmail.com>
Mime-Version: 1.0
Content-Type: text/plain;
format=flowed;
charset="iso-8859-1";
reply-type=original
Content-Transfer-Encoding: 7bit
X-Priority: 3
X-MSMail-Priority: Normal
X-Newsreader: Microsoft Windows Mail 6.0.6001.18000
X-MimeOLE: Produced By Microsoft MimeOLE V6.0.6001.18049

Hi, Pinky.

There's been a lot of speculation here about whether someone among your
group is kind-of...ratting you all out.

This would be a bad thing.

I was talking with my friend Laurie the other day.  She says that the mere
exposure of AUKer's public information would be disasterous, since they have
so many people that hate them.

So if someone was actually to post all the AUKers' personal data, it would
be like putting the various participants on a dart-boord, speaking
metaphorically, of course.

I don't actually believe anyone among AUK would actually give up information

like that, especially knowing that there is a line of victims just drooling
to see you tossed into the lake.

Still, since way back in the beginning of September, I've been getting
"supposedly reliable" info about various AUKers.  But I don't believe any of
it.

I seriously do think you ought to call me and discuss this.

Call me at the 236 number we exchanged last time I mailed you, or you could
try me at the 552 number.

Either way, I'm still unhappy about the thing last year, and we should talk
about the pending lawsuit.