I'd rather you not refer to it as a you-know-what.  If I see your friends
doing so, I won't like that, and I'll be less willing to discuss the legal
matter informally.

Maybe you could talk to some of them in the "backchannel."  But you do
whatever you think is best

--

The Atlas Bugged Experience

Lamb - 46

Path: g2news2.google.com!news2.google.com!newshub.sdsu.edu!news.alt.net
From: "atlas bugged" <atlasbuggedbys...@gmail.com>
Newsgroups: alt.usenet.kooks,alt.fan.art-bell,alt.fucknozzles,rec.arts.poems,alt.fluff-girl.pinku-sensei,sci.psychology.psychotherapy
Subject: Re: PING:Pinky-Sue "The Lowly Comunity College Biology instructor" & Tranny........
Date: Thu, 19 Feb 2009 06:11:53 -0500
Organization: LSMFT
Lines: 28
Message-ID: <2jg4b3.6v4.17.1@news.alt.net>
References: <2jev9r.bd6.17.1@news.alt.net> <z9edndEVobyEMgHUnZ2dnUVZ_vqdnZ2d@centurytel.net> <2jf1t3.mkc.17.1@news.alt.net> <fNWdnfSZfusgrADUnZ2dnUVZ_rHinZ2d@centurytel.net>
Reply-To: "atlas bugged" <atlasbuggedbys...@gmail.com>
Mime-Version: 1.0
Content-Type: text/plain;
format=flowed;
charset="iso-8859-1";
reply-type=original
Content-Transfer-Encoding: 7bit
In-Reply-To: <fNWdnfSZfusgrADUnZ2dnUVZ_rHinZ2d@centurytel.net>
X-Priority: 3
X-MSMail-Priority: Normal
X-Newsreader: Microsoft Windows Mail 6.0.6001.18000
X-MimeOLE: Produced By Microsoft MimeOLE V6.0.6001.18049

"John "C"" <honestj...@centurytel.net> wrote in message
news:fNWdnfSZfusgrADUnZ2dnUVZ_rHinZ2d@centurytel.net...
> I feel sorry for the Dean of the small Community College that she
> instructs at !! I bet he's pulled all his hair out over Pinky's
> antics......

I have talked with them several times.


They generally protect Pinky, but now that both have been named in a
real-deal lawsuit, I expect them to kick him to the curb.

I used to work for the guv'mint, and I know the drill.

They huddle together and protect their own...right up to the minute that
they decide you're a liability.

Then, in a heartbeat, they toss you in the lake.

Pinky knows what I mean.

"Internet bullies" are all the rage in the news media these days, too.
Michigan's local newspapers, included.

Stay tuned!

The Atlas Bugged Experience
Or Greg. Or Steve. Or maybe somebody

Path: ...

From: "atlas bugged" <atlasbuggedbys...@gmail.com>
Newsgroups: alt.usenet.kooks,alt.fan.art-bell,alt.fucknozzles
Subject: Re: Kook" Awards" Conclude - Permanently
Date: Sun, 22 Feb 2009 05:54:02 -0500
Organization: LSMFT
Lines: 34
Message-ID: <2jo0dd.90b.19.1@news.alt.net>
References: <2jmur8.qqg.19.1@news.alt.net> <0b4e4445-6713-4c84-8750-
0535b44f8bd2@w35g2000yqm.googlegroups.com>
Reply-To: "atlas bugged" <atlasbuggedbys...@gmail.com>
Mime-Version: 1.0
Content-Type: text/plain;
format=flowed;
charset="iso-8859-1";
reply-type=original
Content-Transfer-Encoding: 7bit
In-Reply-To: <0b4e4445-6713-4c84-8750-0535b44f8bd2@w35g2000yqm.googlegroups.com>
X-Priority: 3
X-MSMail-Priority: Normal
X-Newsreader: Microsoft Windows Mail 6.0.6001.18000
X-MimeOLE: Produced By Microsoft MimeOLE V6.0.6001.18049
"bookman" <bookma...@hotmail.com> wrote in message
news:0b4e4445-6713-4c84-8750-0535b44f8bd2@w35g2000yqm.googlegroups.com...
On Feb 21, 7:20 pm, "atlas bugged" <atlasbuggedbys...@gmail.com>
wrote:
> Vince is going to have do certain things to get me to go away. This is one
> of them.
>
> The "awards" might go on for a bit, because little men want to beat their
> chests. But this nasty business has turned from something good into a
> disgusting abomination.
>
> Time to wrap it up. Find real jobs, productive hobbies, stop behaving as
> animals.
>
> Change it to something decent, and carry on, if it has to be Usenet, I
> don't
> care.
>
> But the the crap which has gone on here so far ends.
AUK is d000med again?
-------------------------------------
As soon as it costs more than the rent you pay for a NSP, I doubt most will

be able to afford it.
As soon as "playing" the game starts to affect your life in some real way,
you are in the same position as an alcoholic, child-molester, or other OCD
reprobate.
I'm just defending my livelihood from reckless juveniles who don't give a
shit, and quite frankly seem to be a bunch of short-bus graduates.
Did I mention "little men?" Why, I do believe I did!

```
path: g2news1.google.com!news1.google.com!newsfeed.stanford.edu!newshub.sdsu.
edu!news.alt.net
From: "atlas bugged" <atlasbuggedbyspam@gmail.com>
Newsgroups: alt.usenet.kooks,alt.fan.art-bell,alt.fucknozzles
Subject: "Free Speech" Hypocrites
Date: Mon, 2 Mar 2009 23:30:15 -0500
Organization: LSMFT
Lines: 150
Message-ID: <2kf19u.dqt.19.1@news.alt.net>
Reply-To: "atlas bugged" <atlasbuggedbyspam@gmail.com>
Mime-Version: 1.0
Content-Type: text/plain;
        format=flowed;
        charset="iso-8859-1";
        reply-type=original
Content-Transfer-Encoding: 7bit
X-Priority: 3
X-MSMail-Priority: Normal
X-Newsreader: Microsoft Windows Mail 6.0.6001.18000
X-MimeOLE: Produced By Microsoft MimeOLE V6.0.6001.18049
```

So much for scumbag AUKtards Burnore and Cannon and their fight for "free speech."

The pedophile and the sales-girl seemed to get upset when I "edited" their inaccurate and dated "wiki" page about me.

After they pulled it down, restored the lie-ridden version, and blocked my IP, I switched the page to my own site.

http://kukpedia.notlong.com

Almost 100 people - that I know of - "routed around" the Burnore/Cannon/Lamb ham-handed attempt at censorship.

Since I don't know who else's IP the "free speech" champs have blocked, I'll do as I said and post the page, along with some reference info so readers in

the group know who - and what - they're dealing with.

First, Burnore.  This never gets old, nor less important:
Gary Lee Burnore, DOB: 10/13/1957
<http://glbbedroom7.notlong.com> [fraudulent biz location]
<http://glbcrimes.notlong.com> [GLB's official state record]
<http://gb1faq.notlong.com> [FAQ is dated, still useful]
<http://gb2pic.notlong.com> [Mug shot and criminal specs]
<http://glbmegans.notlong.com> [sex offender registration doc]
<http://gb4docs.notlong.com> [charging doc, specifying "molestation"]
<http://glb6teenrape.notlong.com> [GF-Mom: GLB's rape of 16 yo daughter]

Best info currently suggests he/it currently hides from civilized humanity
somewhere in the Bronx.  My investigator thinks we have more specifics
coming in soon, but I never count my chickens....

Then, there's Cannon.  Be sure to let him know - via a politely written
letter, or via properly served summons and complaint - how you feel about
his civil and moral transgressions.

You may do so at TSB, his daddy-given employment, or at his residence, which
is here:

Kevin A. Cannon
19 St. Georges Avenue
Monroe, New York 10095

Vince Lamb, also known as "Pinku," similarly raced to the Wiki this morning
to be sure "freedom of speech" was enforced on the 'net.

I would recommend letting Vince's college know about his AUKtivities.

http://pinkocc.notlong.com

I think he has friends there, so I've had trouble getting their attention,
but I think Vince seriously misunderstands how public entities operate.
Everyone covers *their own* ass, in the "end."

Michigan newspapers might find it an interesting story about their
"community" college.

Next week, I'll publish the home address where I sent my politely-written
letter asking him to go "legit."

But I wouldn't want to do anything rash, and "tossing Vince in the lake" is
not something I'll do should he decide to join the human race.

Finally, here's the properly-edited version of the "kookpedia" entry the
principled stewards of freedom on the 'net desperately try to suppress:

[edit] Profile
Atlas Bugged, Winner of Galactic Killfile, by a vote of...One...but....it
never seemed to be workin' too good. Winner of Tinfoil Sombrero Award by a
vote of...let's see....One. <http://pinkygkhypocrisy.notlong.com>\

Ultimately, Bugged seems to have shut down the "kook awards" once and for
all.

[edit] History
If it wasn't bad enough that society has to deal with sleazy lawyers in RL,
sometimes they have to deal with them on usenet too. Atlas Bugged came to
AUK's attention in 2006-07, introduced by two regulars of ABG, Kent Wills
and One True Roger, who incompetently demonstrated that this colossal
jackass was a monumental outer filth, stalking, netkkkopping fuckhead worthy
of AUK's attention, though the two posters themselves were never actually
outed - so far. AUK paid Bugged some "attention," but it turned out to be a
mistake.

What Kent and Roger left out, which became evident later, was that they also
were monumental outer filth, stalking, netkkkopping fuckheads who would
eventually be disenfranchised from AUK and win their own awards. Apparently
ABG is a group where you can get all the hottest k00k on k00k action your
eyes could handle.

Naturally, the fact that the original posters "nominating" Bugged turned out
to be liars and outright criminals - very much like the "kookologists" of
AUK - violated the policy of AUK whereby you never concede you're wrong.

Immediately prior to disclaiming the two reprobates, members of AUK welcomed
and joined with them in libeling Bugged. Calling Wills and "Roger"
"fuckheads" was far too little, far too late. To date, no one in AUK has had
the sheer common sense to apologize, nor to take reasonable steps to dodge
being sued for damages. The "kookologists" of AUK are now also known better
as "defendants," and are uniformly on the run from the law.

Atlas was still a good find though. AB claims to be a lawyer but shows
otherwise with each cry of "I'll sue!". However, the idea that Atlas was not
an attorney turned out to be an incredibly dumbass determination. Bugged had
been "outed" repeatedly and only asked that discussions utilize his handle.
This simple concept was more than AUK blockheads could manage, and they
literally handed Bugged a solid basis for a law suit. Atlas was determined
to control everything posted to usenet about him by endlessly pounding his
chest about being a lawyer and threatening lawsuits like they came from a
napkin dispenser. Atlas, in his lawyerly k00kiness, became particularly

irate whenever anyone referred to him by his real name, even though he
himself had previously announced it on the usenet. Non-lawyers imagined that
Atlas's failure to go out of his way to hide the nym got them off the hook
for any law suit. His antics went beyond just usenet kook drama, when he
began sending threatening letters to AUKers ISPs and employers, full of
really scary legal threats, all based upon the actual law, and immunized
under the law. He earned quite a bit of laughter in response, at first, then
the people who'd libeled him in RL began to disappear from the 'net
completely.

Atlas remains active at AUK, and has gathered a following of former victims.
They have applauded, assisted, and in some cases offered to join in the now
pending lawsuit the idiots are now fending off.

[edit] Awards
None. Once the members of AUK realized they were dealing with someone who
would fight back, they immediately fled like the hiders and cowards they
have always been. Most exist only by virtue of unbreakable anonymity or by
living out of jurisdictional reach. The rest had to leave the group and wish
for some sort of mercy.

Moreover, Bugged began outing the various filth that inhabited the group, as
the required addresses for lawsuit-service were acquired.

The first to be outed was Kevin A. Cannon, who turned out to be hiding in
New York, and giving out his Daddy's address to mask his own. He was
effectively throwing his own parents under the bus. This act of bravery
earned him the contempt of...well, everyone, and then his true address was
revealed through investigative efforts carried out off-the-'net. His true,
current address is:

Kevin A. Cannon 19 St. Georges Avenue Monroe, New York 10095

[edit] List of Awards
Tinfoil Sombrero

Retrieved from "http://www.kookpedia.net/index.php/Atlas_Bugged"
--
The Atlas Bugged Experience

Create a group - Google Groups - Google Home - Terms of Service - Privacy Policy
©2009 Google

http://w2.hidemyass.com/index.php?q=aHR0cD       !dyb3Vwcy5nb...XQua29va3MvbXNnLzcxYzc1NWZ       `JkMGQxMzQ%2FZG1vZGU9c291cmNl

- HideMyAss.com
- InvisibleSurfing.com
- Browse.ms
- anonr.com
- 250.eu
- View All

Go to URL You are here  http://groups.google.cor 🕀

**Google Groups**

Recently Visited Groups ▾ | Help | Sign in

alt.usenet.kooks

[                    ]   Search this group        Search Groups

Message from discussion Contact Pinku! was: February Ballot

View parsed - Show only message text

```
Path: g2news2.google.com!news2.google.com!newsfeed.stanford.edu!news.
kjsl.com!news.alt.net
From: "atlas bugged" <atlasbuggedbys...@gmail.com>
Newsgroups: alt.usenet.kooks,alt.fan.art-bell,alt.fucknozzles
Subject: Contact Pinku! was: February Ballot
Date: Mon, 9 Mar 2009 23:03:51 -0400
Organization: LSMFT
Lines: 70
Message-ID: <2l1ars.tf3.17.1@news.alt.net>
References: <slrngquein.bhc.pjr@pjr.gotdns.org>
<tlhuq4likk0b64u7f14hghca724afj53oq@4ax.com> <2kk74v.i7b.19.1@news.
alt.net> <2kn19n.69i.17.1@news.alt.net> <2kn26b.jh9.17.1@news.alt.
net> <slrngr3cho.pg9.pjr@pjr.gotdns.org> <0903200918430649248
qartl@a51.mi1>
Reply-To: "atlas bugged" <atlasbuggedbys...@gmail.com>
Mime-Version: 1.0
Content-Type: text/plain;
        format=flowed;
        charset="iso-8859-1";
        reply-type=original
Content-Transfer-Encoding: 7bit
In-Reply-To: <090320091843064924%qartl@a51.mi1>
X-Priority: 3
X-MSMail-Priority: Normal
X-Newsreader: Microsoft Windows Mail 6.0.6001.18000
```

http://w2.hidemyass.com/index.php?q=aHR0cDovL2...bXNnLzcxYzc1NWZmOTJkMGQxMzQ%2FZG1vZGU9c291cmNl (1 of 4)4/1/2009 5:00:17 PM

Lamb - 53

http://w2.hidemyass.com/index.php?q=aHR0cD     ?dyb3Vwcy5nb...XQua29va3MvbXNnLzcxYzc1NWZ    JkMGQxMzQ%2FZG1vZGU9c291cmNl

X-MimeOLE: Produced By Microsoft MimeOLE V6.0.6001.18049

"qartl" <qa...@a51.mi1> wrote in message
news:0903200918430649245%qartl@a51.mi1...
> Peter J Ross <p...@example.invalid> wrote:
>
>>In alt.usenet.kooks on Fri, 6 Mar 2009 00:34:27 -0500, atlas bugged
>><atlasbuggedbys...@gmail.com> wrote:
>>
>>> February ballot?  What February ballot?
>>
>>That would be the belated February ballot that I'll post if the
>>esteemed Pinku-Sensei doesn't return from vacation at the Cabal
>>Hacienda in the Bahamas to his luxurious office in Cabal Towers
soon.
>
> I agree, that or another FNVW should be located.

He can be located easily:

Richard Vincent Lamb
236 Dartmoor St.
Whitmore Lake, MI 481899568
DOB: 09/01/59

The esteemed FNVW can be located at his place of business as well
Oakland Community College
A Michigan County College
All his info at work is listed here:
http://pinkocc.notlong.com

And you can e-mail him here:
rvl...@oaklandcc.edu

The College administrators have confirmed for me that this
"professor" posts
intimidating, reckless, libelous, and intentionally hateful material
under
the pseudonym "Pinku-Sensei" here in this newsgroup, and elsewhere.

It's his "hobby," I suppose, but he probably needs professional
counseling,
since he does it in the face of a civil suit I've filed (after being

http://w2.hidemyass.com/index.php?q=aHR0cDovL2...bXNnLzcxYzc1NWZmOTJkMGQxMzQ%2FZG1vZGU9c291cmNl (2 of 4)4/1/2009 5:00:17 PM

http://w2.hidemyass.com/index.php?q=aHR0cL    ?dyb3Vwcy5nb...XQua29va3MvbXNnLzcxYzc1NWZ    ¨JkMGQxMzQ%2FZG1vZGU9c291cmNl

victimized by him) and in the face of being disgraced in his
profession and
among his peers.

I've invited him to discuss settlement to no avail.  This person
seems bent
on self-destruction.

"Dicky" apparently enjoys committing libel in a worldwide forum, and
then
wants to enjoy his privacy, but I don't think you can do both.

I recommend that anyone libeled or otherwise assaulted by this
particular
reprobate write him a polite letter asking him to stop, and letting
his
employers know that he brings shame upon the institution.

Finally, if justified, the above information can be used to serve
process on
this particular person, who has obviously chosen to live outside of
society's conventions by shepherding a hate group.

I have other confirmed information about him (such as his marriage
data and
other vitals,) but this info has no legitimate need to be public, and
I try
to live within civil society, even if Lamb has taken the opposing
tact.

Interestingly, he and Rhonda seem to share the same birthday,
September 1,
albeit Lamb is older.

Next Monday night, we'll be discussing Rhonda in considerable detail.

Here's a preview:  She's not married to anyone named Fries, not ever,
not in
any state.

It's just a sheer lie.  Who's surprised?  <crickets>  More next week.
--
Please stay tuned for more of....The Atlas Bugged Experience

http://w2.hidemyass.com/index.php?q=aHR0cDovL2...bXNnLzcxYzc1NWZmOTJkMGQxMzQ%2FZG1vZGU9c291cmNl (3 of 4)4/1/2009 5:00:17 PM

# Atlas Bugged

**From Kookpedia**

**Profile**

Atlas Bugged, Winner of Galactic Killfile, by a vote of...One...but....it never seemed to be workin' too good. Winner of Tinfoil Sombrero Award by a vote of...let's see....One. <http://pinkygkhypocrisy.notlong.com>\

Ultimately, Bugged seems to have shut down the "kook awards" once and for all. Peter J. Ross is trying - pathetically - to re-start the moribund Hate group/libel machine, to underwhelming reception. PJR evidently figures he can spew hate from the British Isles, and no American attorney will regard him as worth bothering with. He's right about his worth, but his desired audience of haters and defamers can be reached with relative ease.

Other victims are joining the fight in an increasing mass - yeah, "they're supporting Bugged in e-mail." They'd like to avoid further abuse from the self-appointed "kookologists," also known as libelers, abusers, molesters, hiders, and assorted sociopaths. Who'd a thunk it?

A group of NJ attorneys has also seen the effects of "Google" manipulation (libel and hate trivially posted hundreds of times over to make it come up in the search results,) and they know they too could be vulnerable, so I'm getting broad support across the board.

# [ History]

Sometimes people have to deal with laws on usenet too. Atlas Bugged came to AUK's attention in 2006-07, introduced by two regulars of ABG and AUK, "Kent Wills" and "One True Roger," (AKA "Lio Convoy" and evidently  Jim Trejo, and had many other admitted psuedonyms, desperately hiding like the rest, and even hated by the "Cabal.")

AUKtards embraced both of them, and there is every evidence they *were* one or both of them.

The sequence of events is that I first exposed "Roger" as a lying nymshifter who defrauded the AUK "awards" process.  This is June, '07:

The "Kent Wills" troll was also embraced by AUK at this time and long after libeling other posters far in excess of what any civilian non-lawyer could easily identify.

But Atlas Bugged somehow earned the wrath of AUK - definitely "regulars" - by pointing out "Roger/Wills" were criminals.  This is around October, '07

Months later, the kitchen started to get hot, and the regulars saw what was coming - we're now well into '08:

That's when the Roger/Wills disease gets tossed off, and the libel machine continues working against me, the one who busted them.

http://home.comcast.net/~abcc/BuggedKookPage.htm                                                    4/28/2009

Lamb - 56

All the talk of "[Roger/Wills] isn't one of us" came long after, and was obviously an act of self-serving self-protection.

The only thing that changed was a lawyer entered the scene and all concerned finally grasped that they had libeled the wrong person.

The fact that the original posters "nominating" Bugged turned out to be liars and outright criminals - very much like the "kookologists" of AUK - violated the policy of AUK whereby you never concede you're wrong.   Bugged made many non-legal overtures to obtain relief - each one met with further libel and abuse.

Immediately prior to disclaiming the two reprobates, members of AUK welcomed and joined with them in libeling Bugged. Calling Wills and "Roger" "fuckheads" was far too little, far too late. To date, no one in AUK has had the sheer common sense to apologize, nor to take reasonable steps to dodge being sued for damages. The "kookologists" of AUK are now also know better as "defendants," and many are on the run from the law.

The lies and posturing was relentless.  "AB's not a lawyer."  "AB will never sue."

However, the idea that Atlas was not an attorney turned out to be an incredibly dumbass determination. Bugged had been "outed" repeatedly and only asked that discussions utilize his handle, at least for the playground-level stuff in which AUK engages.

This simple concept was more than AUK blockheads could manage, and they literally handed Bugged a solid basis for a law suit. Atlas was relatively indifferent to the meanderings of a few witless and vile posters, but took it to the next level when various of them conspired to put his business at risk, a business which employs and supports several familes, including Bugged's.

The various filth inhabiting the group learned - to their great dismay - that "outing" Bugged was a game two could play, but there was little symmetry to be had.  Bugged turned out to have nearly zero to lose by being outed - he mainly wanted to sidestep spam - while the denizens of AUK usually had everything to lose from being in the "light."  See below a collection of repulsive (visually and personally) characters, some with criminal records, all with various things to hide.

Therefore, Atlas became particularly irate whenever anyone referred to him by his real name, and he indicated that with his name on his business, he would not tolerate attempts to harm it. Non-lawyers imagined that Atlas's failure to go out of his way to hide the nym got them off the hook for any law suit. Bugged soon began sending letters to AUKers ISPs and employers, full of really scary legal claims, all based upon the actual law, and immunized under the law. He earned quite a bit of phony laughter in response, at first, then the people who'd libeled him in RL began to disappear from the 'net completely.

Atlas remains active at AUK, and has gathered a following of former victims. They have applauded, assisted, and in some cases offered to join in the now pending lawsuit the idiots are now fending off.

# [ Awards]

None, except an impotent attempt just as it became clear they'd libeled the wrong fellow. Once the members of AUK realized they were dealing with someone who would fight back, they immediately fled like the hiders and cowards they have always been. Most exist only by virtue of unbreakable

http://home.comcast.net/~abcc/BuggedKookPage.htm                                    4/28/2009

anonymity or by living out of jurisdictional reach. The rest had to leave the group - with some exceptions below - undoubtedly on advice of counsel..

# [ACTIONS TAKEN]

In February of 2009, a lawsuit was filed for defamation by Bugged, including various counts of tortious business interference.

Moreover, Bugged began outing the various libelers and criminals that inhabited the group, as the required addresses for lawsuit-service were acquired.

Later, information was published on Richard Lamb , a rogue community college teacher who'd been the nominal leader of a group of libellers within AUK.  He used the handle "Pinku-Sensei" to avoid prosecution by the various victims of the hate group he organized. His photo, dated a bit but close enough, is here .

One victim of the hate group apparently suffered from a variant of *Stockholm Syndrome* , or perhaps just sheer stupidity.  "Rhonda Lea Kirk," who claims to be married but clearly not to whom she claims, also remains on the run from process servers. Rhonda announced her "marriage" to Kevin Fries last year, and this has been confirmed as a hoax and a lie.  Her photo can be found here .

Here's the names she's appeared under.  Unless she was married three times (only the marriage to Mr. Kirk has been confirmed by a record search,) she has lied on federal forms:
Rhonda Kirk
Rhonda Fries
Rhonda Russo
Rhonda Paur

But the DOB looks to be 03/28/1958, and I've got the SS#, so tracking the true perpetrator at this point is less complex.

Still, she's been associated with numerous addresses.  I'm ready to publish them now, since she's not cooperated in answering the suit in the slightest way, while admitting she has a copy of the complaint in hand.  She and a buddy or two (or just her socks) think they can argue the case online, and they've tried, further demonstrating how disconnected she evidently is from reality.

Her litany of locations is listed on this separate page , with commentary as to which are outright falsifications.  The purpose of the page is solely to help me with legitimate service, and I'll pay a modest bounty, say $100, if anyone can pin down the right address and it leads to service.  Those costs, and others, will be paid ultimately by her, not to mention her costs in credibility and professional conduct.

Truth be told, however, she does have every legal right to dodge process.  Ethics and integrity are a separate issue.  And there is, of course, the obvious inference that she is a liar, and knows fully that the case will not go well for her.

Rhonda's biggest defender hasn't engaged in libel, so isn't named in the suit, but public records indicate he's a former lawyer who was disbarred - evidently for killing someone.  Michael James Cranston, now openly incompetent at law (an unfortunate side-effect of being barred from regular practice,) appears to spend his abundant free time trying to be a pretend-lawyer on message boards.  His photo is here .

http://home.comcast.net/~abcc/BuggedKookPage.htm                                    4/28/2009

But he too appears to suffer from *Stockholm* - he originally tried to argue the "case" online (even though it ain't his case,) incompetently, incoherently, and incorrectly, but has now given that up and just yells elementary-school level insults.  Check this:  Message-ID: <052lu4danq62nfdoen6vuvetbpogp435pl@4ax.com >

Since "Pinku" has wisely decided to toss the whole load of reprobates over the side, a Brit (still to be confirmed) named "Peter J. Ross," evidently wants to start generate hate.  Easily among the very worst of the haters, he now openly aims to lead and/or revive the group.  He's also inarguably the ugliest of the batch, photo here .  His efforts to take over, or renew the hate-spews, have met with an unequivocal yawn by subscribers of AUK.  Although named as a defendant, if he is truly in Great Britain, he is beyond the reach of process.  But his friends are not, so there has been little response to his pathetic efforts to re-invigorate the hate-group.

"Kali", better known as Kymberly Kay Barnard , is among the more expressive posters (in terms of a moderate measure of logical and verbal skills) to AUK.  Bugged told her she may or may not be named as a "Jane Doe," because he only sues people who violate civil law.  This search for truth was characterized by her as a "threat" in typical AUK fashion

Several have responded to the action in the courts now, and will generally be removed from this page - as well as Usenet discussion - so long as they take further interaction offline and negotiate and discuss the matter in good faith.  At the same time, Bugged has professional servers tracking those on the run from process, and investigators looking for the "hiders."  The first discovery actions will begin by sometime in may, definitely before June, 2009.

The CitiMedia site is tracking the case, but with huge gaps.  I am unclear from their site if they simply copy filed documents (and upload to the site) or if the party's who most wants it out in the open simply add info.  There is an unfiled letter at the site, so I'd assume the latter

http://home.comcast.net/~abcc/BuggedKookPage.htm                                    4/28/2009

Lamb - 59



http://home.comcast.net/~abcc/wsb/rich-pinky.jpg                                    4/28/2009

Lamb - 60