

Deutsch English Français Italiano

<gj47pj$clt$1@news.motzarella.org>

View for Bookmarking (what is this?)
Look up another Usenet article

```
Path: ...!newsfeed00.sul.t-online.de!t-online.de!news.albasani.net!news.motzarella.org!motzarella.org!news.motzarella.org!not-for-mail
From: "atlas bugged" <atlasbuggedbyspam@gmail.com>
Newsgroups: alt.nuke.the.usa,alt.fan.oj-simpson,alt.usenet.kooks
Subject: Re: a little gift for kOOky Karen Anderson, formerly "SnooShoe"
Date: Fri, 26 Dec 2008 22:35:09 -0500
Organization: LSMFT
Lines: 49
Message-ID: <gj47pj$clt$1@news.motzarella.org>
References: <YRR41.95663$_Y1.21060@bgtnsc05-news.ops.worldnet.att.net> <7kS41.828$%v1.457@edtnps83> <736da909-c126-434e-ae2b-b44854e6b25a@f3
Reply-To: "atlas bugged" <atlasbuggedbyspam@gmail.com>
Mime-Version: 1.0
Content-Type: text/plain;
        format=flowed;
        charset="iso-8859-1";
        reply-type=response
Content-Transfer-Encoding: 7bit
X-Trace: news.eternal-september.org U2FsdGVkX19cV+XyP9wB+aV7NnHHoTIt+IlN7bu3zjNB6XQIVkAohFQLI0sPwfJgmANj+uucdJsTdWOZRmRVvRpqGmJ6+UmAipokDxDr
X-Complaints-To: Please send complaints to abuse@motzarella.org with full headers
NNTP-Posting-Date: Sat, 27 Dec 2008 03:35:16 +0000 (UTC)
X-MimeOLE: Produced By Microsoft MimeOLE V6.0.6001.18049
In-Reply-To: <2evtr0.4sf.19.1@news.alt.net>
X-Newsreader: Microsoft Windows Mail 6.0.6001.18000
X-Auth-Sender: U2FsdGVkX18oGYRx7RNCyBClQqAAgqg5oQi4B/k1TSqZPUgBA88/hA==
Cancel-Lock: sha1:NZLOGWcv9eVb1qyd0bjlFJVmEw8=
X-Priority: 3
X-MSMail-Priority: Normal
Bytes: 4373


"Gregory Hall" <greghall@home.fake> wrote in message
news:2evtr0.4sf.19.1@news.alt.net...
> You're right. I've been reading your posts in AUK. They're much more
> interesting than the usual single-liner, profanity-laden crap the regulars
> here think it's so clever of them to post.

Nail>>>>head.
>
> And these AUK awards. What an even larger load of crap. A handful of fools
> here actually spend their time nominating, tallying votes, rigging the
> elections and posting the bogus results and they seem to think they are
> worthy of some sort of praise for acting out in such an immature and
> ignorant manner.

Nail>>>>head.  Part deux.
>
> And, get this. Of the hundreds of different people who post here daily
> they maybe manage to get 7 or 8 countable votes max for any of their
> waste-of-space awards. They have a transgendered freak by the name of Miss
> Pinku-Sensimilla (meaning 'without seeds' because he's got his nuts lopped
> off). That alone should clue everybody in. A freaking eunuch administering
> equally impotent awards. If it wasn't so sick it would be hilarious.

Trois.  I only bother at all myself because some of them manage to overcome
impotence sufficiently to harm others.

And there's occasional entertainment via spectacular lameness.
>
> But, what is the very most funny thing of all is how a little cadre of
> anus-faced misfits who call themselves the "cabal" or the "cabalistas"
> actually think they can intimidate people by selecting victims to whom
> they hand out their awards irregardless of the actual vote. You see, it's
> all so transparent. Such a sham. They do these pitiful little kook awards
> every month and on special occasions because they found out they had no
> ability to act upon the stage of the theater of the mind that is Usenet
> because their minds were sadly unprepared considering they never learned
> how to read or write beyond maybe the 5th-grade level.

Some are computer-savvy, nonebut one is literate past 5th grade.  It's why
junior-college, tenured-but-incompetent tranny-sue is the leader.
>
> You can count upon the fact that the better you are at written discourse
> the more kook awards they will unload upon you because they are trying to
> make up for the fact that they can't write a coherent paragraph or read
> one with understanding.

I had better language ability before middle-school than the various
reprobates will ever have.
```

LAMB -61

http://al.howardknight.net/msgid.cgi?STYPE=msgid&MSGI=%3Cgj47pj%24clt%241@ne...   6/22/2010

Gmail   Calendar   Documents   Web   Reader   more ▼

djduncanlaw@gmail.com | My Groups | Favorites | Profile | Help | My Account | Sign out

**Google groups**

# alt.usenet.kooks

[Search this group]   [Search Groups]

▸ Message from discussion **WINNERS! 2008 AUK Christmas Ballot**

**atlas bugged**  View profile             More options   Dec 22 2008, 9:09 pm

"John "C"" <honestj...@centurytel.net> wrote in message

news:sdydnUHaQKQLa9LUnZ2dnUVZ_hqdnZ2d@centurytel.net...

> "miguel" <mjc...@gmail.com> wrote in message
> news:fa80e5c9-9c86-4496-8632-
> c31b0e5bdedf@t26g2000prh.googlegroups.com...
> Momma's Boy Vince Lamb wrote:

> snip

>> This concludes the results of the Christmas ballot. At least twenty
>> entities cast twenty-five ballots. Three were suspected of being from
>> sockpuppets of a candidate on the ballot and two were submitted by
>> anonymous remailer. All five were shredded for Fluffy's Litter Box. It
>> will be a merry Christmas around the COO Beer Cooler (TINCOOBC) as
> there
>> will be Guiness and La Fin Du Monde for everyone. Consequently,
>> nineteen ballots were deemed valid and counted, an improvement over
> the
>> thirteen ballots counted for last year's Christmas ballot. A happy
> Vote
>> Wrangler am I!

> 19 votes?

> Most impressive, Vince.

> That's about the right size to mirror an average junior high school
> clique.

> Happy Breastfeeding, Momma's Boy!
> ~~~~~~~~~~~~~~~~~~~~

> LOL !

[ Thirded! Apparently a pathetic little tranny and his fanbois - probably mostly fakes posted by himself. More - or less - pathetic if they're real? You decide. ]

Reply to author    Forward        Report spam    Rate this post: ☆☆☆☆☆

**Discussions**
+ new post

About this group
Subscribe to this group

This is a Usenet group - learn more

Sponsored links

Easynews, 14 Day Trial
Our Zip Manager Makes Things Easy
Find What You Want Securely via SSL
www.EasyNews.com

Create a group - Google Groups - Google Home - Terms of Service - Privacy Policy
©2010 Google

LAMB 62

<to-dnRt4ZorGZvzanZ2dnUVZ_u6rnZ2d@comcast.com>

Deutsch English Français Italiano

Limited Time Offer: Unlimited Plans from $12.49/month! 650+ Days of Binary Retention FREE VyprVPN Privacy — 50% FREE TRIAL — GIGANEWS giganews.com

View for Bookmarking (what is this?)
Look up another Usenet article

```
Path: ...!nntp.comcast.com!news.comcast.com.POSTED!not-for-mail
NNTP-Posting-Date: Thu, 13 Dec 2007 21:41:15 -0600
Reply-To: "Atlas Bugged" <atlasbuggedBYspam@gmail.com>
From: "Atlas Bugged" <atlasbuggedBYspam@gmail.com>
Newsgroups: alt.fan.art-bell,alt.usenet.kooks
Subject: PING: Honest John, #1
Date: Thu, 13 Dec 2007 22:41:00 -0500
Organization: Lucky Strike Means Fine Tobacco Taste [LSMFT]
MIME-Version: 1.0
Content-Type: text/plain;
        format=flowed;
        charset="iso-8859-1";
        reply-type=original
Content-Transfer-Encoding: 7bit
X-Priority: 3
X-MSMail-Priority: Normal
X-Newsreader: Microsoft Windows Mail 6.0.6000.16480
X-MimeOLE: Produced By Microsoft MimeOLE V6.0.6000.16545
X-Antivirus: avast! (VPS 071213-0, 12/13/2007), Outbound message
X-Antivirus-Status: Clean
Message-ID: <to-dnRt4ZorGZvzanZ2dnUVZ_u6rnZ2d@comcast.com>
Lines: 42
X-Usenet-Provider: http://www.giganews.com
NNTP-Posting-Host: 69.253.90.232
X-Trace: sv3-SSSCNmCCGPYxQrNHhWrLyRBn2EM/0hfnTqEosFRAl2d0CTv+c1FTP9TxhGCwN9OlFM+tiQST9riTSgr!nZZ01fF8uGnwQlMrPMf0f+qg4qpXKVlWHTmJreqPDypxhu1
X-Complaints-To: abuse@comcast.net
X-DMCA-Complaints-To: dmca@comcast.net
X-Abuse-and-DMCA-Info: Please be sure to forward a copy of ALL headers
X-Abuse-and-DMCA-Info: Otherwise we will be unable to process your complaint properly
X-Postfilter: 1.3.36
Bytes: 3345
```

I don't know about you, old boy, but I'm counting at least five.  And there are a few others lurking.

It cannot be good for the toilet-lickers, even when they have ten or fifteen others with heads in the toilet.

It won't be a Good Day for them, fer sure, if the population of Humans in AUK increases, even a little!

Stay tuned.  I'm filing more federal suits in the course of my regular business these days, and with the EFC and PACER procedures, the whole thing is becoming more trivial for me.

The sole problem is the $350 door-fee.  If it was like $15, I would have sprayed out 20 of them by now.

Anyone legitimately victimized by a hider will get free lawyer service if they want to make the filing fees and they can pin a true name on the perp. Drop me a line for more info.

I figure if I tag just one or two of the rat-fucks - publicly, of course - the rest will disappear in a half-hour.

<flush!>
--
Atlas Bugged Thursday, December 13, 2007
Winner of Galactic Killfile, by a vote of...One...but....it don't seem to be workin' too good.
Winner of Tinfoil Sombrero Award by a vote of...let's see....One.
http://groups.google.com/group/alt.usenet.kooks/msg/b21cc4d5df4fe963?dmode=source
Winner of Most Posting IDs Insisting "They" Are Not Afraid Of Me.  Really. Seriously.  He says he isn't.  Whatever.
Winner of Most Rejected Nominations and Cannot Be Nominated At All Due To Voter Fraud
http://groups.google.com/group/alt.usenet.kooks/msg/0c4187a55e96ea47?dmode=source

"[The internet and specifically Usenet] started as privacy protection for the abused, the oppressed and the bashful. Now it shields creeps, criminals and malicious mobs." -
"Anonymity & the Net" from FORBES Magazine, October '07
http://www.forbes.com/technology/2007/09/27/web-identity-anonymity-tech-cx_0927anonymityland.html

LAMB-63