LAW OFFICE OF DENNIS J. DUNCAN, LLC
P.O. BOX 2582
599 BLOOMFIELD AVENUE
BLOOMFIELD, NEW JERSEY 07003
PH: (973) 743-7100 FAX: (973) 743-7101
ATTORNEY FOR DEFENDANT,
RICHARD "VINCE" LAMB

RECEIVED
FEB -7 2011
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY - TRENTON

| | |
|---|---|
| CHARLES NOVINS, ESQ. P.C. and<br>CHARLES NOVINS, Personally,<br><br>Plaintiffs,<br>v.<br><br>Kevin A. Cannon, et al.<br><br>Defendants | Civil Action No. 09-CV-5354-AET-DEA<br><br>ORDER |

**THIS MATTER** having been opening by the Court by Dennis J. Duncan, Esq., attorney for Counterclaimant Richard "Vince" Lamb, upon the application for an Order correcting docket entry numbers **62, 62-1** and **63-13** and for good cause shown for entry of this Order:

IT IS on this 7th day of February,

ORDERED that seal shall be removed from docket items nos. **63, 64,** and **65**. *except dkt. 63-13 shall remain sealed.*

_____
Douglas E. Arpert, U.S.D.J.

*- unopposed*