UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES NOVINS, ESQUIRE, et al., | : Civil Action No. 09-5354 (AET) |
| Plaintiffs, | : |
| v. | : SCHEDULING ORDER |
| | : RE: MOTION PRACTICE |
| KEVIN A. CANNON, et al., | : |
| Defendants. | : |

This matter having come before the Court during a status conference on February 9, 2011; and the Court having conferred with counsel concerning Defendant Lamb's pending Motion for Entry of Default Judgment; and good cause appearing for the entry of the within Order;

IT IS on this 10th day of February 2011,

ORDERED THAT:

1. Defendant Osterwald's filing to join Defendant Lamb's pending motion must be filed by February 25, 2011.

2. Plaintiffs' Opposition to Defendants' motion must be filed by March 18, 2011.

3. Defendants' reply, if amy, must be filed by Msrch 25, 2011.

4. Defendants' motions will be returnable before Judge Thompson on April 4, 2011.

5. There will be no further extensions of the deadlines set forth in this Order, except by leave of the Court.

*s/ Douglas E, Arpert*
DOUGLAS E. ARPERT
United States Magistrate Judge