UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CHARLES NOVINS, ESQUIRE, et al., | : | Civil Action No. 09-5354 (AET) |
| Plaintiffs, | : | |
| v. | : | SCHEDULING ORDER |
| KEVIN A. CANNON, et al., | : | |
| Defendants. | : | |

This matter having come before the Court during a status conference on February 9, 2011; and the Court having conferred with counsel concerning the status of this matter; and good cause appearing for the entry of the within Order;

IT IS on this 10th day of February 2011,

ORDERED THAT:

1. Defendant Osterwald is granted leave to file a Third Party Complaint by February 28, 2011.

2. Fact discovery as to and between the existing parties must be concluded by March 25, 2011   No discovery will be permitted after that date.

3. Identification and required disclosures as to any affirmative experts must be served by April 15, 2011.

4. Identification and required disclosures as to any rebuttal experts must be served by May 16, 2011.

5. A Status Conference will be held, by telephone, on April 18, 2011 at 11:30 A.M.  Plaintiffs' Counsel will initiate the call.

6. There will be no further extensions of the deadlines set forth in this Order, except by leave of the Court.

*s/ Douglas E, Arpert*
DOUGLAS E. ARPERT
United States Magistrate Judge