LAW OFFICE OF DENNIS J. DUNCAN, LLC
P.O. BOX 2582
599 BLOOMFIELD AVENUE
BLOOMFIELD, NEW JERSEY 07003
PH: (973) 743-7100 FAX: (973) 743-7101
ATTORNEY FOR DEFENDANT,
RICHARD "VINCE" LAMB

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY - TRENTON

_____

CHARLES NOVINS, ESQ. P.C. and
CHARLES NOVINS, Personally,

          Plaintiffs,

   v.

Kevin A. Cannon, et al.

       Defendants

_____:

: Civil Action No. 09-CV-5354-AET-DEA
:
:
:
: **NOTICE OF MOTION FOR**
: **RECONSIDERATION OF**
: **MAGISTRATE ARPERT'S**
: **FEBRUARY 10, 2011**
: **SCHEDULING ORDER**
: **UNDER *FED. R.* Civ. *P.* 59(e)**
: **AND L. R. Civ. P. 7.1(i)**
:
:
:
:
:
  (Document Electronically Filed)

To:

    Charles Novins, Esq.                Joesph Manzo, Esq.
    54 East Water Street                40 Baldwin Road
    Toms River, New Jersey 08754      Parsippany, New Jersey 07054

     **PLEASE TAKE NOTICE** that on Monday, March 21, 2011 at a time to be

determined by the Court, the Law Office of Dennis J. Duncan, LLC, shall move

pursuant to *Fed. R. Civ. P.* 59(e) and *L. R. Civ. R.* 7.1(i) before the Hon. Douglas A.

Arpert, United States Magistrate Judge for the District of New Jersey, at the Clarkson S.

Fisher U.S. Courthouse, 402 E. State Street, Trenton, New Jersey the United States

Federal Court House in Trenton, New Jersey, 08608 for the entry of an order affixing the

fact discovery end date in this matter to February 9, 2011 which would annul paragraph

2 of Magistrate Judge Arpert' February 10, 2010 Scheduling Order (docket item no. **69**),

orally conveyed to the parties at the February 9, 2011 In Person Status Conference and

entered on the record on February 14, 2011 and extended/ affixed the discovery end date

in this matter to March 25, 2011.


**PLEASE TAKE FURTHER NOTICE** that in support of this application, the

Law Office of Dennis J. Duncan, LLC, Esquire, shall rely upon those documents

contained in the record below that are identified in the attached Designation of Record

on Appeal.  No transcripts of the February 9, 2011 In Person Status Conference was

recorded and therefore not available. Movant has prepared a proposed Agreed Statement

of the February 9, 2011 proceeding from the best available means pursuant to *Fed. R.*

*App. P.* 10(c),   The Agreed Statement was prepared in consultation with Joseph A.

Manzo, Esquire, Attorney for Defendants, Kevin A. Cannon and Carl R. Osterwald and

Yvonne Osterwald.  Both Movant and Mr. Manzo have stipulated to the Agreed

Statement.  The original Agreed Statement will be served on Plaintiffs together with the

motion papers to allow them to stipulate and/or present objections or propose

amendments pursuant to *Fed. R. App. P.* 10(c).   Plaintiffs is asked to return the original

Agreed Statement (whether stipulated or not) to Magistrate Douglas Arpert for

settlement and approval and if thereafter so approved included by the district clerk in the

record of appeal. The designation of the records is attached to this notice which

obviously does not yet include the Rule 10(c) statement.

 Counsel shall also rely upon the brief accompanying this Notice.

 A proposed form of order is attached hereto.

 The undersigned hereby requests oral argument.

     **Law Office of Dennis J. Duncan, LLC**
     Attorney for Defendant,
     Richard "Vince" Lamb

     By: ____/s/ Dennis J. Duncan_____
      Dennis J. Duncan

Dated:  February 25, 2011

## Designation of Record on Appeal

The Law Office of Dennis J. Duncan, LLC, with reference to its Motion to Reconsider

the February 10, 2011 Scheduling Order of the Hon. Douglas E. Arpert Douglas, Magistrate

Judge, which in paragraph two (2) extended/affixed the fact discovery end date in this matter to

March 25, 2011, designates the following items to be included in the record:

| Item No. | Docket No. | Document Description | Courtesy Copy Appendix Pages |
|---|---|---|---|
| 1. | 1-6 | Novin's Complaint, dated February 13, 2009 | Pa-1 to Pa 21 |
| 2. | 1-7 | Track Assignment Notice Novins v. Cannon , OCN-L-705-09, New Jersey Superior Court, Ocean County Law Division, dated March 3, 2009 | Pa - 22 |
| 3. | 1-8 | Kevin A, Cannon's Answer, dated April 26, 2009 | Pa-23 to Pa-46 |
| 4. | 1-11 | Novin's Deposition subpoena of Carl R. Osterwald and Yvonne S. Osterwald, dated May 18, 2009 | Pa-47 |
| 5. | 1-12 | Novin's Answer to Carl R. Osterwald and Yvonne Osterwald Counterclaim, dated May 26, 2009 | Pa-48 |
| 6. | 1-13 | Novin'sAnswer and Counterclaim of Dr. Lamb, dated June 12, 2009 | Pa-49 to Pa - 97 |
| 7. | 1-14 | Entry of Default as to Law Office Charles Novins, Esq. PC as to Counterclaimant Osterwald, dated June 17, 2009 | Pa -98 to Pa -104 |
| 8. | 1-16 | Novin's Answer to Dr. Lamb Counterclaim, dated June 24, 2009 | Pa -105 to Pa - 106 |
| 9. | 1-30 | Entry of Default as to Law Office Charles Novins, Esq. PC as to Counterclaimant Dr. Lamb, Dated September 8, 2009 | Pa - 107 to Pa -114 |
| | | Order Dismissing Plaintiffs complaint without prejudice as to Osterwald and Cannon, dated | Pa – 115 to Pa -116 |

| 10. | 1-33 | September 25, 2009 | |
| 11. | 36-14 | Novins's December 10, 2009 Discovery Plan | Pa -117 to Pa – 121 |
| 12. | 63-4 | Proposed Joint Discovery Plan of Defendants Osterwald, Lamb, Cannon and Fries and Kirk | Pa – 122 to Pa - 128 |
| 13. | 3 | Pretrial Scheduling Order, Hon. Magistrate Judge Arpert, Dated December 11, 2009 | Pa – 129 to Pa - 131 |
| 14. | 37-17 | Letter to Magistrate Judge Arpert dated January 29, | Pa – 132 to Pa – 134 |
| 15. | 15 | Novins's Letter in Opposition to Defendant's 12(c) Motion, dated February 12, 2010 and Filed February 16, 2010 | Pa – 135 to Pa -139 |
| 16. | 16 | Amended Scheduling Order, Hon. Magistrate Judge Arpert, dated April 15, 2010 | Pa - 139 |
| 17. | 18 | Opinion and Order of Hon Anne E. Thompson, dated April 27, 2010 | Pa – 140 to Pa - 145 |
| 18. | 19 | Discovery Order, , Hon. Magistrate Judge Arpert, dated May 10, 2010 | Pa – 146 to Pa - 147 |
| 19. | 20, 20-1, 20-2, 20-3 | Novin's Notice of Motion to Vacate Default as to Counterclaimant Osterwalds, dated May 14, 2010 and Declaration of Charles Novins, dated May 14, 2010 | Pa – 148 to Pa - 152 |
| 20. | 20-2, 20-3 | Novin's Amended Answer to Carl R. and Yvonne S. Osterwalds Counterclaim and Plaintiff's proposed form of order, dated May 14, 2010 | Pa – 153 to Pa - 154 |
| 21. | 28 | Order denying Plaintiff's motion to Vacate Default, dated June 17, 2010 | Pa - 155 |
| 22 | 30 | Scheduling Order, Hon. Magistrate Judge Arpert, dated June 22, 2010 | Pa - 156 |
| 23. | 31 | Novins's Fed. R. Civ. P. 7.1 Disclosure Statement, dated June 25, 2010 | Pa -157 to Pa - 158 |
| 24. | 32, 32-1, 32-2 | Osterwald's Motion to deem paragraphs 1 through 23 as admitted pursuant to Fed. R. Civ. P. 8(c), dated July 7, 2010 | Pa -159 to Pa - 184 |
| 25. | 33 | Novin's Notice of Motion to Vacate Default as to Counterclaimant Lamb, dated May 14, 2010 | Pa – 185 to Pa - 189 |
| 26. | 33-1 | Novin's Amended Answer to Dr. Lamb's Counterclaim, Dated July 7, 2010 | Pa – 190 to Pa - 194 |
| 27. | 33-2, | Declaration of Charles Novins and proposed | Pa – 195 to Pa - 202 |

Case 3:09-cv-05354-AET -DEA   Document 71   Filed 02/25/11   Page 6 of 7 PageID: 1455
これ

| | 33-3, 33-4, 33-5 | form of order, Exhibits dated July 7, 2010 | |
|---|---|---|---|
| 28. | 36-1 | Declaration of Dennis J. Duncan in Support of Motion to Sanction Plaintiffs for failing to comply with Rule 26(A), dated July 12, 2010 | Pa – 203 to Pa - 214 |
| 29. | 37-1 | Declaration of Dennis J. Duncan in Support of Motion to Compel Plaintiffs to Provide More Specific Answers to Interrogatories, dated July 12, 2010 | Pa – 215 to Pa - 222 |
| 30. | 40, 40-1 | Letter to Hon. Anne E. Thompson and Exhibit A, dated July 16, 2010 | Pa – 223 to Pa - 228 |
| 31. | 46, 46-1, 46-2, 46-3, 46-4, 46-5 | Letter to Hon. Magistrate Arpert by Osterwalds joining Dr. Lamb's Sanction Motion for failing to comply with Rule 26 disclosure and Exhibit A to d, dated July 23, 2010 | Pa – 229 to Pa - 236 |
| 32. | 50, 50-1, 50-2, 50-3, 50-4, 50-5, 50-6, 50-7 | Letter to Hon. Anne E. Thompson joining the Ostwrwald's Motion to deem paragraph 1-32 of Dr. Lamb's complaint admitted and opposition to Novins Motion to vacate default, August 2, 2010 | Pa – 237 to Pa - 260 |
| 33. | 51 | Order Compelling Plaintiffs to Provide more Specific Answers to Interrogatories, Dated August 16, 2010 | Pa – 261 to Pa - 262 |
| 34. | 52 | Order Sanctioning Plaintiffs for not Complying with Fed. R. Civ. P. 26(g), dated August 16, 2010 | Pa – 263 to Pa - 264 |
| 35. | 53 | Novin's Report to the Court, dated September 1, 2010 | Pa – 265 to Pa - 267 |
| 36. | 54 | Opinion & Order, Hon. Anne E. Thompson, dated September 2, 2010 | Pa – 268 to Pa - 273 |
| 37. | 55, 55-1, 55-2, 55-3, 55-4 | Letter to Hon. Magistrate Judge Arpert, and exhibits dated September 7, 2010 | Pa – 274 to Pa - 301 |

| 38. | 56 | Affidavit of Services by Dennis J. Duncan and Exhibits, dated September 15, 2010 | Pa – 302 to Pa - 316 |
|---|---|---|---|
| 39. | 59 | Novin's objection to Dr. Lamb's Fee Application and Exhibits A – C, dated October 6, 2010 | Pa – 317 to Pa - 326 |
| 40. | 60 | Dr. Lamb's second request to file a dispositive motion, dated October 11, 2010 | Pa – 327 to Pa - 328 |
| 41. | 61-1 | Dr. Lamb's reply to Novin's October 6, 2010 objection Exhibits, dated October 11, 2010 | Pa – 329 to Pa - 336 |
| 42. | 61-2 | Second deficiency Letter to Charles Novins regarding Dr. Lamb's Interrogatories, dated August 28, 2010 | Pa – 337 to Pa - 346 |
| 43. | 63 | Declaration of Dennis J. Duncan, Dated January 28, 2010 | Pa – 347 to Pa –358 |
| 44. | 69 | February 10, 2011 Scheduling Order | Pa- 359 |