**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(609) 989-2144
Fax: (609) 989-0451

| | |
|---|---|
| **CHAMBERS OF**<br>*DOUGLAS E. ARPERT*<br>**UNITED STATES MAGISTRATE JUDGE** | **CLARKSON S. FISHER U.S. COURTHOUSE**<br>402 E. STATE STREET, ROOM 6000<br>TRENTON, NJ 08608 |

March 2, 2011

**LETTER ORDER**

**RE:** <u>Charles Novins, Esq. v. Kevin A. Cannon, et al., Civil Action No.: 09-5354 (AET)</u>

  This matter comes before the Court on Motion by Defendant Vincent Lamb ("Defendant") for reconsideration [dkt. entry no. 71] of the Court's Scheduling Order dated February 10, 2011 [dkt. entry no. 69]. Having reviewed Defendant's papers and considered the arguments set forth therein, the Motion for reconsideration [dkt. entry no. 71] is **DENIED** without prejudice. The Court notes that Defendants have the right to object to any discovery requests that may be served by Plaintiff, including, without limitation, for those reasons set forth in the brief filed in support of Defendant's Motion.

               IT IS SO ORDERED.

               *s/ Douglas E. Arpert*
               **DOUGLAS E. ARPERT**
               **UNITED STATES MAGISTRATE JUDGE**