IN THE UNITED STATES DISTRICT COURT OF NEW JERSEY

| | |
|---|---|
| CHARLES NOVINS, ESQUIRE, et al., PLAINTIFF ) ) | |
| vs. ) ) | CASE NO. 09-5354 (AET) |
| JOHN EDWARD COOK II, DEFENDANT ) ) ) | |

## NOTICE OF BANKRUPTCY FILING

COMES NOW the Defendant, John Edward Cook II, by and through her attorneys, Rainwater, Holt & Sexton, P.A., and would show the Court:

1. John Edward Cook II filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of Arkansas, which bears the case number 4:11-bk-11467.

2. Relief was ordered on March 8, 2011.

3. The above styled action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4. This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the defendant suggests that this action has been stayed by the operation of 11 U.S.C. section 362.

Respectfully,

Rainwater, Holt & Sexton, P.A.
6315 Ranch Drive
P. O. Box 17250
Little Rock, AR 72222-7250
(501) 868-2500

By: Stephen W. Parker
Arkansas Bar # 94121

## CERTIFICATE OF SERVICE

    I, Stephen W. Parker, do hereby certify that I have served the foregoing Notice of Bankruptcy Filing by placing a copy of same in the United States Mail with sufficient postage thereon to insure delivery this 18th day of March, 2011, to:

Charles Novins, Equire
c/o Joseph A Manzo
40 Baldwin Road
Parsippany, NJ 07054

                                              Stephen W. Parker
                                              Arkansas Bar # 94121