LAW OFFICE OF DENNIS J. DUNCAN, LLC
385 ELM STREET
KEARNY, NEW JERSEY 07032
PH: (973) 743-7100 FAX: (973) 743-7101
ATTORNEYS FOR DEFENDANT,
RICHARD "VINCE" LAMB

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY - TRENTON**

|  |  |
|---|---|
| CHARLES NOVINS, ESQ. P.C. and CHARLES NOVINS, Personally, | Civil Action No. 09-CV-5354-AET-DEA |
| Plaintiffs, | **AMENDED** |
| v. | **CERTIFICATION OF SERVICE** |
| Kevin A. Cannon, et al. | |
| Defendants | Returnable: **April 4, 2011** |
|  | (Document Electronically Filed) |

I, **DENNIS J. DUNCAN**, of full age, hereby certify as follows:

1. On March 25, 2011, I caused the following document to be electronically filed with the Clerk, United States District Court, District of New Jersey:

   *(a)* Defendant and Counterclaimant Lamb's Reply Memorandum of Law
   *Collectively hereafter "Motion papers"*

2. Copies of the motion papers will be deposited in the mail on March 26, 2011 addressed to the following parties:

   Charles Novins, Esq.                Joseph A. Manzo, Esq.
   54 East Water Street                40 Baldwin Road
   Toms River, New Jersey 08754        Parsippany, New Jersey 07054

- 2 -

    3.    Courtesy copies of the motion papers will be mailed to the Honorable Anne E. Thompson, U.S.D.J. and to Magistrate Judge Douglas E. Alpert on March 26 , 2011

    I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

                      **Law Office of Dennis J. Duncan, LLC**
                      Attorneys for Defendant,
                      Richard "Vince" Lamb

                      By:  __/s/ Dennis J. Duncan_____
                            Dennis J. Duncan

Dated:  March 25, 2011