UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

The Law Office of Charles Novins, Esq., PC
54 East Water Street
Toms River, NJ 08753
(732) 341-4077
Fax (732) 341-4490
ocnjlaw@gmail.com

| | |
|---|---|
| **CHARLES NOVINS, ESQ., P.C. and CHARLES NOVINS, personally** | Civil Action: 3:09-CV-5354 |
| **Plaintiffs** | |
| v. | |
| **KEVIN A. CANNON, KEVIN MICHAEL FRIES, JIM KELSO, RHONDA LEA KIRK FRIES, VINCENT LAMB, CARL R. OSTERWALD, ET AL.** | **CROSS-MOTION FOR SUMMARY JUDGMENT IN PLAINTIFFS' FAVOR** |
| **Defendants** | |

**TO DEFENDANTS AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on April 4, 2011, or as soon as counsel may be heard by the Court, Plaintiffs CHARLES NOVINS, ESQ., P.C. and CHARLES NOVINS, personally, shall move before the Honorable Anne E. Thompson, in room 4000 of the United States District Court, District of New Jersey, Clarkson S. Fischer Federal Building & U.S. Courthouse, 402 E. State Street, Trenton, New Jersey, for an Order to Grant Summary Judgment in favor of Plaintiffs.  Oral argument is not requested unless demanded by any adversary (and has been previously designated by the Court to be heard on the papers.)  Plaintiffs will rely on the attached letter brief, attached exhibits, and other matters of record previously presented to the Court.

**/S/ Charles Novins, Esq.**
Charles Novins, Esq., personally and for the firm
The Law Offices of Charles Novins, Esq., PC
54 East Water Street, Toms River, NJ  08753
732-341-4077          732-341-4490 (fax)
ocnjlaw@gmail.com

## CERTIFICATE OF SERVICE

  This is to certify that a copy of the foregoing has been filed with the Clerk of Court via ECF on March 19, 2011 (attached notice page served March 28, 2011, to correct deficiency) and served upon the following counsel of record and/or *pro se* parties:

Joseph A. Manzo, Esq.
Jamanzoesq@gmail.com
P.O. Box 72
Rockaway, NJ 07866

Law Office of Dennis J. Duncan, LLC
Djduncanlaw@gmail.com
599 Bloomfield Avenue
Bloomfield, NJ 07003

        /S/ Charles Novins, Esq.
        Charles Novins, Esq.
        The Law Offices of Charles Novins, Esq., PC
        54 East Water Street, Toms River, NJ  08753
        732-341-4077   732-341-4490 (fax)
        ocnjlaw@gmail.com