LAW OFFICE OF DENNIS J. DUNCAN, LLC
385 ELM STREET
KEARNY, NEW JERSEY 07032
PH: (973) 743-7100 FAX: (973) 743-7101
ATTORNEYS FOR DEFENDANT,
RICHARD "VINCE" LAMB

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY - TRENTON**

| | |
|---|---|
| CHARLES NOVINS, ESQ. P.C. and CHARLES NOVINS, Personally, <br><br> Plaintiffs, <br> v. <br><br> KEVIN A. CANNON, et al. <br><br> Defendants. | Civil Action No. 09-CV-5354-AET-DEA <br><br> **Designation of Dr. Richard "Vince" Lamb, PhD. as an Expert Witness pursuant to** *Fed. R. Civ. P.* **26(a)(2)(B)** <br><br> (Document Electronically Filed) |

Defendant and Counterclaimant Dr. Richard "Vince" Lamb PhD. hereby designates Himself as an expert in the above-captioned case. All the information required by the Federal Rules of Civil Procedure, Rule 26 is provided in the information attached as "**Exhibit A**."

Dated this 15Th day of April, 2011.

                                                   **Law Office of Dennis J. Duncan, LLC**
                                                 Attorney for Defendant and Counterclaimant,
                                                 Richard "Vince" Lamb

                                                 By: ___/s/ Dennis J. Duncan_____
                                                        Dennis J. Duncan