UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHARLES NOVINS, ESQUIRE, et al.,** : | Civil Action No. 09-5354 (AET) |
| Plaintiffs, : | |
| v. : | **SCHEDULING ORDER** |
| **KEVIN A. CANNON, et al.,** : | |
| Defendants. : | |

This matter having come before the Court during a telephone status conference on April 18, 2011; and the Court having conferred with counsel concerning the status of this matter; and good cause appearing for the entry of the within Order;

IT IS on this 18th day of April 2011,

ORDERED THAT:

1. The Court will conduct a Final Pretrial Conference on <u>May 24, 2011</u> at <u>2:30 P.M.</u>

2. Trial counsel are directed to meet no later than ten (10) days before the date of the Final Pretrial Conference to:

   a. discuss settlement;

   b. stipulate to as many facts and issues as possible;

   c. prepare a Final Pretrial Order in the form and content as required by the Court.

   d. examine all exhibits and documents proposed to be used at trial;

   e. Appropriately colored markers (obtained from the Clerk's Office) will be affixed to the exhibits at or prior to the time they are shown to opposing counsel at the meeting of counsel referred to above, and each marker will bear the number of the exhibit to which it is affixed; and

   f. complete all other matters which may expedite both the pretrial and trial of the case.

      **3.**  Plaintiffs' counsel will complete the Final Pretrial Order and will submit it to all other counsel for approval and execution.  The original and one copy of the executed Final Pretrial Order will be submitted five (5) days in advance of the conference.  All counsel are responsible for the timely submission of the Final Pretrial Stipulation and Order.

      **4.**  At the Final Pretrial Conference counsel should be prepared to discuss settlement of the case.  Clients must be made available by telephone.

      **5.**  The Court may, from time to time, schedule conferences as may be required, either on its own motion or at the request of counsel.  Failure to appear at subsequent conferences, or to comply with any of the terms of this Order, may result in sanctions.

      *s/ Douglas E. Arpert*
      **DOUGLAS E. ARPERT**
      **United States Magistrate Judge**

**ALL PROPOSED ORDERS AND LETTER MEMORANDA SENT TO CHAMBERS SHOULD BE IN WORDPERFECT FORMAT AND E-MAILED TO: dea_orders@njd.uscourts.gov. ANY FILINGS WITH THE CLERK'S OFFICE SHOULD BE IN PDF FORMAT.**