```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS
```

                                                            May 24, 2011
                                                          Date of Proceedings

HONORABLE DOUGLAS E. ARPERT, USMJ
(DIGITALLY RECORDED)

**Title of Case:**                         CV 09-5354(AET)

CHARLES NOVINS

       v.

KEVIN CANNON, ET AL.

**Appearances:**

Charles Novins, pro se plaintiff, present.
Joseph A. Manzo & Dennis Duncan, on behalf of Defendants.

**Nature of Proceedings: Final Pretrial Conference held on the record.**

Time Commenced: 2:55 pm
Time Adjourned: 3:59 pm

                                                    *S/Charmaine Ellington*
                                                         Deputy Clerk