```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS
```

                                        May 27, 2011
                                        Date of Proceedings

HONORABLE DOUGLAS E. ARPERT, USMJ
(DIGITALLY RECORDED)

**Title of Case:**                        CV 09-5354(AET)

CHARLES NOVINS

       v.

KEVIN CANNON, ET AL.

**Appearances:**

Charles Novins, pro se plaintiff, present.
Joseph A. Manzo & Dennis Duncan, on behalf of Defendants.

**Nature of Proceedings: Telephone Conference held re: Final Pretrial Order.** ORDER Defendants' Final Pretrial Order to filed by clerk on 5/27/2011.

Time Commenced: 11:05 pm
Time Adjourned: 11:13 pm

                                          *S/Charmaine Ellington*
                                             Deputy Clerk