**Joseph A. Manzo, Esq.**
Attorney At Law                                                                 Member of the NJ, NY and FL Bars
**Office**: 40 Baldwin Road, Parsippany, New Jersey                                      Ph. (973) 794-1179
**Mailing Address**: PO Box 72, Rockaway, New Jersey 07866                               Fax (973) 794-0090
                                                                                       www.attynj.com
                                                                                    jamanzoesq@gmail.com

May 26, 2011

**VIA ELECTRONIC MAIL**

Hon. Douglas E. Arpert,
U.S. Magistrate Judge
Clarkson S. Fisher U.S. Courthouse
Trenton, New Jersey 08608

RECEIVED
MAY 2 6 2011
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

    Re: *Charles Novins v. Kevin A. Cannon et al.*
    Docket No. 09-CV-5354

Dear Judge Arpert:

    This will follow-up on our conversation from earlier today about Mr. Novins' failure to prepare the revised pre-trial memo for our review. I was in contact with his office, after our conversation, and they informed me he would be calling me at 2:15. He did not. They also informed me he was in court.

    In your court on Tuesday I specifically told Mr. Novins that I wanted his draft no later than 9 or 10 a.m. today, and he ignored this request. Your Honor requested the revised memo by 4 p.m. today and he ignored that request, again. Once again Mr. Duncan and I have revised the memo on short notice and submit it herewith.

    Mr. Novins' blatant disregard for co-counsel and more importantly the Orders of this Court is, in my opinion, reprehensible and is making an already short trial schedule far more difficult than it need be. Any assistance Your Honor may provide is deeply appreciated

                                Respectfully Submitted,

                                /s/ Joseph A. Manzo, Esq.

Cc: D. Duncan, Esq.
    C. Novins, Esq.
    C. Osterwald