NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Charles NOVINS, Esq., P.C., and Charles NOVINS, personally,<br><br>    Plaintiffs,<br><br>    v.<br><br>Kevin A. CANNON, et al.,<br><br>    Defendants. | Civ. No. 09-5354<br><br>**OPINION & ORDER** |

THOMPSON, U.S.D.J.

    This matter having come before the Court upon the parties' pretrial conference before Magistrate Judge Arpert on May 24, 2011; and it

    APPEARING that Plaintiffs Charles Novins and Charles Novins, Esq., P.C., have settled all claims against Defendant Kevin A. Cannon; and it

    APPEARING that Defendants Vincent Lamb and Carl R. Osterwald continue to pursue their counterclaims against Plaintiffs; and for good cause shown,

    IT IS on this 27th day of May, 2011,

    ORDERED that all claims between Plaintiffs and Defendant Cannon are hereby DISMISSED as settled.

                                                                                       /s/ *Anne E. Thompson*
                                                                                    ANNE E. THOMPSON, U.S.D.J.