# Joseph A. Manzo, Esq.

Attorney At Law

**Office**: 40 Baldwin Road, Parsippany, New Jersey
**Mailing Address:** PO Box 72, Rockaway, New Jersey 07866

Member of the NJ, NY and FL Bars
Ph.  (973) 794-1179
Fax  (973) 794-0090
www.attynj.com
jamanzoesq@gmail.com

June 8, 2011

**VIA ECF**

Hon. Anne E. Thompson, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608

      **Re**:   *Charles Novins, Esq., P.C. et al. v. Kevin A. Cannon, et al.*
      **Docket No.**: 09-CV-5354-AET-DEA

Dear Judge Thompson:

On May 27, 2011, Your Honor issued an Opinion and Order dismissing as settled the claim by Plaintiff Charles Novins against Defendant Kevin Cannon in the above referenced matter. I believe that Judge Arpert indicated in court on May 24, 2011 that this dismissal was going to be with prejudice. By way of this memo, I wish to respectfully confirm that this was Your Honor's intention by way of your Order.

Thank you for your courtesies.

*So Ordered*
*Anne E. Thompson, USDJ*
*6/15/11*

Respectfully Submitted,

Joseph A. Manzo, Esq.

cc: K. Cannon – via electronic mail
    D. Duncan, Esq. – via ECF
    C. Novins, Esq. – via ECF