# United States District Court
## District of New Jersey

**June 28, 2011**

# TRIAL NOTICE   (Trial By Jury):

**RE:** *CHARLES NOVINS, ESQ. v. KEVIN A CANNON, et al.*
*Civil - 09-5354(AET)*

**TRIAL DATE:** *November 15, 2011 @ 9:30 AM - Jury Selection and Trial Commencement.*

**PRESIDING:** *The Honorable Anne E. Thompson*
*United States District Judge*

**LOCATION:** *The Clarkson S. Fisher United States Courthouse*
*402 East State Street*
*Courtroom # 4W*
*Trenton, New Jersey*

    *Please be prepared to select the jury in the above-referenced case and be prepared for trial immediately thereafter.  Please make sure that a list of witnesses, a brief explanation of what they will testify to and your list of exhibits are submitted to the Court at least five days prior to trial.  Please prepare copies of exhibits for trial in ring binders, pre-marked and labeled, with copies to provide to the jurors and the judge.  If you have any questions, please contact John G. Basilone @  609-989-2333.*

                                                    **BY: /s/ JOHN G. BASILONE**
                                                                  **Deputy Clerk**

**NOTE:** (disregard for non-jury cases)
If the case should settle on the day of jury selection, the parties may be required to share the cost of assembling the jury panel.  <u>See</u>, L. Civ. R. 47.2; <u>Spain v. Gallegos,</u> 26 F. 3d. 439, (3rd Cir. 1994).

**TO:**    All counsel of record
          Judge Thompson