# Dennis J. Duncan, Esq.

385 Elm Street
Kearny, New Jersey 07003
Phone: (973) 743-7100 ♦ Fax: (973) 743-7101 ♦ E-mail: dduncan@dennisduncanlaw.com

Admitted in DC, NJ, and NY
Registered to Practice before the USPTO

November 11, 2011

**VIA ECF**
Hon. Anne E. Thompson, U.S.D.J.
Clarkson S. Fisher U.S. Courthouse
402 E. State Street, Room 2020
Trenton, New Jersey 08608

    Re:    <u>Charles Novins, Esq., P.C. et al. v. Kevin A. Cannon, et al.</u>
                U.S. District Court, Dist. Of N.J. - Trenton
                Civil Action: **09-CV-5354-AET-DEA**

Dear Judge Thompson:

       The undersigned counsel closed down his corporation "Law Office of Dennis J. Duncan, LLC on September 21, 2011. All correspondence and any Court papers should be directed to the attention of "Dennis J. Duncan" at the address set forth above. The Court docket has been corrected to reflect this fact.

                                                         Respectfully Submitted,

                                                         /s/ Dennis J. Duncan
                                                         Dennis J. Duncan

cc: Charles Novins, Esq. (via ECF)
     Joseph Manzo, Esq. (via ECF)