UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON

November 14, 2011
DATE OF PROCEEDINGS

JUDGE: THOMPSON

COURT REPORTER: M. KALBACH

Docket # 09-5354

TITLE OF CASE:

CHARLES NOVINS, ESQ.
    v.
KEVIN A. CANNON, et al.

APPEARANCES:
Charles Novins, Esq. pro se
Joseph Manzo, Esq. for deft./counter plaintiff Carl & Yvonne Osterwald.
Dennis Duncan, Esq. for deft./counter plaintiff Vincent Lamb.

NATURE OF PROCEEDINGS:    TRIAL

Trial with jury commenced before the Honorable Anne E. Thompson .
Ordered jurors drawn; jurors drawn
The Court commenced voir dire of jury.
Number of Jurors: 10
Number of challenges: 31
Ordered jury sworn; jury sworn.

Trial with jury adjourned until November 15, 2011 at 9:30 a.m.

Time commenced: 1:15
Time Adjourned: 4:20
Total Time: 3:05

    /s/ John G. Basilone
    DEPUTY CLERK