UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE:  TRENTON

November 15, 2011
DATE OF PROCEEDINGS

JUDGE:  THOMPSON

COURT REPORTER:   M. KALBACH

Docket #  09-5354

TITLE OF CASE:

CHARLES NOVINS, ESQ.
     v.
KEVIN A. CANNON, et al.


APPEARANCES:
Charles Novins, Esq. pro se plaintiff/counter defendant.
Joseph Manzo, Esq. for deft./counter plaintiff Carl & Yvonne Osterwald.
Dennis Duncan, Esq. for deft./counter plaintiff Vincent Lamb.

NATURE OF PROCEEDINGS:  TRIAL WITH JURY CONTINUED.

Ordered Danish be provided for the 10 jurors from Wegman's in Trenton.

JURY NOT PRESENT.
Motion by deft./counter plaintiffs Carl & Yvonne Osterwald to dismiss cross claims against cross defendant,
John Edward Cook, II.  GRANTED.

Charles Novins, Esq. opens for plaintiff/counter defendant.
Joseph Manzo, Esq. opens for deft./counter plaintiff Carl & Yvonne Osterwald.
Dennis Duncan, Esq. opens for deft./counter plaintiff Vincent Lamb.

Carl Osterwald sworn for deft./counter plaintiff.
LUNCH RECESS - 1:00 - 2:15.
Carl Osterwald resumes for deft./counter plaintiff.
Kevin Cannon sworn for deft/counter plaintiffs Carl & Yvonne Osterwald.
Vincent Lamb sworn for deft/counter plaintiffs Carl & Yvonne Osterwald.
Yvonne Osterwald sworn for deft./counter plaintiff.

Trial with jury adjourned until November 16, 2011  at 9:30 a.m.

Time commenced: 9:35
Time Adjourned:   5:10
Total Time:  6:20


                     /s/ John G. Basilone
                     DEPUTY CLERK