UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON

November 16, 2011
DATE OF PROCEEDINGS

JUDGE: THOMPSON

COURT REPORTER: M. KALBACH

Docket # 09-5354

TITLE OF CASE:

CHARLES NOVINS, ESQ.
    v.
KEVIN A. CANNON, et al.

APPEARANCES:
Charles Novins, Esq. pro se plaintiff/counter defendant.
Joseph Manzo, Esq. for deft./counter plaintiff Carl & Yvonne Osterwald.
Dennis Duncan, Esq. for deft./counter plaintiff Vincent Lamb.

NATURE OF PROCEEDINGS:  TRIAL WITH JURY CONTINUED.

Ordered Danish be provided for the 10 jurors from Wegman's in Trenton.

Yvonne Osterwald resumes for deft./counter plaintiff.
Charles Novins sworn for defts./ counter plaintiffs Osterwalds

Vincent Lamb sworn for deft./counter plaintiff.

LUNCH RECESS 1:00 - 2:15.

Vincent Lamb resumes for deft./counter plaintiff.


Time commenced: 9:35
Time Adjourned:   5:30
Total Time: 6:40


/s/ John G. Basilone
DEPUTY CLERK