WAS CARL OSTERWALD OR RICHARD LAMB EVER MEMBERS OF NAMBLA?

11/16/11
09-5354

WHAT DATE DID OSTERWALD [CARL] DOWNLOAD AND SHOW ALL POSTS TO HIS WIFE. WERE ALL SHOWN AFTER LAWSUIT WAS FILED? DID HE SHOW HER ANY OTHER POSTS?