UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON	November 17, 2011
	DATE OF PROCEEDINGS

JUDGE: THOMPSON

COURT REPORTER: M. KALBACH

Docket #  09-5354

TITLE OF CASE:

CHARLES NOVINS, ESQ.
          v.
KEVIN A. CANNON, et al.


APPEARANCES:
Charles Novins, Esq. pro se plaintiff/counter defendant.
Joseph Manzo, Esq. for deft./counter plaintiff Carl & Yvonne Osterwald.
Dennis Duncan, Esq. for deft./counter plaintiff Vincent Lamb.

NATURE OF PROCEEDINGS:  TRIAL WITH JURY CONTINUED.
Ordered Danish be provided for the 10 jurors from the DEP Cafeteria in Trenton.

Vincent Lamb resumes for deft./counter plaintiff.
LUNCH RECESS - 12:30 - 1:40.

Jury not present.
Motion by deft./counter plaintiff Carl & Yvonne Osterwald for a directed verdict.  Decision Reserved.
Motion by deft./counter plaintiff Vincent Lamb for a directed verdict.  Decision Reserved.(certain claims dismissed).
Motion by plaintiff/counter defendant Novins for a directed verdict.  Decision Reserved.

Jury present.
Defendants/counter plaintiffs Carl & Yvonne Osterwald and Vincent Lamb rest.

Carl Osterwald recalled for pltf./counter defendant Novins.
Vincent Lamb recalled for pltf./counter defendant Novins.

Motion for a mistrial by deft./counter plaintiff Carl & Yvonne Osterwald.  Denied.
Charles Novins sworn for pltf./counter defendant.

Time commenced: 10:10
Time Adjourned:     5:45
Total Time:  5:25


	/s/ John G. Basilone
	DEPUTY CLERK