1/17/11

MR. OSTERWALD EARLIER
TESTIFIED THAT HE
WOULDN'T SUE HONEST
JOHN BECAUSE THERE WAS
NO MONEY BECAUSE
HONEST JOHN DECLARED
BANKRUPTCY ? ? ~~IS~~ IS THAT
RIGHT ?

1/17/11

DID MRS. LAMB SEE
THESE POSTS ON HER OWN
ONLINE OR DID DR. LAMB
SHOW HER THE POSTS
AFTER HE DOWNLOADED THEM
OR POINTED THEM OUT TO HER
ONLINE ?

WHY DID YOU FIND it
Necessary To Resort To
Public Name calling in your
Posts to The internet under
The Name AtLAS BUGGED.

OR

your Responses

I AM TRYING TO ESTABLISH A
TIMELINE     11-17-11
MR. NOVINS SAYS HE STARTED
POSTING ON NEWS NETS IN
2008. DID HE POST IN 2007?
WHAT DATE DID HE START
POSTING ON A.U.K. + USNET?

11/17/11
2ND FAX TO CASE FROM NOVINS
WHY IS NOVEMBER DATE
ON FAX SCRATCHED OUT
AND OCTOBER WRITTEN IN?

11/17/11

Why didn't his Staff
Come to this trial?

What is SNARKING As termed in
The post.

1/17/11

11-17-11

Why would you Stay
in a group that
Carried on the way
they did.