UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE:  TRENTON

November 18, 2011
DATE OF PROCEEDINGS

JUDGE:  THOMPSON

COURT REPORTER:   M. KALBACH

Docket #  09-5354

TITLE OF CASE:

CHARLES NOVINS, ESQ.
          v.
KEVIN A. CANNON, et al.


APPEARANCES:
Charles Novins, Esq. pro se plaintiff/counter defendant.
Joseph Manzo, Esq. for deft./counter plaintiff Carl & Yvonne Osterwald.
Dennis Duncan, Esq. for deft./counter plaintiff Vincent Lamb.

NATURE OF PROCEEDINGS:  TRIAL WITH JURY CONTINUED.
Ordered Danish be provided for the 10 jurors from Wegman's in Trenton NJ.

Charles Novins resumes on cross by deft./counter plaintiff Vincent Lamb.
Jury excused for the day.

Lunch recess from 12:30 - 2:00.

Hearing on renewed motions by all parties for a directed verdict.
Decision reserved.

CHARGE CONFERENCE HELD.

Ordered trial adjourned until November 21, 2011 @ 10:30 a.m.


Time commenced:  9:35
Time Adjourned:    3:30
Total Time:  4:00


/s/ John G. Basilone
DEPUTY CLERK