11-18-11

1. WHO WAS THE AUTHOR OF THE "NOVINS IN HIRES DRUG ADDICT" POST (EXHIBIT 2A)

2. WHO IS THE AUTHOR OF THE RE-POST OR CROSS-POST (EXHIBIT 2A) THAT CONTAINS THE "NOVINS HIRES DRUG ADDICT" POST & THAT INTRODUCED IT TO AUK?

~~WHAT~~ TIME LINE   11-18-11
~~IT~~ ~~3~~ QUESTIONS

WHAT WAS DATE OF ORIGINAL LAWSUIT FILED BY NOVINS?

WHAT WAS DATE OF COUNTERSUIT FILED BY LAMB AND OSTERWALD?

PLEASE REPEAT DATE OF ORIGINAL POST ABOUT NOVINS LAW FIRM WHICH RESULTED IN FILING OF LAWSUIT?

2