4:45 p.m.
11/21/11

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Case # CV 09-5354(AET)

LAW OFFICES OF CHARLES NOVINS, PC and
CHARLES NOVINS, personally

-vs-

CARL R. & YVONNE OSTERWALD, DR. RICHARD LAMB

JURY COMMUNICATION

# 2

The Jury has come to a verdict