UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LAW OFFICES OF CHARLES NOVINS, PC
and CHARLES NOVINS, personally.

    Plaintiffs,

v.

CARL R. OSTERWALD, DR. RICHARD LAMB

    Counterclaimants.

YVONNE S. OSTERWALD

    Third-Party Plaintiff,

v.

LAW OFFICES OF CHARLES NOVINS, PC
and CHARLES NOVINS, personally.

    Defendants.

Civil No. 09-5354 (AET)

**VERDICT SHEET**

### Defamation

1. Did Mr. Osterwald prove by a preponderance of the evidence that Mr. Novins defamed him?     Yes____   No __✓__

    a. If "No," skip to question number 2.

    b. If "Yes," which exhibit(s) contain the defamation? (list all that apply)

    _____

    c. If "Yes," what damages, if any, did Mr. Osterwald prove that he should be awarded?  $_____

2. Did Mrs. Osterwald prove by a preponderance of the evidence that Mr. Novins defamed her?     Yes____   No __✓__

    a. If "No," skip to question number 3.

    b. If "Yes," which exhibit(s) contain the defamation? (list all that apply)

    _____

    c. If "Yes," what damages, if any, did Mrs. Osterwald prove that she should be awarded? $_____

3. Did Dr. Lamb prove by a preponderance of the evidence that Mr. Novins defamed him?

    Yes_____  No ✓

    a. If "No," skip to the next section.

    b. If "Yes," which exhibit(s) contain the defamation? (list all that apply)

    _____

    c. If "Yes," what damages, if any, did Dr. Lamb prove that he should be awarded? $_____

### False Light

1. Did Mr. Osterwald prove by a preponderance of the evidence that Mr. Novins placed him in false light?  Yes_____  No ✓

    a. If "No," skip to question number 2.

    b. If "Yes," which exhibit(s) contain the statements placing him in false light? (list all that apply) _____

    c. If "Yes," what damages, if any, did Mr. Osterwald prove that he should be awarded? $_____

2. Did Mrs. Osterwald prove by a preponderance of the evidence that Mr. Novins placed her in false light?  Yes_____  No ✓

    a. If "No," skip to question number 3.

b. If "Yes," which exhibit(s) contain the statements placing her in false light? (list all that apply) _____

c. If "Yes," what damages, if any, did Mrs. Osterwald prove that she should be awarded? $_____

3. Did Dr. Lamb prove by a preponderance of the evidence that Mr. Novins placed him in false light?      Yes____   No ✓

   a. If "No," skip to the next section

   b. If "Yes," which exhibit(s) contain the statements placing him in false light? (list all that apply) _____

   c. If "Yes," what damages, if any, did Dr. Lamb prove that he should be awarded? $_____

## Intentional Interference with Prospective Economic Advantage

1. Did Dr. Lamb prove by a preponderance of the evidence that Mr. Novins intentionally interfered with Dr. Lamb's prospective economic advantage?

   Yes____   No ✓

   a. If "Yes," which exhibit(s) did you rely upon? (list all that apply)

   _____

   b. If "Yes," what damages, if any, did Dr. Lamb prove by a preponderance of the evidence that he should be awarded? $_____

Dated  NOV 21, 2011