# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**JUDGMENT IN A CIVIL CASE**

CHARLES NOVINS, ESQ.

   -vs-

CARL R. OSTERWALD, YVONNE OSTERWALD and VINCENT LAMB

Civil 09-5354(AET)

RECEIVED
NOV 22 2011
AT 8:30
WILLIAM T. WALSH
CLERK

This action came before the Court for a trial by jury. The issues were tried and the jury rendered its verdict.

By its verdict, the jury returned a judgment of NO CAUSE FOR ACTION to be entered in favor of plaintiff/counter defendant Charles Novins, Esq. and against defendants/counter plaintiffs Carl R. Osterwald, Yvonne Osterwald and Vincent Lamb.

DATE November 22, 2011

ANNE E THOMPSON, U.S.D.J.