## Joseph A. Manzo, Esq.

Attorney At Law  
**Office**: 40 Baldwin Road, Parsippany, New Jersey  
**Mailing Address:** PO Box 72, Rockaway, New Jersey 07866

Member of the NJ, NY and FL Bars  
Ph. (973) 794-1179  
Fax (973) 794-0090  
www.attynj.com  
jamanzoesq@gmail.com

December 12, 2011

**VIA ECF ONLY**

Hon. Anne E. Thompson, U.S.D.J.  
Clarkson S. Fisher Building & U.S. Courthouse  
402 East State Street, Room 2020  
Trenton, New Jersey 08608

    Re: *Charles Novins, Esq., P.C. et al. v. Kevin A. Cannon, et al.*  
         Civil Action: 09-CV-5354-AET-DEA

Dear Judge Thompson:

    Please note that because Mr. Novins did not comply with his obligations under the Fed. R. Civ. P. 26(g), Carl and Yvonne Osterwald joined in the Fed. R. Civ. P. 26(g) motion previously filed by Mr. Duncan on behalf of Dr. Lamb.

    The Osterwalds similarly join in Mr. Duncan's request, made via PACER No. 114, that the court presently adjudicate the issue of the application for fees.

    Thank you.

Respectfully Submitted,

Joseph A. Manzo

Cc: D. Duncan, Esq. – Via ECF  
    C. Novins, Esq. – Via ECF