**United States District Court for the**
**District of New Jersey**
Docket No: 09-5354 (AET)

Charles Novins & Law
Offices of Charles Novins Esq. PC,
  *Plaintiffs,*

    v.         **NOTICE OF APPEAL**

Kevin A. Cannon, *et al.,*
  *Defendants.*


Notice is hereby given that Carl R. Osterwald (defendant and counterclaimant) and Yvonne S. Osterwald, (counterclaimant) in the above-named case, hereby appeal to the United States Court of Appeals for The Third Circuit from the "Judgment in a Civil Case" that was filed and entered in this action on the 22nd day of November, 2011, and from the "Order" (a sixty-day conditional dismissal order) of the Hon. Anne E. Thompson, U.S.D.J. filed and entered on December 22, 2011 that by its terms and the passage of time made dismissal of the above-captioned action final as of February 20, 2012.


                JOSEPH A. MANZO, ESQ.

February 26, 2012          _____
                Attorney for Carl R. & Yvonne S. Osterwald
                40 Baldwin Road
                Parsippany, NJ 07054
                (973) 794-1179
                jamanzoesq@gmail.com