UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

The Law Office of Charles Novins, Esq., PC
54 East Water Street
Toms River, NJ 08753
(732) 341-4077
Fax (732) 341-4490
ocnjlaw@gmail.com

| | |
|---|---|
| CHARLES NOVINS, ESQ., P.C. and CHARLES NOVINS, personally<br><br>Plaintiffs<br><br>v.<br><br>KEVIN A. CANNON, KEVIN MICHAEL FRIES, JIM KELSO, RHONDA LEA KIRK FRIES, VINCENT LAMB, CARL R. OSTERWALD, ET AL.<br><br>Defendants | Civil Action: 3:09-CV-5354<br><br><br><br><br><br>DOCKET No. 3:09-cv-05354<br><br>NOTICE OF CROSS-APPEAL |

Notice is hereby given that Charles Novins and Law Offices of Charles Novins, Esq. PC, plaintiffs in the above-captioned case, herewith cross-appeals to the United States Court Of Appeals For The Third Circuit from three Orders by Judge Thompson in the underlying matter, and does not appeal from any aspect of the final judgment in the case. The Orders in question were entered during the pre-trial phase of the case, and were issued on April 27, 2010 (summary judgment), May 17, 2010(denial of motion to vacate default) and August 27, 2010 (second denial of motion to vacate default)

March 12, 2012

_____
Charles Novins, Esq.
54 East Water Street
Toms River, New Jersey 08753
Ocnjlaw@gmail.com