UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY – TRENTON
Civil Action No. 09-CV-5354-AET-DEA

Charles Novins and Law Offices
of Charles Novins, Esq. PC
    *Plaintiffs,*

v.                                                               **NOTICE OF CROSS-APPEAL**

Kevin A. Cannon, et al.,
    *Defendants.*

Notice is hereby given that Richard Vince Lamb (defendant and counterclaimant) in the above-named case, hereby appeals to the United States Court of Appeals for The Third Circuit from the "Judgment in a Civil Case" that was filed and entered in this action on the 22nd day of November, 2011 and from the "Order" (a sixty-day conditional dismissal order) of the Hon. Anne E. Thompson, U.S.D.J. filed and entered on December 22, 2011 that by its terms and the passage of time made dismissal of the above-captioned action final as of February 20, 2012.

March 12, 2012

                                        Dennis J. Duncan, Esq.
                                        385 Elm Street
                                        Kearny, New Jersey 07032
                                        (973) 743-7100
                                        djduncanlaw@gmail.com
                                        Attorney for Richard Vince Lamb