NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHARLES NOVINS, ESQ. P.C. and Charles NOVINS, personally.

    Plaintiffs,

v.

Kevin A. CANNON, et al.,

    Defendants.

Civil No. 09-5354 (AET)

**ORDER**

This matter having come before the Court by motion of Dennis J. Duncan, counsel for Counterclaimant Dr. Richard Vince Lamb, for an Order to correct and modify the record pursuant to Fed. R. App. P. 10(e)(2)(B) [docket #124]; and it appearing that the deadline for the designation of record with the United States Court of Appeals for the Third Circuit was April 4, 2012; and no party having informed the Court that it was unable to comply with the Third Circuit's deadline or that the Third Circuit declined a request under Fed. R. App. P. 10(e)(2)(C) to "correct" or modify the record; and the Court believing the record sufficiently replete to "truly disclose [] what occurred in the district court" pursuant to Fed. R. App. P. 10(e)(1);

IT IS on this 19th day of April, 2012,

ORDERED that Counterclaimant's Motion to Correct and Modify the Record [docket # 124] is DENIED.

ANNE E. THOMPSON, U.S.D.J.